# Legal Writes, LLC

"Writing wrongs for all your appellate and litigation needs."




## Gary E. Brotherton

MOBar #38990

1390 Boone Industrial Drive, Suite 120
Columbia, Missouri 65202-3381
573-875-1571 Phone
573-875-1572 Fax
573-239-3835 Cell
GEBrotherton@LegalWritesLLC.com


Additional bar admissions: U.S. Dist. Ct., W.D. MO; Eighth Circuit Court of Appeals; and the United States Supreme Court

## Educational Experience

### *Professional*

*June 2004* *Trial Lawyer's College* *Dubois, WY*

**Death Penalty College**

### *Law School*

*1988-1991* *University of Missouri* *Columbia, MO*

**Juris Doctor**

- Top Ten Trial Brief, Harry P. Thompson Trial Competition (1990)
- American Jurisprudence Award, Alternative Dispute Resolution (1991)
- Dean's List

### *Undergraduate*

*1982-1986* *Missouri Western State College* *St. Joseph, MO*

**Bachelor of Science--Psychology**

- Graduated Magna Cum Laude
- Served on the Griffon Yearbook's Editorial Board (1983-1984)
- 3rd Place (Feature Writing), Columbia University Gold Circle Awards (1983)
- First Place, Missouri Academy of Sciences (1986)

**Professional Experience**

*Sept 2003-present* ***Legal Writes, LLC*** *Columbia, MO*

**Founding Member**

- Wrote the firm's Business Plan
- Planned and implemented the firm's marketing strategy
- Designed and launched the firm's web site – www.LegalWritesLLC.com
- Committed >40% of the firm's resources to indigent defense
- Generated a positive net worth after only 4 months in business

*Oct 1991-Aug 2003* ***State Public Defender*** *Columbia, MO*

**Assistant Public Defender**

- Lead counsel in 5 death penalty cases:
  1. ***State v. Smith***, 32 S.W.3d 532 (Mo.banc 2000) Affirmed 5-2
  2. ***State v. Mayes***, 63 S.W.3d 615 (Mo.banc 2001) Reversed 7-0
  3. ***State v. Baumruk***, 83 S.W.3d 644 (Mo.banc 2002) Reversed 4-3
  4. ***Winfield v. State***, 93 S.W.3d 732 (Mo.banc 2003) Affirmed 7-0
  5. ***State v. Buchanan***, 115 S.W.3d 841 (Mo.banc 2003) Reversed 7-0
- Wrote over 300 briefs cases in the MO Court of Appeals
- Argued over 30 cases in the MO Court of Appeals
- Appeared before the Missouri Supreme Court 15 times
- Filed petitions for writ of certiorari in the United States Supreme Court 5 times
- Served as Appellate Team Leader (1993-1995, 1997)
  - Assigned cases
  - Edited briefs
  - Trained attorneys (1993-1995, 1997)
  - Participated in hiring/promoting decisions (1997)
- Became the 1st attorney to file a brief on CD-Rom in the Missouri Supreme Court
  - ***Winfield v. State***, No. SC84244
  - ***State v Buchanan***, No. SC84515
- Hired experts to evaluate 2 clients' competency to proceed on appeal

## Professional Highlights

### Award

*David J. Dixon Appellate Advocacy Award* (1998)

**Missouri Supreme Court Victories**

- ***State v. Buchanan***, 115 S.W.3d 841 (Mo.banc 2003)
- ***State v. Baumruk***, 83 S.W.3d 644 (Mo.banc 2002)
- ***State v. Mayes***, 63 S.W.3d 615 (Mo.banc 2001)
- ***State v. Pritchard***, 982 S.W.2d 273 (Mo.banc 1999)
- ***Carr v. State***, 934 S.W.2d 289 (Mo.banc 1996)
- ***State v. Whardo***, 859 S.W.2d 138 (Mo.banc 1993)

**Other Significant Appellate Victories**

- ***State v. Tilden***, 988 S.W.2d 568 (Mo.App., W.D. 1999)
- ***State v. Scott***, 943 S.W.2d 730 (Mo.App., W.D. 1997)
- ***State v. White***, 952 S.W.2d 802 (Mo.App., E.D. 1997)
- ***State v. Jones***, 914 S.W.2d 852 (Mo.App., E.D. 1996)

## Continuing Legal Education

**Death Penalty**

- *Life in the Balance* (1995, 2000)
- *Mitigation Specialist Training* (1995, 2000)

**Speaker**

- Appellate Practice (MOBar, April 1995)
- New Attorney Workshop (Public Defender, July 1996)
- Litigation Persuasion Institute (KY Public Advocacy, October 1999)
- Appellate Defender Training (NLADA, December 1999)
- Appellate Defender Training (NLADA, November 2000)
- Effective Editing Workshop (Public Defender, January 2001)
- Appellate Defender Training (NLADA, November 2001)
- Death Penalty Conference-Appellate Issues (Public Defender, May 2003)
- SASF Conference—Making a Difference (MOBar, June, 2004)