IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-8005-CV-W-FJG |
| | ) | |
| KEITH D. NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter comes before the Court on defendant Nelson's Motion for Appointment of Counsel to Pursue Post-Conviction Remedies. Specifically, defendant requests that David Ruhnke and Gary Brotherton be appointed to represent him. The Government does not oppose the appointment of counsel to represent defendant in his post-conviction challenges, but does oppose the appointment of David Ruhnke and Gary Brotherton as not being qualified or appropriate for this representation. The Court has reviewed the briefing of the parties and finds that good cause exists to grant defendant's motion. Therefore, it is

ORDERED that defendant Nelson's Motion for Appointment of Counsel to Pursue Post-Conviction Remedies (doc #1) is granted. David Ruhnke and Gary Brotherton are appointed to represent defendant Keith D. Nelson, pursuant to 21 U.S.C. § 848(q)(4)(B) in all available post-conviction proceedings.

/s/Fernando J. Gaitan, Jr.
FERNANDO J. GAITAN, JR.
UNITED STATES DISTRICT JUDGE