IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| Keith D. Nelson, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 04-08005-CV-W-FJG |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

Pending before the Court is Petitioner Keith Nelson's Motion Regarding Billing Procedures, the Setting of an Hourly Rate of Compensation, and to Permit Interim Billing for Appointed Counsel. The Court finds that, for the reasons set forth in petitioner's motion, the relief sought in the motion should be granted.

Given the foregoing, it is

ORDERED that Petitioner Keith Nelson's Motion Regarding Billing Procedures, the Setting of an Hourly Rate of Compensation, and to Permit Interim Billing for Appointed Counsel (doc #5) is granted. It is further

ORDERED that the rate of compensation for the appointed counsel for petitioner Nelson, that is, David A. Ruhnke and Gary E. Brotherton, is set at $125.00 per hour for all work performed by said counsel connected with the above captioned cause, including any such work performed by counsel prior to the date of this Order. It is further

ORDERED that interim payments to Mr. Ruhnke and Mr. Brotherton are approved and that said counsel shall submit interim vouchers on a monthly basis.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge

Dated: January 31, 2005
Kansas City, Missouri