# VITA

## MICHAEL MAYER GELBORT

Suite 1621
30 North Michigan Avenue
Chicago, Illinois 60602
312.321.9406

Suite 270
1051 Essington Road
Joliet, Illinois 60435
815.741.2221

Fax: 815.741.5171

### Education

Post-Doctoral Fellowship, Neuropsychology and Medical Psychology.
Rehabilitation Institute of Chicago, 1984-1985.

Ph.D., Clinical Psychology (APA approved program), August, 1984.
Department of Psychology, Texas Tech University, Lubbock, Texas.
Minor: Applied Human Neuropsychology

B.A., Double Major: Psychology and General Sciences, with Honors.
May, 1977. Grinnell College, Grinnell, Iowa.

### Clinical Experience

CLINICAL AND NEUROPSYCHOLOGIST, PRIVATE PRACTICE

Chicago Area, Illinois. 1989-present.

Neuropsychological and psychological evaluations of inpatients and outpatients. Clinical consultations, evaluation, and intervention. Services provided in physical rehabilitation and psychiatric inpatient units, as well as in the office.

CONSULTANT

Cornerstone Services, 1994-present.

Provide psychological evaluations for residents from this facility which services 250 mentally retarded individuals.

CHIEF PSYCHOLOGIST DIRECTOR, PSYCHOLOGICAL SERVICES

The Institute for Rehabilitation and Research, 1985-1989.

Responsible for provision of psychological services as required by patients in the Head Injury and stroke programs in particular, and serving persons with spinal cord injuries, multiple sclerosis, amputation, pain, and other disabled patients in general in a major regional dedication rehabilitation hospital. Duties included both neuropsychological and personality assessment, treatment planning,treatment, and consultation to the Interdisciplinary

Treatment Team. Patients served included both inpatients and outpatients in each phase of rehabilitation. The position included hospital administrative duties including directing the Psychology Department, program development, and research involvement. The department had three Ph.D. level psychologists, two psychometrists, and support personnel.

| | |
|---|---|
| CLINICAL ASSISTANT PROFESSOR | Baylor College of Medicine, Department of Rehabilitation, 1985-1989 |
| PRIVATE PRACTICE | Houston, Texas. 1986-1989.<br><br>Evaluation and treatment of outpatients and inpatients in a private practice setting. Patients most typically suffered from neurotic or characterological difficulties or had a physical disability. The practice also involved consultation to rehabilitation units in acute care hospitals, as well as disability evaluations for a variety of referral sources. |
| POST-DOCTORAL FELLOW IN MEDICAL PSYCHOLOGY | Rehabilitation Institute of Chicago, 1984-1985.<br><br>Provision of psychotherapy and counseling to spinal cord injured, head injured, and amputee patients and their families in both inpatient and outpatient settings. Member of an Interdisciplinary Team charged with coordination and provision of rehabilitative treatment. Responsible for ordering and interpreting Neuropsychological assessment batteries. |
| FACULTY APPOINTMENT: LECTURER STATUS | Northwestern University Medical School; Department of Psychiatry and Behavioral Sciences, 1984-1985.<br><br>Lectured and performed supervision of doctoral students in Northwestern University's Medical School program in Clinical Psychology. Lectured Northwestern University medical students. Member of Admissions Committee group responsible for rating application materials of those applying for admission to the Doctoral Program in Clinical Psychology. |
| NEUROPSYCHOLOGICAL CONSULTANT | From the Department of Psychology to the Department of Medical-Surgical Neurology, Texas Tech University School of Medicine, 1982-1984<br><br>Administration and interpretation of neuropsychological screening and complete batteries as referred by two neurosurgeons and two |

neurologists in a major regional teaching hospital. Techniques included both Halstead-Reitan and Lurian batteries, as well as an extensive number of other assessment measures. Patients were both inpatients and outpatients and ranged from one to ninety years of age. The test batteries were idiographically designed to answer questions regarding range and extent of dysfunction and rehabilitation placement.

