# JILL MILLER, MSSW

Forensic Social Work Services
E-mail: jillemiller@sbcglobal.net

6701 Seybold Road, Suite 122
Madison, Wisconsin 53719
(608) 271-0227
FAX (608) 271-0491

## RESUME

### CURRENT POSITION

1984-present Forensic Social Work Services. Private practice in forensic social work, providing consultation and expert witness services to attorneys and courts in criminal, juvenile, family and other civil proceedings. Specializing in social history investigations and psycho-social assessments; the development of treatment and rehabilitation plans for sentencing and dispositional hearings; preparation for the penalty phase of capital murder cases; and analysis of penalty phase preparation and presentation in post-conviction capital cases. Primary focus in recent years has involved work on capital cases, at the trial and post-conviction levels; and in state, federal and military cases. Sole proprietorship; opened in January, 1984. Previously engaged in limited private practice from 1973 to 1976, and 1978 to 1983.

### LICENSE

Licensed as a Clinical Social Worker, State of Wisconsin, License Number 1662.

### EDUCATION

1983 Completed 20 hour training program on Mediation in Divorce and Family Disputes.

1973-74 Doctoral student, University of Wisconsin-Madison, School of Social Work. Emphasis on legal aspects of social work practice and welfare economics.

1971 Masters of Science Social Work, University of Wisconsin-Madison. Field placements at Legal Services Center and Dane County Mental Health Center. Thesis research on attitudes of welfare recipients toward welfare rights organizations. Recipient of HEW Social and Rehabilitation Services Training Grant.

1967 Bachelor of Arts Degree, major in Social Work, University of Wisconsin-Madison. Recipient of UW-Madison tuition scholarship during all semesters

1963-64 Attended Carroll College, Waukesha, Wisconsin. Recipient of tuition scholarship as National Merit finalist

**EMPLOYMENT HISTORY**

1973-85 Clinical Assistant Professor, School of Social Work, University of Wisconsin-Madison. Taught courses in Social Work Advocacy and the Law, Social Work Methods, and Field Experience. Supervised field course units at the Wisconsin State Public Defender Office, Youth Policy and Law Center, Legal Services Center of Dane County, Dane County Juvenile Court, Wisconsin Indian Legal Services and Wisconsin Council on Criminal Justice. Areas of expertise included law and legal skills for social workers, advocacy, criminal and juvenile justice, and policy development.

1979-84 Client Services Director, Office of the State Public Defender, Wisconsin. Position entailed responsibility for the social work services of the statewide public defender system and other administrative responsibilities. Duties included development of positions, hiring, training, supervising, legislative monitoring, development of resource materials, consultation with trial offices throughout the state, development of student placements, and other duties as determined by the State Public Defender. Special assignments included: coordinating the representation of unaccompanied Cuban minors placed in Wisconsin after the Mariel boat-lift; conducting a study of the issue of recoupment from parents for the costs of legal representation of their minor children;

and developing and directing a joint training program with the Division of Corrections on probation and parole revocation procedures. In addition, provided services to attorneys on selected cases.

1976-78 Associate Director, Youth Policy and Law Center, statewide public interest agency in Wisconsin. Agency involved child advocacy and policy reform in the state's juvenile justice system. Responsibilities included administrative duties, fund-raising, supervising intern program, personnel and affirmative action, and involvement in substantive issues. Special projects included state budget issues, detention practices, dispositional alternatives, correctional practices, mental health issues and legislative monitoring. Involved in the drafting and passage of a new state juvenile code. Co-founder of agency.

1975 Instructor, University of Wisconsin Extension course on Law and Social Work.

1974-75 Program Co-director of U.S. HEW-funded project on "Legal Training for Child Welfare Workers", sponsored by the University of Wisconsin Center for Social Services. Program involved workshops on legal aspects of substantive areas in child welfare field, production of eight videotape programs to be used as training tools in agencies, and production of training manual. Co-authored grant proposal.

