# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Keith D. Nelson, | ) |
| Petitioner, | ) |
| vs. | ) No. 04-8005-CV-W-FJG |
| United States of America, | ) |
| Respondent. | ) |

## ORDER

Pending before this Court is petitioner's sealed *ex parte* motion to allow post-conviction counsel access to sealed documents (Doc. #14), filed June 23, 2005. Petitioner's motion is granted as to those documents filed by defendant and his counsel only. Petitioner is directed to seek leave of Court to access sealed documents filed by the Government or sealed Court orders addressing sealed Government filings. Petitioner may fax the Court and counsel for the Government with his request for access to specific documents.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: August 26, 2005
Kansas City, Missouri