IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 04-08005-CV-W-FJG-P |
| | ) | Crim No. 99-00303-01-CR-W-FJG |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ENTRY OF APPEARANCE**

Comes now the United States of America, by and through its undersigned attorney, Matt J. Whitworth, Deputy United States Attorney, and enters his appearance as attorney for the United States of America in the above-referenced case, in replacement of Assistant United States Attorney Sheryle L. Jeans.

Respectfully submitted,

Todd P. Graves
United States Attorney

By */s/ Lajuana M. Counts*

For Matt J. Whitworth #33322
Deputy United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on November 18, 2005, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Lajuana M. Counts*

For Matt J. Whitworth
Deputy United States Attorney