IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | Case No. 04-8005-CV-W-FJG-P |
| v. | ) | Crim. No. 99-00303-01-CR-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO MOVANT'S § 2255 MOTION

The United States of America, by Todd P. Graves, United States Attorney, and Matt J. Whitworth, Deputy United States Attorney, both for the Western District of Missouri, requests a 60-day extension of time in which to file its response to movant Keith Nelson's § 2255 motion. In support of this request, the Government states the following:

The motion was filed on November 6, 2005, and the Government's response is due on November 21, 2005. Undersigned counsel has not had adequate time to prepare a response to Nelson's motion because he was not aware that a § 2255 motion had been filed, and he just received notice today. Counsel of record Sheryle L. Jeans has temporarily left the office to teach law school in Virginia. The electronic notice of the filing of this motion was sent to her e-mail address but our office did not check the status of the case until today when it was filing an entry of appearance on behalf of the undersigned. The motion raises numerous issues which will require detailed review of the transcript in this case. Hence, Government counsel needs additional time to adequately prepare a response to Nelson's

claims. Therefore, the Government requests an additional 60 days, up to and including January 20, 2006, in which to prepare and file its response.

Wherefore, for the foregoing reasons, the Government respectfully requests a 60-day extension of time up to and including January 20, 2006, in which to file a response to Nelson's motion.

Respectfully submitted,

Todd P. Graves
United States Attorney

By *[/s/ J. Daniel Stewart]*

For Matt J. Whitworth, #33322
Deputy United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, 5th Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on November 18, 2005, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ J. Daniel Stewart*

For Matt J. Whitworth
Deputy United States Attorney