| | |
|---|---|
| NEUROPSYCHOLOGICAL CONSULTANT | Texas Rehabilitation Commission, Lubbock, Texas, 1983-1984.<br><br>Administration and interpretation of approximately forty-five Luria-Nebraska Neuropsychological Batteries and additional academic achievement tests to college age students being evaluated for the diagnosis of learning disability. |
| PSYCHOLOGY INTERN | Milwaukee County Mental Health Complex (APA approved program), Milwaukee, Wisconsin, 1981-1982.<br><br>Administration and interpretation of psychological test batteries on a wide spectrum patient population; provision of inpatient and outpatient psychotherapy to adults and children; performance of intake interviews and assessments; attendance at and presentation of seminars. |
| PSYCHOLOGIST | Developmental Disabilities Center, Texas Tech University, Lubbock, Texas, 1980-1981.<br><br>Assessment of developmental delays and psychological/ neuropsychological functioning of newborns to three-year-olds; input to a Multidisciplinary Team; Clinic Administrator and administrator/interpreter of psychological assessments for Screening Clinic for school-age children; coordinator of feedback and recommendations to parents; language learning disability evaluator. |
| STUDENT THERAPIST | Texas Tech University Psychology Clinic, Texas Tech University, Lubbock, Texas, 1977-1981.<br><br>Provision of outpatient psychotherapy, as well as performance of intellectual and personality assessments to adults and children. |
| RESIDENTIAL LIVING SUPERVISOR | Lubbock Regional MH/MR Center, Transitions II Halfway House, Lubbock, Texas, 1979-1981. |

Employed interpersonal interventions and behavioral modification programs to aid newly released prisoners and parolees to reintegrate into community living. Participated in administrative decision making and program development.

STUDENT THERAPIST SUPERVISOR

Texas Tech University Psychology Clinic, Texas Tech University, Lubbock, Texas, 1980-1981.

Provision of individual supervision to second year practicum students on their outpatient cases. This experience was supervised by a faculty psychologist.

PSYCHOLOGY EXTERNSHIP

V.A. Mental Hygiene Clinic, Lubbock, Texas, 1980-1981.

Provision of psychotherapy and psychological assessment to outpatient veterans.

## Research

A Neuropsychological Investigation of Two Subtypes of Dyslexia in College Students. Doctoral dissertation completed June, 1984.

A Brief Lurian Evaluation for Hospital Use with Head Trauma Victims. Unpublished, performed in cooperation with J. Thomas Hutton, M.D.

The Rey Complex Figure Test: Does it Really Measure Visual Memory? Unpublished research.

Functional Electrical Stimulation in Multiple Sclerosis Patients with Chronic Foot Drop. Paper co-authored with E. Simon Sears, M.D., presented at the 111th Annual Meeting of the American Neuropsychological Association, October 6, 1986.

Toward an Understanding of Violence: Neurobehavioral Aspect of Unwarranted Physical Aggression: Aspen Neurobehavioral Conference Consensus Statement. Neuropsychiatry, Neuropsychology, and Behavioral Neurology Vol. 14, No. 1. 2001 Lippincott, Williams, and Wilkins, Inc., Philadelphia

## Presentations

Psychological Issues and Rehabilitative Treatment of Patients with Amputations. Continuing Education Course, Rehabilitation Institute of Chicago, Illinois, 1984.

Incidence of Closed Head Injury in Spinal Cord Injured Patients. Spinal Cord Injury Conference, Chicago, Illinois, 1985.

Contracting with Patients and perspectives of the Rehabilitation Process; Continuing Education Courses, The Institute for Rehabilitation and Research, Houston, Texas, 1985, 1986, 1987, 1988.

Rehabilitation Options in Texas. Presented at the 1987 Texas Head Injury Foundation state meeting, Houston, Texas, 1987.

Professional Support Group; Current Issues. Presented at the 1988 Texas Head Injury Foundation state meeting, Austin, Texas, 1988.

Psychological Issues in Rehabilitation of Traumatically Injured Persons. Presented at the First Annual Seminar on Rehabilitation for the Clergy, Houston, Texas, 1988.

Neuropsychological Characteristics of Death Row Inmates.

MMPI-2 Characteristics of Criminal Offenders.

## Professional Affiliations

American Psychological Association,
Student Affiliate, 1977-1980,
Associate Member, 1980-1984,
Member, 1985-present.

International Neuropsychological Society,
Member, 1986-present.

American Congress of Rehabilitation Medicine,
Member, 1986-present.

American Association of Spinal Cord Injury Psychologists and Social Workers, 1987-present.

Member, State of Illinois Head and Spinal Cord Injury Advisory Council, 1990-present.
Secretary of Council, 1996-1997.

National Surveyor, Commission on Accreditation of Rehabilitation Facilities, 1993-present.

Member of the Board of Directors, Illinois Head Injury Association, 1993.

Member of Professional Advisory Board, Brain Injury Association of Illinois, 1994-present.

Vice-Chair, Brain Injury Association of Illinois, 1994-present.

## Certificate and Licensure

Licensed Clinical Psychologist, State of Illinois, #071-004000

Licensed Psychologist and Health Service Provider in Psychology, State of Indiana, #20040461

Certified and Licensed Psychologist, State of Texas, #3237

Certified, National Register of Health Service Providers in Psychology, #35237

Diplomate in Forensic Neuropsychology, American Board of Psychological Specialties, Identification Number 7666