1974 Instructor, University of Wisconsin Extension course on Law and Social Work

1973 Instructor, University of Wisconsin Extension course on Juvenile Justice

1971-73 Staff Social Worker, Legal Services Center of Dane County, Madison, Wisconsin. Supervisor of social services in juvenile, criminal and civil programs of agency; caseload in Juvenile Defender Program; liaison field instructor for graduate students of the University of Wisconsin-Madison School of Social Work.

| | |
|---|---|
| 1971-72 | Staff, Emergency Mental Health Services; twenty-four hour suicide and crisis intervention service operated by the Dane County Mental Health Center, Madison, Wisconsin. Part-time position. |
| 1970-71 | Teaching Assistant, School of Social Work, University of Wisconsin-Madison. Assisted in teaching of undergraduate field experience and social work methods course at the Dane County Department of Social Services. |
| 1967-70 | Undergraduate Counselor, School of Social Work, University of Wisconsin-Madison. Provided academic counseling to undergraduate students; prepared timetable of courses; assisted during registration; contributed to preparation of school bulletin; and performed other duties as required by the Director of the School of Social Work. |

**PROFESSIONAL MEMBERSHIPS**

| | |
|---|---|
| 1998 - present | The American Academy of Experts in Traumatic Stress; Board certified in Forensic Traumatology (January, 1999) |
| 1995 - present | National Association of Sentencing Advocates; member of Conference Committee for 2004 annual conference; past member of Policy Committee and Mitigation committee; past co-ordinator of mentor project |
| 1992 - 2000 | National Organization of Forensic Social Work; also a member from 1986 to 1989; Elected member of Board of Directors (1993 - 1996); Secretary of Board of Directors (1995 - 1996) |
| 1980 - 2004 | National Legal Aid & Defender Association. Elected member of Defender Council (1993 - 1998, and 1983 - 1990); elected member of Board of Directors (1986 - 1990); chairperson of Social Services Section and co-chairperson of Death Penalty Litigation Section; founder of Social Services Section; Chairperson of Defender Council (1996 - 1998); past member of Executive Committee, Conference and Awards |

Committee, Membership Committee, and Nominating and Resolutions Committee at various times.

**AWARDS**

| | |
|---|---|
| 2000 | Recipient of "Life in the Balance" Achievement Award, presented annually to a lawyer or mitigation specialist by the National Legal Aid & Defender Association in recognition of contributions to capital defense representation |
| 1999 | Recipient of award for "Outstanding Contributions to the Profession", annual award by the National Association of Sentencing Advocates, for dedication in the advancement of sentencing advocacy |

**PROFESSIONAL SERVICES**

| | |
|---|---|
| 2002 | Consulted on the updating and revision of "Guidelines for the Appointment and Performance of Counsel in Capital Cases", American Bar Association; adopted by ABA in February, 2003 |
| 1997 | Appointed member of Working Group for the U.S. Department of Justice, Bureau of Justice Assistance and Bureau of Justice Statistics co-sponsored national study of indigent defense systems. |
| 1995-96 | Member of Blue Ribbon Advisory Committee appointed by the National Legal Aid & Defender Association under a grant from the U.S. Department of Justice, Bureau of Justice Assistance. Committee composed of experienced academics and practitioners who were knowledgeable about the criminal justice system, particularly the defense function. Purposes of the committee were to identify successful models of indigent defense programs, alternative initiatives crucial to the improvement of the criminal justice system, and areas of indigent defense representation that required further research and development. |

| | |
|---|---|
| 1993-96 | Board Member, Consortium for the National Equal Justice Library. |
| 1990-92 | Consultant, National Legal Aid & Defender Association, for Mitigation Specialists Training Project and Mitigation Affidavit Project. |
| 1991 | Consultant to the Missouri State Public Defender System; provided training for mitigation investigation staff. |
| 1990-91 | Consultant to the Illinois Capital Resource Center, provided two sixteen-hour training programs for mitigation staff. |
| 1986-89 | Consultant, Project FIT (Families in Transition), an intensive in-home treatment program for adolescents and their families, operated by Family Services, Madison, Wisconsin |
| 1988 | Consultant to State of Florida, Department of Health and Rehabilitation Services. Prepared training monograph for state juvenile court workers titled "The Social Worker in Court: Case Preparation and Testifying." |
| 1983-89 | Task Force on Women in the Criminal Justice System, Wisconsin Women's Network. Member and legislative coordinator. |
| 1979-86 | Mental Health Association in Wisconsin. Member, Board of Directors; chairperson of the Public Policy Committee and the Child Advocacy Committee; treasurer. |
| 1983-84 | Judicial Council, State of Wisconsin, General Projects Committee. Represented the Office of the State Public Defender at meetings to study the issue of recoupment from parents for the costs of legal representation of their children and appellate procedures in state courts. |
| 1978-84 | Project TRY Advisory Committee. TRY (Treatment and Rehabilitation for Youth) was an intense treatment program for delinquent children in need of mental health treatment in a secure setting. |

1981-82 Committee on Revision of Administrative Rules Governing Child Welfare Institutions. Appointed by Secretary of the Wisconsin Department of Health and Social Services.

1980-82 Consultant, ABT Associates, private consulting firm in Cambridge, Massachusetts. Consulted on federally-funded project to develop program model materials on social services in public defender offices.

1980 Consultant, to Briarpatch (runaway center in Madison, Wisconsin) on the development of a group home for Cuban juveniles.

Consultant to University of Kentucky School of Social Work on the development of social work field placements in legal settings.

1978-79 Consultant and Research Associate, Youth Policy and Law Center.

1979 Foster Care Monitoring Project, Advisory Committee, joint project of the Wisconsin Department of Health and Social Services and the University of Wisconsin-Milwaukee.

Consultant to research project on issues in mental health, conducted by Dr. Dave Gustafson, Center for Health Sciences, University of Wisconsin

1977-79 Juvenile Grievance Procedure Implementation Committee, state committee appointed by Wisconsin Division of Corrections to implement a grievance mechanism in juvenile correctional programs.

1976-79 Law-Related Education Advisory Committee, committee established to oversee project co-sponsored by Wisconsin Department of Public Instruction and State Bar of Wisconsin, to establish law-related education in the state's secondary and middle schools.

1975-79 Wisconsin Civil Liberties Union, Children's Rights Committee.

1977-78 Juvenile Detention Implementation Committee, co-chairperson. State committee established by the Wisconsin Department of Health and Social Services to implement the recommendations of the Juvenile Detention Study.

Juvenile Grievance Procedure Committee. State committee appointed by the Wisconsin Division of Corrections to study the need for a grievance procedure in juvenile correctional programs and to establish guidelines for the development of a procedure.

Prison Health Care Advisory Committee. State committee appointed by the Wisconsin Department of Health and Social Services to study and make recommendations on health care programs in adult and juvenile correctional facilities.

Title XX Advisory Committee. Committee appointed by the Wisconsin Department of Health and Social Services to develop Title XX plan for the state.

1975-76 Joint Legislative Committee on Institutional Closings. Committee mandated and appointed by the Wisconsin Legislature to study the closing of the Wisconsin School for Girls and the Wisconsin Child Center, and to develop plans for alternate placements of the juveniles.

1972-75 Board of Directors, Briarpatch; Madison, Wisconsin agency serving runaway youths and their families.

1972-73 Consultant to Jonah House, a group home for emotionally disturbed adolescents in Madison, Wisconsin.

## TRAINING, WORKSHOPS AND SPEECHES

2005 Faculty, Life in the Balance 2005, annual death penalty conference sponsored by the National Legal Aid and Defender Association; New Orleans, Louisiana

Guest speaker, Lacrosse (Wisconsin) County Bar Association

| | |
|---|---|
| 2004 | Faculty, Building the Case for Life, program sponsored by the Washburn University School of Law; Topeka, Kansas |
| | Guest speaker, School of Social Work, University of Wisconsin, seminar on criminal justice |
| | Faculty, Making the Case for Life VII: Mitigation Investigation In Capital Case; sponsored by the National Association of Criminal Defense Lawyers; Arlington, Virginia |
| | Faculty, Annual Conference of the National Association of Sentencing Advocates; Milwaukee, Wisconsin |
| | Coordinator and faculty, Death Penalty Mitigation Institute; sponsored by the National Association of Sentencing Advocates; Milwaukee, Wisconsin |
| | Faculty, Life in the Balance XVI, annual death penalty conference sponsored by the National Legal Aide and Defender Association; Memphis, Tennessee |
| 2003 | Faculty, Annual Conference of the National Association of Sentencing Advocates, presentation on 'Mitigation A to Z: A Primer"; Albuquerque, New Mexico |
| | Faculty, Making the Case for Life VI: Mitigation Investigation in Capital Cases", death penalty training sponsored by the National Association of Criminal Defense Lawyers; Memphis, Tennessee |
| | Presenter, "Strengthening the Guiding Hand of Counsel: Reforming Capital Defense Systems", conference on the American Bar Association Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases, sponsored by the ABA Death Penalty Representation Project and Hofstra University School of Law |
| 2002 | Faculty, "Making the Case for Life V: Mitigation Investigation in Capital Cases", death penalty training sponsored by the National Association of Criminal Defense Lawyers; Raleigh, North Carolina |

| | |
|---|---|
| | Faculty, "Defending Complex Cases", Naval Justice School; Newport, Rhode Island |
| | Faculty, "Life in the Balance XIV", annual death penalty conference sponsored by the National Legal Aid and Defender Association; Kansas City, Mo. |
| 2001 | Faculty, "Life in the Balance XIII", annual death penalty conference sponsored by the National Legal Aid and Defender Association; Albuquerque, New Mexico |
| | Faculty, "Capital Litigation Defense Course", sponsored by the Naval Justice School; Newport, Rhode Island |
| 2000 | Faculty, "Making the Case for Life IV: Mitigation Investigation in Capital Cases", sponsored by the National Association of Criminal Defense Lawyers; Houston, Texas |
| | Trainer, "Death Penalty Defense Workshop", sponsored by the Office of the State Appellate Defender - Death Penalty Trial Assistance Division; Chicago, Illinois |
| | Faculty, "Life in the Balance XII", annual death penalty conference sponsored by the National Legal Aid and Defender Association; Washington, D.C. |
| | Faculty, Annual Conference of the National Association of Sentencing Advocates; San Diego, California; also, co-coordinator and faculty, Death Penalty Institute, held in conjunction with annual conference |
| 1999 | Faculty, "Making the Case for Life: Mitigation Investigation in Capital Cases", sponsored by the National Association of Criminal Defense Lawyers; Boise, Idaho |
| | Faculty, Death Penalty Training Seminar, sponsored by the Florida Association of Criminal Defense Lawyers; Haines City, Florida |
| | Faculty, Annual Conference of the National Association of Sentencing Advocates; Miami, Florida |

| | |
|---|---|
| | Faculty, “Life in the Balance XI”, annual death penalty conference sponsored by the National Legal Aid & Defender Association; Atlanta, Georgia |
| 1998 | Faculty, "The Fight for Life: Mitigation That Wins", sponsored by the Tennessee Association of Criminal Defense Lawyers and The Tennessee District Public Defenders Conference; Nashville. |
| | Trainer, Annual Conference of the National Association of Sentencing Advocates; Washington, D.C.. |
| | Faculty, "Life in the Balance X", annual death penalty conference sponsored by the National Legal Aid & Defender Association; Philadelphia, Pennsylvania. |
| | Faculty, "Making the Case for Life: Mitigation Investigation in Capital Cases", sponsored by the National Association of Criminal Defense Lawyers; Scottsdale, Arizona. |
| | Trainer, Death Penalty Seminar sponsored by the Federal Defender Office of Washington & Idaho; Boise, Idaho |
| 1997 | Trainer, Annual Conference of the National Legal Aid & Defender Association; St. Louis, Missouri. |
| | Trainer, Annual Conference of the New Mexico Public Defender; Glorietta, New Mexico. |
| | Trainer, Nebraska Commission on Public Advocacy; presented day-long training program on mitigation in capital cases for staff of the Major Case Resource Center; Lincoln, Nebraska. |
| | Faculty, "Life in the Balance IX", annual death penalty conference sponsored by the National Legal Aid & Defender Association. |
| 1996 | Trainer, Annual Conference of the National Legal Aid & Defender Association; Las Vegas, Nevada. |

| | |
|---|---|
| | Faculty, "Understanding Violence: Prevention Strategies and Mitigation Training", seminar sponsored by the Center for Death Penalty Litigation, the Carolina Justice Policy Center, and the UNC-Chapel Hill School of Social Work; Chapel Hill, North Carolina. |
| | Faculty, "Life in the Balance VIII", annual death penalty conference sponsored by the National Legal Aid & Defender Association; St. Louis, Missouri. |
| | Trainer, Client Services Workshop, Office of the State Public Defender; Madison, Wisconsin. |
| 1995 | Trainer, Annual Conference of the National Legal Aid & Defender Association; New Orleans, Louisiana. |
| | Trainer, Indiana Public Defender Council, Sentencing Training; Indianapolis, Indiana. |
| | Trainer, "The Defense of Drug Cases", National Legal Aid & Defender Association regional conference; Baltimore, Maryland. |
| | Trainer, Annual Conference of the National Association of Sentencing Advocates; Chicago, Illinois. |
| | Trainer, Annual Conference of the National Organization of Forensic Social Work; Reno, Nevada. |
| | Faculty, "Life in the Balance VII", annual death penalty conference sponsored by the National Legal Aid & Defender Association; Kansas City, Missouri. |
| 1994 | Trainer, Annual Conference of the National Legal Aid & Defender Association; Washington, D.C.. |
| | Speaker, University of Wisconsin-Madison Law School, course on Capital Punishment. |
| | Trainer, NAACP Legal Defense and Education Fund; annual Capital Punishment Conference; Warrenton, Virginia. |

Trainer, Annual Conference of the National Organization of Forensic Social Work; Atlanta, Georgia.

Faculty, "Life in the Balance VI", annual death penalty conference sponsored by the National Legal Aid & Defender Association; Austin, Texas.

1993 Trainer, Annual Conference of the National Legal Aid & Defender Association; Albuquerque, New Mexico.

Trainer, Defender Association of Philadelphia; day-long training for homicide unit; Philadelphia, Pennsylvania; April, 1993.

Faculty, "Life in the Balance V", annual death penalty conference sponsored by the National Legal Aid & Defender Association; New Orleans, Louisiana; March, 1993.

1992 Trainer, Annual Conference of the National Legal Aid & Defender Association; Toronto, Ontario, Canada; October, 1993.

Trainer, Criminal Defense Conference, the Wisconsin State Public Defender; Oconomowoc, Wisconsin; October, 1992.

Faculty, Death Penalty Seminar, sponsored by the Indiana Public Defender Council; Indianapolis, Indiana.

1991 Trainer, Annual Conference of the National Legal Aid & Defender Association; Portland, Oregon.

Faculty, "Mitigation Specialists Training", sponsored by the National Legal Aid & Defender Association, the Missouri Capital Punishment Resource Center, and the National Association of Social Workers - Missouri Chapter; St. Louis, Missouri.

Faculty, "Life in the Balance III", annual death penalty conference sponsored by the National Legal Aid & Defender Association; New Orleans, Louisiana.

| | |
|---|---|
| | Trainer, Annual Conference of the National Organization of Forensic Social Work; Washington, D.C. |
| 1990 | Trainer, Annual Conference of the National Legal Aid & Defender Association; Pittsburg, Pennsylvania. |
| 1989 | Trainer, Annual Death Penalty Seminar, sponsored by the Office of the State Appellate Defender; Collinsville, Illinois. |
| 1988 | Trainer, Annual Conference of the National Legal Aid & Defender Association; San Diego, California. |
| 1987 | Trainer, "Critical Issues in Juvenile Justice: A Working Conference", sponsored by the Wisconsin Department of Health and Social Services; Madison, Wisconsin. |
| | Trainer, Annual Death Penalty Seminar, sponsored by the Office of the State Appellate Defender; Chicago, Illinois. |
| | Trainer, "All About Families Conference", sponsored by the Wisconsin Child Advocacy Project; Madison, Wisconsin. |
| 1986 | Trainer, Annual Conference of the National Legal Aid & Defender Association; Atlanta, Georgia. |
| | Speaker, Milwaukee Young Lawyers Association. |
| | Trainer, Regional Conference of the National Defender Investigator Association; Madison, Wisconsin. |
| | Trainer, Annual Conference of the Office of the State Public Defender; Milwaukee, Wisconsin. |
| | Speaker, Criminal Law Section of the Dane County Bar Association; Madison, Wisconsin. |
| 1985 | Trainer, Annual Conference of the National Legal Aid & Defender Association; also, coordinator of day-long training program for social services personnel in defender offices and private practitioners providing sentencing services to attorneys; Washington, D.C. |

| | |
|---|---|
| | Trainer, Annual Conference of the Office of the State Public Defender; Milwaukee, Wisconsin. |
| | Speaker, University of Wisconsin-Madison School of Social Work, Spring Symposium; Madison, Wisconsin. |
| 1984 | Trainer, American Bar Association, Annual Program Meeting; Chicago, Illinois. |
| | Trainer, Annual Conference of the Office of the State Public Defender; Milwaukee, Wisconsin. |
| | Trainer, Jefferson County Human Services Department and county law enforcement personnel. |
| | Trainer, Eau Claire, Wisconsin region of Social Services Departments; Eau Claire, Wisconsin. |
| | Speaker, Criminal Law Section of the Dane County Bar Association; Madison, Wisconsin. |
| 1982 | Trainer, Annual Conference of the National Legal Aid & Defender Association; Boston, Massachusetts. |
| 1981 | Trainer, Annual Conference of the National Legal Aid & Defender Association; San Francisco, California. |
| | Faculty, Annual Conference of the Office of the State Public Defender; Madison, Wisconsin. |
| | Trainer, First Annual Juvenile Court Intake Training Seminar, sponsored by the Wisconsin Juvenile Court Intake Association; Madison, Wisconsin. |
| | Trainer and coordinator; Client Services Spring Workshop, Office of the State Public Defender; Madison, Wisconsin. |
| 1973-80 | Trainer and speaker at numerous programs in Wisconsin on Legal Skills for Social Work, Sentencing, Child Advocacy, Mental Health, Juvenile Justice, and Child Abuse and Neglect. |

## PUBLICATIONS, PROFESSIONAL PAPERS & MEDIA PRODUCTIONS

2003 — Author of article, "The Defense Team in Capital Cases", Hofstra Law Review; summer, 2003; Volume 31, No. 4, page 1117

1991-96 — Contributed several newsletter articles to "Capital Report", newsletter of the Death Penalty Litigation Section of the National Legal Aid & Defender Association; articles covered topics relating to the death penalty and mitigation, including mentally retarded capital defendants, Fetal Alcohol Syndrome and Effects, and cultural and environmental mitigation; several articles have been reprinted in newsletters published by state defender programs, resource centers, and criminal defense attorney associations.

1981-82 — Developed a series of videotape programs on "Probation and Parole Revocation Procedures in Wisconsin", as part of the Joint Training Program on Probation and Parole Revocation Procedures, funded by the National Institute on Corrections. Directed the development of the training manual to be used in conjunction with the tapes; authored the grant proposal.

1980 — Paper presented before the 1980 Program Meeting of the Council on Social Work Education, on "The Social Worker as Client Advocate: Teaching Advocacy in a Legal Setting"; Los Angeles, California.

1979 — Article published in the Journal of Education for Social Work (Fall, 1980), titled "Teaching Law and Legal Skills to Social Workers"; also presented as a paper before the 1979 Annual Program Meeting of the Council on Social Work Education; Boston, Massachusetts.

1978 — Paper prevented to the Prison Health Care Advisory Committee, state of Wisconsin, title "Health Care Needs in Juvenile Correctional Facilities."

1977 — "Children in Jail and Detention", report to Acting Governor Martin Schreiber, state of Wisconsin, on the need for non-secure temporary care alternatives for juveniles.

1974 Developed and produced a series of eight videotape programs titled "Legal Training for Child Welfare Workers", used as training aids in social service agencies and social work classes; wrote grant proposal for development of training program, videotapes, and training manual; co-directors of program.

**RESEARCH**

1980-81 "Study of Recoupment From Parents for Costs of Legal Representation for Their Children", study mandated by the Wisconsin Legislature in Chapter 356, Laws of 1979. Study included analyzing statutes from other states on recoupment and parental responsibility for costs of legal representation of their children; surveying policies and practices in a number of public defender systems in the country; researching case law on the issue; and conducting a survey of parents of juvenile clients regarding their ability to pay and attitudes towards recoupment. Resulted in leglslative provision for recoupment in Chapter 20, laws of 1981.

1977-78 Conducted study of all juveniles present in Wisconsin juvenile correctional institutions on June 30, 1977. Variables included age, sex, race, county of residence, committing offense(s), prior offense history, prior services and placements, history of running away from placement, and recommendations of Juvenile Offender Review Board. Data was used by state officials for future planning of juvenile correctional programs.

**GRANTS**

1973-1982 Authored or co-authored grant proposals resulting in over $550,000 in grant awards for various projects, including for: the establishment of the Youth Policy and Law Center, a statewide public interest agency involved in juvenile justice policy issues in Wisconsin; a staff social worker position at the Legal Services Center of Dane County, in Madison, Wisconsin; a joint training program on probation and parole revocation procedures for the Department of Corrections and

the Office of the State Public Defender; a project to train child welfare workers in the state of Wisconsin on law and legal skills; projects for the representation and resettlement of unaccompanied Cuban minors in Wisconsin; and a project to provide special services to indigent minority and veteran defendants through the Office of the State Public Defender.

**OTHER ACTIVITIES**

Testified before committees of the Wisconsin legislature on numerous occasions since 1976 on issues related to juvenile justice, mental health, and state funding for human services.

Served on oral examining boards for state and county positions in Wisconsin approximately twelve times since 1975.

Participated in the drafting and passage of several pieces of legislation in Wisconsin, including the Children's Code revision (1978), the Mental Health Act, bills related to the criminal justice and human services systems, and state budget proposals.

Guest speaker on numerous occasions in classes at the University of Wisconsin-Madison.

Along with husband, own and operate a Christmas tree farm in western Wisconsin.

[April, 2005]