# Xavier F. Amador

**Address**
1150 Smith Road
Peconic, New York 11958

**Telephone**
516-578-1864 (wk)
631-980-7876 (fax)
xa1@columbia.edu

## Education

| | |
|---|---|
| Ph.D. Clinical Psychology<br>1989 | New York University |
| M.A. Clinical Psychology<br>1987 | New York University |
| B.A. Psychology<br>1982 | State University of New York,<br>College at Purchase (graduation with honors) |

## Administrative and Academic Appointments

| | |
|---|---|
| Professor<br>2003 - | Adjunct Professor in Clinical Psychology,<br>Columbia University, Teachers College, NYC. |
| National Director<br>2002 - 2003 | Center for Research, Education and Practice.<br>National Alliance for the Mentally Ill,<br>Arlington, VA |
| Director<br>2000 - 2002 | Department of Psychology, the New York State<br>Psychiatric Institute, NYC. |
| Associate Professor<br>1995 - 2003 | Associate Professor of Psychology in<br>Psychiatry, Columbia University College of<br>Physicians & Surgeons, NYC. |
| Associate Professor<br>1997 - 2003 | Adjunct Associate Professor in Clinical Psychology<br>Columbia University, Teachers College, NYC. |

| | |
|---|---|
| DSM IV-TR Co-Chair<br>1999 - 2000 | American Psychiatric Association Committee to revise text of the Diagnostic and Statistical Manual for Mental Disorders, IV Edition: Schizophrenia and Other Psychotic Disorders section. |
| Faculty<br>1999 - 2002 | Columbia University College of Physicians & Surgeons, and New York Cornell Hospital's post-graduate Fellowship in Forensic Psychiatry. |
| Chief<br>1994 - 2002 | Division of Diagnosis & Evaluation<br>Department of Clinical Psychobiology, New York State Psychiatric Institute. |
| Associate Science Director<br>1989 - 1993 | Department of Clinical Psychobiology, Schizophrenia Research Unit, New York State Psychiatric Institute. |
| Assistant Professor<br>1991 - 1995 | Assistant Professor of Clinical Psychology, in Psychiatry, Columbia University College of Physicians & Surgeons. |
| Assistant Professor<br>1991 - 1998 | Adjunct Assistant Professor of Clinical Psychology, the Graduate School of Arts & Sciences, Department of Psychology, New York University. |
| Adjunct Clinical Supervisor in Family Therapy | Ferkauf Graduate School of Psychology<br>Yeshiva University: 1990-1991. |
| Instructor<br>1989 - 1991 | Instructor in Clinical Psychology, in Psychiatry, Columbia University College of Physicians & Surgeons. |

**Volunteer Positions**

| | |
|---|---|
| Director<br>2003 - | National Alliance for the Mentally Ill (NAMI), Board of Directors. |
| Member<br>2003 - | NAMI Scientific Council. |

**Research Experience**

| | |
|---|---|
| Principal Investigator<br>1999 - 2003 | National Institute of Mental Health: "Diagnosis and Treatment Research Core." MHCRC in Schizophrenia Studies. (Grant # P30 MH59342, Jack Gorman M.D. Principal Investigator) |
| Principal Investigator | NIMH: "Diagnosis and Assessment Research Core." Developing |

| | |
|---|---|
| 1994 - 1999 | Schizophrenia Clinical Research Center (DCRC) (Grant #.5P20-MH-50727, Jack Gorman M.D. Principal Investigator). |
| Principal Investigator<br>1993 - 1996 | NIMH Grant Award: "Deficits in Awareness of Illness in Schizophrenia," National Institute of Mental Health (Grant #1 RO3 MH48790-02). |
| Principal Investigator<br>1994-1996 | Stanley Foundation Research Award, "Self Awareness Deficits Following Frontal, and Left-, Right-, Posterior Brain Lesions in Neurological Patients: Comparison to Schizophrenia." |
| Co-Investigator<br>1999 - 2002 | NIMH RO1 Grant: "Suicidal Behavior in Schizophrenia," Harkavy Friedman, J., Principal Investigator. |
| Co-Investigator<br>1994 - 1999 | NIMH RO1 Grant: "Pain Insensitivity and Affective Deficits in Schizophrenia," Dworkin, R., Principal Investigator. |
| DSM-IV Coordinator<br>1990 - 1992 | Columbia University site coordinator: the DSM-IV Field Trial for Schizophrenia and Related Psychotic Disorders. |
| Principal Investigator<br>1991 - 1994 | NIMH "Faculty Scholar Award in Schizophrenia", National Institute of Mental Health (Grant #1 TO1 MH19627-01). |
| Principal Investigator<br>1993 - 1994 | Scottish Rite Schizophrenia Research Award: "Neuropsychological and Clinical Correlates of Lack of Awareness of Illness in Schizophrenia." |
| Principal Investigator<br>1990 - 1992 | National Alliance for Research in Schizophrenia and Affective Disorders (NARSAD) Young Investigator Award. |
| Principal Investigator<br>1989 - 1990 | Columbia University Schizophrenia Research Fund Award, "Smooth Pursuit Eye Movement Dysfunction in Schizophrenics and their Relatives." |
| Co-Investigator<br>1989 - 1994 | National Institute of Mental Health Grant Award # MH46289-05, "Diagnostic Center for Psychiatric Linkage Studies (Schizophrenia)." |
| Co-Investigator<br>1990 - 1991 | Mental Illness Foundation Grant: "Multidimensional Definition of the Schizophrenia Phenotype." |
| Co-Investigator<br>1987 - 1989 | New York State Psychiatric Institute (BGRSG) Pharmacological investigation of the pathophysiology of SPEM. |
| Dissertation Research | Doctoral dissertation: "A Putative Genetic Marker of |

| | |
|---|---|
| 1987 - 1989 | Schizophrenia, Smooth Pursuit Eye Movement Dysfunction: Comparison to Mania and Task Characteristics." |
| Masters Research | Master's thesis: "Putative Genetic Markers of Schizophrenia." |
| 1985 - 1987 | Co-investigator on NYSPI Basic Research Grant (BSRG 903-E802T). |

**Reviewer**

| | |
|---|---|
| *American Journal of Psychiatry* | *British Journal of Psychiatry* |
| *Journal of Nervous and Mental Disease* | *Contemporary Psychology* |
| *Hospital and Community Psychiatry* | *Oxford University Press* |
| *Psychophysiology* | *Psychiatry Interpersonal & Biological Proc.* |
| *Schizophrenia Bulletin* | *Comprehensive Psychiatry* |
| *Harvard Review of Psychiatry* | *Schizophrenia Research* |
| *Psychoanalytic Psychology* | *Psychological Reports* |
| *Cognitive Neuropsychiatry* | *Biological Psychiatry* |
| *Journal of Abnormal Psychology* | *Archives of General Psychiatry* |
| *Social Psychiatry and Psychiatric Epidemiology* | *Psychiatric Services* |
| *Wiley Publishers, London* | *Psychiatric Rehabilitation Journal* |

**Consultations**

| | |
|---|---|
| American Psychiatric Assoc. | Co-Chair DSM IV text revision of Schizophrenia and Other Psychotic Disorders section. |
| American Psychiatric Assoc. | Expert Schizophrenia Advisor, task force on DSM IV. |
| U.S. Dept. of Justice | United States Department of Justice, Office of Justice Programs. Institute for Law & Justice, Subcontractor to the Department of Justice: Invited lecturer. |
| NIMH | National Institute of Mental Health, Clinical Psychopathology Grant Review Committee (1997 - 1999). |
| Veteran's Administration | Reviewer - research award applications. |
| Research Advisor | NIMH, Veteran's Affairs, Private Foundation, and Drug Company sponsored Research Studies. |
| Grant Reviewer | New York University, Graduate School Arts & Sciences, Psychology Deptartment; Long Island Jewish Medical Center, Department of Psychiatry; National Institute of Mental Health (NIMH) supplementary reviewer; Italian Ministry for Education University and Research (MIUR) reviewer. |
| NBC News Division | National Broadcasting Corporation News Consultant. Psychology & Health Contributor, NBC's Today Show (Weekend Edition). |

| | |
|---|---|
| Court T.V. | Expert commentator for Court T.V.. |
| Schizophrenia Digest | Member of Advisory Board. |

**Awards and Honors**

| | |
|---|---|
| Honors Thesis<br>1982 | Undergraduate research thesis awarded honors. |
| Graduation with Honors<br>1982 | Undergraduate degree conferred with honors. |
| Scholarships<br>1985 - 1988 | Awarded tuition scholarships from the Dean of the Graduate School of Arts and Sciences, New York University. |
| Young Scientist Award | NARSAD (see 'research experience' for description) |
| Young Investigator Award<br>1993 | International Congress on Schizophrenia Research, Colorado. |
| Young Scientist Award<br>1993 | Winter Workshop on Schizophrenia Research, Switzerland. |

**Positions at Columbia University College of Physicians & Surgeons**

| | |
|---|---|
| Executive Committee | Department heads at NYSPI and Columbia |
| Incident Review | Review of reported incidents in hospital and clinics. |
| Medical Staff | Medical staff meeting (department chiefs - clinical) |
| Faculty Mentor & Lecturer | Forensic Fellowship in Psychiatry |
| Faculty Mentor & Lecturer | Schizophrenia Research Fellow program. |
| Faculty Mentor & Lecturer | Stanley Minority Research Scholar program. |
| Clinical Supervisor | Psychology Internship program. |
| Assistant Director | Psychology Externship, Department of Clinical Psychobiology. |

**Clinical Positions and Training**

| | |
|---|---|
| Licensed Psychologist<br>1990 - present | New York State. Currently in Private Practice. License # 010154. |
| Attending Psychologist<br>1989 - present | New York State Psychiatric Institute, Schizophrenia Research Unit. Primary therapist (1989-1991), internship and externship supervisor. |
| Psychology Intern<br>1987 - 1988 | Psychology Intern at St. Luke's/Roosevelt Hospital in New York City (A.P.A. Approved Internship). |

| | |
|---|---|
| Psychotherapist<br>1988 | Family psychotherapy practicum supervised at New York University Doctoral Program in Clinical Psychology. |
| Psychotherapist<br>1987 | Employed at the New Hope Guild Clinic, Bay Ridge, Brooklyn, N.Y. Family, child and adult individual psychotherapy. |
| Psychotherapist<br>1986 - 1988 | Individual psychotherapy practicum supervised at New York University Doctoral Program in Clinical Psychology. |
| Psychotherapist<br>1986 - 1987 | Family psychotherapy practicum supervised at New York University Doctoral Program in Clinical Psychology. |
| Neuropsychology Examiner<br>1987 - 1988 | Neuropsychology externship at Beth Israel Hospital, New York. |
| Mental Health Worker<br>1985 | St. Vincent's Medical Center Out-Patient Department, Staten Island, New York. Individual, group and family therapist. |
| Psychiatric Technician<br>1983 - 1985 | Arizona Health Sciences Center inpatient unit, Tucson, Arizona. |
| Residential Counselor<br>1983 - 1984 | Lallave, LaFrontera Center psychiatric half-way house. Tucson, Arizona. |
| Psychiatric E.R.<br>1984 - 1985 | Emergency Room Diagnostician at Kino Community Hospital. Mobile Acute Crisis Team, Tucson Police Department Tucson, Arizona. |

## **Publications Peer Reviewed** (updated 10/2003)

Total times cited: Science Citation Index = 1,174


1) Brebion G, Bressan RA, **Amador X**, Malaspina D, Gorman JM. Medications and verbal memory impairment in schizophrenia: the role of anticholinergic drugs. Psychol Med. 2004 Feb;34(2):369-74.

2) **Amador, XF**, Fitzpatrick, M. "Science to Services: Consumers need "Real-World Science."" *Schizophrenia Bulletin*, 2003.

3) Pini S., **Amador XF**. Dell'Osso L. Baldini Rossi N. Cassano P. Savino M. Cassano GB. Treatment of depression with comorbid anxiety disorders: differential efficacy of paroxetine versus moclobemide. International Clinical Psychopharmacology. 18(1):15-21, 2003

4) Goodwin RD. **Amador XF**. Malaspina D. Yale SA. Goetz RR. Gorman JM. Anxiety and substance use comorbidity among inpatients with schizophrenia. Schizophrenia Research. 61(1):89-95, 2003

5) Butler PD. DeSanti LA. Maddox J. Harkavy-Friedman JM. Amador XF. Goetz RR. Javitt DC. Gorman JM. Visual backward-masking deficits in schizophrenia: relationship to visual pathway function and symptomatology. Schizophrenia Research. 59(2-3):199-209, 2003

6) Brebion, G., Bressan, R., **Amador, XF**., Malaspina, D., and Gorman, J. "Medications and verbal memory impairment in schizophrenia -The role of anticholinergic drugs." *Psychological Medicine*, in press.

7) Yale SA, Goetz R, Marcinko L, **Amador X**, Malaspina D "A latent factor analysis of the Deficit Syndrome criteria" Schizophrenia Research 60 (1): 30-30 (published abstract) Suppl. S MAR 15 2003.

8) Rosenfield, P. **Amador, XF**., Goetz, R., Malaspina, D., "Eye Tracking and Smell Identification in Relatives of Patients with Schizophrenia" *American Journal of Psychiatry*, submitted.

9) Pini S. **Amador XF**. Dell'Osso L. Baldini Rossi N. Cassano P. Savino M. Cassano GB. "Treatment of depression with comorbid anxiety disorders: differential efficacy of paroxetine versus moclobemide." *International Clinical Psychopharmacology*. 18(1):15-21, 2003

10) Goodwin, RD, **Amador, XF**, Malaspina, D, et al. "Anxiety and substance use comorbidity among inpatients with schizophrenia" Schizophrenia Research 61 (1): 89-95, 2003.

11) Pini, S, Dell'Osso, L, **Amador, XF**, et al. "Awareness of illness in patients with bipolar I disorder with or without comorbid anxiety disorders" AUST NZ J PSYCHIAT 37 (3): 355-361 JUN 2003.

12) Butler PD, DeSanti LA, Maddox J, Harkavy-Friedman JM, **Amador XF**, Goetz RR, Javitt DC, Gorman JM., "Visual backward-masking deficits in schizophrenia: relationship to visual pathway function and symptomatology" SCHIZOPHRENIA RESEARCH 59 (2-3): 199-209 2003

13) Dell'Osso L. Pini S. Cassano GB. Mastrocinque C. Seckinger RA. Saettoni M. Papasogli A. Yale SA. **Amador XF**. Insight into illness in patients with mania, mixed mania, bipolar depression and major depression with psychotic features. [Journal Article] *Bipolar Disorders. 4(5):315-22, 2002*

14) Malaspina, D, Coleman, E, Goetz, RR, **Amador, XF**., et al. "Odor identification, eye tracking and deficit syndrome schizophrenia" BIOL PSYCHIAT 51 (10): 809-815 MAY 15 2002

15) **Amador, XF**, Shiva, AA. “Insight into schizophrenia.” *Civil Rights Law Journal*, 12(8): 401-415, 2001.

16) **Amador, XF**, Seckinger, RA, Kasapis, C, et al. “Anosognosia in schizophrenia and schizoaffective disorder” SCHIZOPHR RES 49 (1-2): 10-10 (published abstract) Sp. Iss. SI Suppl. S APR 15 2001

17) Pini S. Cassano GB. Dell'Osso L. **Amador XF.** Insight into illness in schizophrenia, schizoaffective disorder, and mood disorders with psychotic features. *American Journal of Psychiatry. 158(1):122-5, 2001* Jan.

18) Friedman, MS, Bruder, GE, Nestor, PG, **Amador XF**, et al. **“**Perceptual asymmetries in schizophrenia: Subtype differences in left hemisphere dominance for dichotic fused words” AM J PSYCHIAT 158 (9): 1437-1440 SEP 2001

19) Alia-Klein, N, O'Rourke, T, Yale, SA, **Amador, XF**., et al. “Violence Assessment Scale (VAS): A study of validity and reliability and suggestions for future use” SCHIZOPHR RES 49 (1-2): 256-256 (published abstract) Sp. Iss. SI Suppl. S APR 15 2001

20) Wilson, ST, **Amador, XF** “Personality, insight, and compliance in schizophrenia” SCHIZOPHR RES 49 (1-2): 147-147 (published abstract) Sp. Iss. SI Suppl. S APR 15 2001

21) Friedman MS, Bruder GE, Nestor PG, Stuart BK, **Amador XF**, Gorman JM Perceptual asymmetries in schizophrenia: Subtype differences in left hemisphere dominance for dichotic fused words AMERICAN JOURNAL OF PSYCHIATRY 158 (9): 1437-1440 SEP 2001

22) Vinogradov, S, Amador, XF, Clarke, J **Schizophrenia and the death penalty** SCHIZOPHR RES 49 (1-2): 278-278 (published abstract) Sp. Iss. SI Suppl. S APR 15 2001

23) **Amador, XF**, Reshmi, P. “Defending the Unabomber: Anosognosia and schizophrenia.” *Psychiatric Quarterly*, 71(4):363-370, 2000.

24) Jürgen K, Bruder GE, Tenke CE, Stuart BK, **Amador XF**, & Gorman, JM. “Event-related potentials (ERPs) in schizophrenia for tonal and phonetic oddball tasks.” *Society of Biological Psychiatry*, 49:832-847, 2001.

25) Coleman, EA, Malaspina, D, **Amador, XF**, et al. **“**Odor identification, eye tracking and the deficit syndrome” SCHIZOPHR RES 49 (1-2): 102-103 Sp. Iss. SI Suppl. S APR 15 2001

26) Seckinger, RA, **Amador, XF**. “Cognitive-behavioral therapy in schizophrenia.” *Journal of Psychiatric Practice*, 2001.

27) Brébion, G, Gorman, JM, Malaspina, D, Sharif, Z, **Amador, XF.** "Clinical and cognitive factors associated with verbal memory task performance in patients with schizophrenia." *American Journal of Psychiatry*, 158(5): 758-764, 2001.

28) Malaspina, D, Goetz, RR, Yale S, Berman BS, Friedman JH, Tremeau F, Prinz, D, **Amador, XF,** Johnson J, Brown A, Gorman JM. "Relation of familial schizophrenia to negative symptoms but not to the deficit syndrome. American Journal of Psychiatry 157(6): 994-1003, 2000.

29) Corcoran, CM, Goetz, R, **Amador, X**, et al. "Depression and higher IQ associated with premorbid Traumatic Brain Injury in schizophrenia" BIOL PSYCHIAT 47 (8): 91 (published abstract) Suppl. S APR 15 2000

30) Brébion, G, **Amador, XF**, Smith, M, Malaspina, D, Sharif, Z, Gorman, J. "Depression, psychomotor retardation, negative symptoms and memory in schizophrenia." *Neuropsychiatry, Neuropsychology, and Behavioral Neurology*, 13(3), 2000.

31) Brébion, G, **Amador, XF**, David A, M, Malaspina, D, Sharif, Z, Gorman, J. "Positive symptom ology and source-monitoring failure in schizophrenia: An analysis of symptom-specific effects." *Psychiatry Research*, 2000.

32) Susser, E, Finnerty, M, Mojtabai, R, **Amador, XF.,** et al. "Reliability of the Life Chart Schedule for assessment of the long-term course of schizophrenia" SCHIZOPHR RES 42 (1): 67-77 MAR 16 2000

33) Limpert, C, **Amador, XF**, Seckinger, RA, et al. "Diminished emotional experience and its relationship to poor insight in schizophrenia" SCHIZOPHR RES 41 (1): A29 (published abstract) Sp. Iss. SI JAN 3 2000

34) **Amador XF,** Kirkpatrick B, Buchanan RW, Carpenter WT, Marcinko L, Yale SA. "Stability of the diagnosis of deficit syndrome in schizophrenia." *American Journal of Psychiatry,* 156(4): 637-639, 1999.

35) Marcinko, L, **Amador, XF**, Yale, S Latent class analysis of the neurodevelopmental, and deficit syndromes in schizophrenia SCHIZOPHR RES 36 (1-3): 24-24 APR 1999

36) Harkavy-Friedman, JM, Nelson, E, Amador, X, et al. "Aggression, impulsivity, suicidal behavior, and clinical features in schizophrenia" SCHIZOPHR RES 36 (1-3): 19-19 (published abstract) Sp. Iss. SI APR 1999

37) Brébion, G, **Amador, XF**, Smith, MJ, Malaspina, D, Sharif, Z, Gorman, JM. "Opposite links of positive and negative symptom ology with memory errors in schizophrenia." *Psychiatry Research*, 88:15-24, 1999.

38) Malaspina, D, Friedman, JH, Goetz, R, **Amador, XF**., et al. Resistance of negative symptoms to neuroleptic treatment in familial schizophrenia SCHIZOPHR RES 36 (1-3): 287-288(published abstract) Sp. Iss. SI APR 1999

39) Jürgen K, Bruder GE, Friedman, D, Tenke, CE, **Amador, XF,** Clark, SC, Malaspina, D, Gorman, JM. "Brain event-related potentials (ERPs) in schizophrenia during a word recognition memory task." *International Journal of Psychophysiology*, 34:249-265, 1999.

40) Bruder, Gerard; Kayser, Juergen; Tenke, Craig; **Amador, Xavier;** Friedman, Michelle; Sharif, Zafar; Gorman, Jack. "Left temporal lobe dysfunction in schizophrenia: Event-related potential and behavioral evidence from phonetic and tonal dichotic listening tasks." *Archives of General Psychiatry*. Vol 56(3), Mar 1999, 267-276.

41) Brébion, G, Smith, MJ, Gorman, JM, Malaspina, D, Sharif, Z, **Amador, XF**. "Memory and Schizophrenia: Differential link of processing speed and selective attention with two levels of encoding." *Journal of Psychiatric Research*, 34:121-127, 2000.

42) Kayser J, Bruder GE, Friedman D, Tenke CE, **Amador XF**, Clark SC, Malaspina D, & Gorman JM. "Brain event-related potentials (ERPs) in schizophrenia during a word recognition memory task." *International Journal of Psychophysiology,* 34:249-265, 1999.

43) Harkavy-Friedman JM, Restifo K, Malaspina D, Kaufmann CA**, Amador XF**, Yale SA, Gorman JM **"**Suicidal behavior in schizophrenia: Characteristics of individuals who had and had not attempted suicide" AMERICAN JOURNAL OF PSYCHIATRY 156 (8): 1276-1278 AUG 1999

44) Kayser J, Bruder GE, Friedman D, Tenke CE, **Amador XF,** Clark SC, Malaspina D, Gorman JM
"Brain event-related potentials (ERPs) in schizophrenia during a word recognition memory task" INTERNATIONAL JOURNAL OF PSYCHOPHYSIOLOGY, 34 (3): 249-265 DEC 1999

45) Kasapis, C, Seckinger, RA, Yale, SA, **Amador XF** et al. **The relationship between insight and depression in schizophrenia** SCHIZOPHR RES 36 (1-3): 21-22 (published abstract) Sp. Iss. SI APR 1999

46) **Amador XF** & Gorman JM. "Psychopathologic domains and insight in schizophrenia." *Psychiatric Clinics of North America,* 20:27-42, 1998.

47) Brébion G, Smith M, Gorman J, Malaspina D, & **Amador XF**. "Resistance to interference and positive symptomatology in schizophrenia." *Cognitive Neuropsychiatry,* 3(3):179-190, 1998.

48) Bruder GE, Kayser J, Tenke C, Rabinowicz E, Friedman M, **Amador XF**, Sharif Z, & Gorman J. "The time course of visuospatial processing deficits in schizophrenia: An event-related potential study." *Journal of Abnormal Psychology*, 107(3):399-411, 1998.

49) Brébion G, **Amador XF,** Smith MJ, & Gorman JM. "Memory impairment and schizophrenia: The role of processing speed." *Schizophrenia Research,* 30:31-39, 1998.

50) Malaspina D, Harkavy-Friedman J, Kaufmann C, Bruder G, **Amador XF,** Strauss D, Clark S, Yale S, Lukens E, Thorning H, Goetz R, & Gorman J. "Psychobiological heterogeneity of familial and sporadic schizophrenia." *Biological Psychiatry,* 43:489-496, 1998.

51) Ratakonda S, Gorman JM, Yale SA, & **Amador XF**. "Characterization of psychotic conditions: Use of the domains of psychopathology model." *Archives of General Psychiatry,* 55(1):75-81, 1998.

52) Brébion G, Smith M, **Amador XF,** Malaspina D, & Gorman J. "Word recognition, discrimination accuracy and decision bias in schizophrenia: Association with positive symptomatology and depressive symptomatology." *Journal of Nervous and Mental Disease,* 186(10):604-609, 1998.

53) Kirkpatrick B.; Ram R.; **Amador XF**; Buchanan R.W.; McGlashan T.; Tohen M.; Bromet E.;"Summer birth and the defecit syndrome of schizphrenia." *American Journal of Psychiatry,* 155(9): 1221-1226, 1998.

54) Brown AS, Gewirtz G, Harkavy-Friedman J, Cooper T, Brebion G, **Amador XF**, Malaspina D, Gorman JM "Effects of clozapine on plasma catecholamines and relation to treatment response in schizophrenia" SCHIZOPHRENIA RESEARCH 29 (1-2): 171-171 JAN 1998

55) Kirkpatrick, B.; Ranganathan, R., **Amador, XF**, LaPorte, D.; Buchanan, R.W.; McGlashan, T.; Tohen, M.; & Bromet, E. "Summer birth and behavioral features in psychotic and nonpsychotic groups." *Schizophrenia Research*, 24(1-2): 252-253, 1997.

56) **Amador XF,** Barr W.B.; Economou, A.; Mallin, E.; Marcinko, L.; Yale, S. "Awareness defecits in neurological disorders and schizophrenia." *Schizophrenia Research*, 24(1-2): 96-97, 1997.

57) **Amador XF** & Seckinger RA. "The assessment of insight: a methodological review." *Psychiatric Annals,* 27(12):798-805, 1997.

58) Brébion G, **Amador XF,** Smith M, & Gorman J. "Mechanisms underlying memory impairment in schizophrenia." *Psychological Medicine,* 27:383-393, 1997.

59) Brébion G, Smith M, Gorman J, & **Amador XF**. "Discrimination accuracy and decision biases in different types of reality monitoring in schizophrenia." *Journal of Nervous and Mental Disease,* 185:247-253, 1997.

60) **Amador, XF**, Barr, WB, Economou, A, et al. "Awareness deficits in neurological disorders and schizophrenia" SCHIZOPHR RES 24 (1-2): 96-97 MAR 1997

61) Brown AS, Gewirtz G, Harkavy-Friedman J, Cooper T, Brébion G, **Amador XF**, Malaspina D, & Gorman JM. "Effects of clozapine of plasma catecholamines and relation to treatment response in schizophrenia: A within-subject comparison with haloperidol." *Neuropsychopharmacology*, 17(5):317-25, 1997.

62) Malaspina D, Bruder G, Dalack G, Storer S, Van Kammen M, **Amador XF**, Glassman A, & Gorman J. "Diminished cardiac vagal tone in schizophrenia: associations to brain laterality and age of onset." *Biological Psychiatry,* 41(5):612-617, 1997.

63) Malaspina D, Johnson J, Bruder G, Gorman J, Kaufmann C, **Amador XF**, & Goetz R. "Brain laterality and haloperidol response in schizophrenia." *Biological Psychiatry,* 41(7):305, 1997.

64) Kayser J, Bruder G, Tenke C, Watson J, Malaspina D, **Amador XF**, & Gorman J. "Dissociations of ERP topographies for verbal and nonverbal auditory oddball tasks: findings for schizophrenic patients and healthy controls." *Schizophrenia Research,* 24:234, 1997.

65) Brébion, G.; Smith, M..J.; **Amador, XF**; Malaspina, D.; & Gorman, J. "Clinical correlates of memory in schizophrenia: differential links between depression, positive and negative symptoms, and two types of memory impairment." *American Journal of Psychiatry*, 154(11): 1538-1543, 1997.

66) Brébion, G.; Smith, M.J.; Gorman, J.; & **Amador, XF.** "Reality monitoring failure in schizophrenia: the role of selective attention." *Schizophrenia Research*, 22(2): 173-180, 1997.

67) Bruder, G.; Kayser, J.; Tenke, C.; Friedman, M.; Rabinowicz, E.; **Amador, XF**, & Gorman, J.: Brain event-related potentials in schizophrenia during a visuospatial task." *Schizophrenia Research*, 24(1-2), 231-232, 1997

68) Malaspina, D.; Bruder, G.; Dalack, G.W.; Storer, S.; Van Kammen, M.; **Amador XF**; Glassman, A.; & Gorman, J. "Diminished cardiac vagal tone in schizophrenia: associations to brain laterality and age of onset." *Biological Psychiatry*, 41(5): 612-617, 1997.

69) Tremeau, F.; **Amador XF**; Malaspina, D.; Amodt, I.; Goetz, R.; & Gorman, J. "Insight and anosognosia of tardive dyskinesia in schizphrenia." *Schizophrenia Research*, 24(1-2):273, 1997.

70) Tremeau, F.; **Amador XF**; Malaspina, D.; Maziade M.; Roy M.-A.; Merette, C.; Hamel M.. "Psychosis and etiology (multiple letters). *American Journal of Psychiatry*, 154(1): 132-134, 1997.

71) **Amador XF**, Harkavy Friedman J, Kasapis C, Yale SA, Flaum M, & Gorman JM. "Suicidal behavior and its relationship to awareness of illness." *American Journal of Psychiatry,* 153:1185-1188, 1996.

72) Kasapis, C, **Amador, XF**, Yale, SA, et al. Neuropsychological and defensive aspects of poor insight and depression in schizophrenia SCHIZOPHR RES 18 (2-3): IVB3-IVB3 FEB 1996.

73) Ratkonda, SS, **Amador, XF**, Gorman, JM "Domains of psychopathology: Is schizophrenia different from other psychoses?" BIOL PSYCHIAT 39 (7): 146-146 APR 1 1996

74) Brébion G, Smith MJ, Gorman JM, & **Amador XF**. "Reality monitoring failure in schizophrenia: The role of selective attention." *Schizophrenia Research,* 22:173-180, 1996.

75) Butler PD, Harkavy Friedman JM, **Amador XF,** & Gorman JM. "Backward masking in schizophrenia: relationship to medication status, neuropsychological functioning, and dopamine metabolism." *Biological Psychiatry,* 40:295-298, 1996.

76) Dworkin R, Clark S, **Amador XF,** & Gorman J. "Does affective blunting in schizophrenia reflect affective deficit or neuromotor dysfunction?" *Schizophrenia Research,* 20:301-306, 1996.

77) Kirkpatrick B, **Amador XF,** Flaum M, Yale S, Gorman J, Carpenter W, Tohen M, & McGlashan T. "The deficit syndrome in the DSM-IV Field Trial: I. Alcohol and other drug abuse." *Schizophrenia Research,* 20:69-77, 1996.

78) Kronengold H, **Amador XF**, Bracha HS, Flaum M, McGlashan T, Pandurangi A, Robinson D, Tohen M, Gorman JM, "Schizophrenia, Season of Birth, and Phenomenological Features, *Schizophrenia Research,* 20: 1996.

79) Kasapis C, **Amador XF**, Yale SA, Strauss D, Gorman JM. "Poor Insight in Schizophrenia: Neuropsychological and Defensive Aspects, *Schizophrenia Research,* 20:123,1996.

80) Marcinko L, **Amador XF**, Flaum M, McGlashan, Pandurangi A, Robinson D, Tohen M "Gender Differences in Schizophrenia, *Schizophrenia Research,* 20: 1996.

81) Kirkpatrick B, **Amador XF,** Flaum M, Yale S, Gorman J, Carpenter W, Tohen M, & McGlashan T. "The deficit syndrome in the DSM-IV Field Trial: II. Depressive episodes and persecutory beliefs." *Schizophrenia Research,* 20:79-90, 1996.

82) Malaspina D, Gorman J, Bruder G, **Amador XF**, Goetz R, Harkavy Friedman J, & Kaufmann C. "Familial and sporadic schizophrenia show distinct neurobiology." *Biological Psychiatry,* 39(7):550, 1996.

83) Strakowski SM, Flaum M, **Amador XF,** Bracha HS, Pandurangi AK, Robinson D, & Tohen M. "Racial differences in the diagnosis of psychosis." *Schizophrenia Research,* 21:117-124, 1996.

84) **Amador XF**, Malaspina D, Sackeim HA, Coleman EA, Kaufmann C, Hasan A, & Gorman JM. "Visual fixation and smooth pursuit eye movement abnormalities in patients with schizophrenia and their relatives." *Journal of Neuropsychiatry and Clinical Neurosciences,* 7:197-206, 1995.

85) Bruder G, Rabinowicz E, Towey J, Brown A, Kaufmann C, **Amador XF**, Malaspina D, & Gorman JM. "Smaller right ear (left hemisphere) advantage for dichotic fused words in patients wth schizophrenia." *American Journal of Psychiatry,* 152 (6):932-935, 1995.

86) Susser E, Fennig S, Jandorf L, **Amador XF,** & Bromet E. "Epidemiology, diagnosis, and course of brief psychoses." *American Journal of Psychiatry*, 152(12):1743-1748, 1995.

87) Susser E, Fennig S, Jandorf L, **Amador XF,** & Bromet E. "Diagnostic classification of acute remitting psychosis." *American Journal of Psychiatry,* 152(12):1743-1748, 1995.

88) **Amador, XF., "**Self-awareness deficits and their relevance to the nosology of schizophrenia" SCHIZOPHR RES 15 (1-2): (published abstract) 6-6 APR 1995

89) Susser E, Varma VK, Malhotra S, Conover S, & **Amador XF**. "Delineation of acute and transient psychotic disorders in a developing country setting." *British Journal of Psychiatry,* 167(2):216-219, 1995.

90) Malaspina, D, Bruder, G, **Amador, XF**, et al. **"**Psychophysiological and neuropsychological distinction between familial and sporadic schizophrenia." SCHIZOPHR RES 15 (1-2): (published abstract) 42-42 APR 1995

91) **Amador XF**, Flaum M, Andreasen NC, Strauss JM, & Gorman JM. "Insight into illness in schizophrenia, schizoaffective and mood disorders: Results from the DSM IV Field Trials." *Schizophrenia Research,* 11(2):180, 1994.

92) **Amador XF**, Andreasen NC, Flaum M, Strauss DH, Yale SA, Clark S, & Gorman JM. "Awareness of illness in schizophrenia, schizoaffective and mood disorders." *Archives of General Psychiatry,* 51(10):826-836, 1994. (ISI times cited 147)

93) Agrawal, S; Bhat, R.S.; Kuruvilla, K.**; Amador XF;** Endicott, J.; Flaum, M.M.; Strauss, D.H.; and Gorman, J. "Validity of the scale to assess unawareness of mental disorder." *American Journal of Psychiatry*, 151(12): 1843-1844, 1994.

94) Schwartz, C.E.& **Amador XF.** "Insight in Psychosis: state or trait?" *American Journal of Psychiatry* 151(5): 788-789, 1994.

95) Malaspina D, Colemann E, Quitkin M, **Amador XF**, Kaufmann C, Gorman J, & Sackeim HA. "Effects of pharmacological catecholamine manipulation on smooth pursuit eye movements in normals." *Schizophrenia Research,* 13(2):151-159, 1994.

96) Malaspina D, Wray AD, Harkavy Friedman J, **Amador XF**, Yale S, Hasan A, Gorman J, & Kaufmann C. "Odor discrimination deficits in schizophrenia: Association with eye movement dysfunction." *Journal of Neuropsychiatry and Clinical Neurosciences,* 6(3):273-278, 1994.

97) Malspina D, **Amador XF**, Coleman EA, Mayr TL, Harkavy- Friedman J, & Sackeim HA. "Smooth pursuit eye movement abnormality in severe major depression: Effects of ECT and clinical recovery." *Journal of Neuropsychiatry and Clinical Neurosciences,* 6(1):36-42, 1994.

98) Clark, SC, Malaspina, D, Dworkin, RH, **Amador, XF.,** et al. Neurologic soft signs in schizophrenia BIOL PSYCHIAT 35 (9): 714-714 MAY 1 1994

99) Strakowski SM, Tohen M, Flaum M, and & **Amador XF**. "Substance abuse in psychotic disorders: Associations with affective syndromes." *Schizophrenia Research,* 14:73-81, 1994.

100) Dworkin, RH, Clark, WC, **Amador, XF**, et al. "Analgesia and anhedonia - pain insensitivity and affective deficits in schizophrenia" Psychosom Med 56 (2): 161-161 mar-apr 1994

101) **Amador XF** & Strauss DH. "Poor insight in schizophrenia." *Psychiatric Quarterly,* 64(4):305-318, 1993.

102) **Amador XF**, Strauss DH, Yale S, Gorman JM & Endicott J. "Assessment of insight in psychosis." *American Journal of Psychiatry,* 150(6):873-879, 1993. (ISI Times Cited**:** 125)

103) **Amador XF**, Sackeim HA, Malaspina D, Kaufmann C, & Gorman JM. "Visual fixation and smooth pursuit eye movement in schizophrenics and their relatives" (abstract). *Schizophrenia Research*, 9:163, 1993.

104) Dworkin RH, Clark WC, Lipsitz JD, **Amador XF**, Opler LA, & Gorman JM. "Affective deficits and pain insensitivity in schizophrenia." *Motivation and Emotion,* 17:245-276, 1993.

105) Malaspina D, **Amador XF**, et al. "Association of impaired eye tracking to olfactory deficits in schizophrenia." *Schizophrenia Research,* 9:163, 1993.

106) Malaspina D, **Amador XF**, et al. "Smooth pursuit eye movement in depression: Effects of ECT and clinical recovery." *Schizophrenia Research,* 9:163, 1993.

107) Malaspina D, Warburton D, **Amador XF**, & Kaufmann CA. "Association of schizophrenia and partial of chromosome 5p: A case report." *Schizophrenia Research,* 7:191-196, 1992.

108) **Amador XF**, Strauss DH, Yale SA, & Gorman JM. "Awareness of illness in schizophrenia." *Schizophrenia Bulletin*, 17:113-132, 1991. (ISI Times Cited**:** 152)

109) **Amador XF**, Strauss DH, Malaspina D, Yale SA, Bouley B, Kaufmann CA, & Endicott J. "The measurement of unawareness of illness in schizophrenia." *Schizophrenia Research*, 4:248, 1991.

110) **Amador XF**, Sackeim HA, Mukerjee S, Halpern R, Neeley P, Maclin E, & Schnur D. "Specificity of smooth pursuit eye movement and visual fixation abnormalities in

schizophrenia: comparison to mania and normal controls." *Schizophrenia Research*, 5:135-144, 1991.

*** The above list includes 14 published abstracts**

## Published Letters, Editorials, and Book Reviews (selected)

**Amador, Xavier F**. *"Insight in psychosis: State or trait?": Reply.* American Journal of Psychiatry. Vol 151(5), May 1994, 789.

Amador, XF, Greene, M "Out of the shadows: Confronting America's mental illness crisis, 2nd edition" AM J PSYCHIAT 156 (6): 961-962 JUN 1999

Ieronimo C, **Amador XF** "Symptoms of the mind, 2nd ed" - Sims,A AMERICAN JOURNAL OF PSYCHIATRY 154 (8): 1163-1163 AUG 1997

**Amador XF** "The Cognitive Neuropsychology Of Schizophrenia" - Frith,Cd AM J PSYCHIAT 151 (10): 1513-1514 OCT 1994

**Amador XF** & Kouri H. "The biological roots of mental illness." Book review: *Schizophrenia and Manic Depressive Disorder* by E. Fuller Torrey, A.E. Bowler, and E.H. Taylor, II. *American Journal of Psychiatry*, in press.

**Amador XF** & Dworkin R. "Complementary perspectives for understanding schizophrenia." Book review: *Schizophrenia: From Mind to Molecule* by Nancy C. Andreasen (ed.). *Journal of Contemporary Psychology*, in press.

Kirkpatrick B & **Amador XF**. "The study of paranoia and suspiciousness." Editorial. *Biological Psychiatry*, 38:496-497, 1995.

**Amador XF**. "Neuropsychological deficits in schizophrenia." Book review: *The Cognitive Neuropsychology of Schizophrenia* by Christopher D. Frith. *The American Journal of Psychiatry*, 151(10):1513, 1994.

**Amador XF**, Endicott J, Flaum MF, et al. "Reply to Agarwal, Kuruvilla, and Bhat." Letter to the editor. *American Journal of Psychiatry*, 151(12):1844, 1994.

**Amador XF**. "Education and its impact on insight into illness." Letter to the editor. *Archives of General Psychiatry*.

**Amador, XF.** Insight In Psychosis - State Or Trait – Reply AM J PSYCHIAT 151 (5): 789-789 MAY 1994

**Books**

1. **Amador XF** & David A, Eds. *Insight and Psychosis: Awareness of Illness in Schizophrenia and Related Disorders, 2nd Edition.* Edited volume, Oxford University Press, 2004.

2. **Amador XF** & David A, Eds. *Insight and Psychosis.* Edited volume, Oxford University Press, 1997.

3. Rosen L & **Amador XF**. *When Someone You Love is Depressed: How to Help Your Loved One without Losing Yourself.* (Hardcover Edition) The Free Press, Simon & Schuster, New York, 1996. (Translations: Japanese, Chinese and German)

4. Rosen L & **Amador XF**. *When Someone You Love is Depressed: How to Help Your Loved One without Losing Yourself.* (Paperback Edition) Fireside, Simon & Schuster, New York, 1997. (Translations: Japanese, Chinese and German)

5. **Amador XF** & Kiersky J, . *Being Single in a Couples' World.* (Hardcover Edition) The Free Press, Simon & Schuster, New York, 1998. (Translations: Japanese, Chinese and Portuguese)

6. **Amador XF** & Kiersky J, . *Being Single in a Couples' World.* (Paperback Hardcover Edition) The Free Press, Simon & Schuster, New York, 1999. (Translations: Japanese, Chinese and Portuguese)

7. **Amador XF** & Johanson AL, . *I am Not Sick I Don't Need Help: Helping the seriously mentally ill accept treatment.* (Paperback edition) Vida Press, New York, 2000. (Translations: Spanish and Chinese)

**Book Chapters (selected)**

Wilson, ST and **Amador, XF** *Awareness of Illness and Suicide and Schizophrenia*, in Suicide in Schizophreina, Maurizio Pompili, M., Girardi, P., and Tatarelli, R (Editors), In Press.

**Amador, XF**, Kronengold, Henry. *Understanding and Assessing Insight*, Amador, X F. and David, AS. (Eds); et al. (2004). Insight and Psychosis: Awareness of Illness in Schizophrenia and Related Disorders, 2nd Edition. (pp. 3-30). Oxford University Press

**Amador XF**, Limpert C. "*Negative Symptoms and Insight*" in Negative symptom and cognitive deficit treatment response in schizophrenia Keefe RSE, McEvoy JP, American Psychiatric Association Press, 2001

**Amador, XF**, Kronengold, Henry. *The description and meaning of insight in psychosis.* Amador, Xavier F. (Ed); David, Anthony S. (Ed); et al. (1998). Insight and psychosis. (pp. 15-

32). New York, NY, USA: Oxford University Press. xviii, 366 pp.

**Amador XF** & Ratakonda S. *"The diagnosis of schizophrenia: past, present, and future."* In Schizophrenia, a Retrospective and Prospective View, Kaufmann C and Gorman JM, Eds.

Bruder GE, Tenke CE, Rabinowicz E, Towey JP, Malaspina D, **Amador XF**, Kaufmann CA, & Gorman JM. *"Electrophysiologic studies of brain activity in schizophrenia."* In Schizophrenia, a Retrospective and Prospective View, Kaufmann C and Gorman JM, Eds.

**Other Publications**

**Amador XF** & Strauss D. "The Scale to assess Unawareness of Mental Disorder" ©1989. Columbia University, College of Physicians & Surgeons.

Foreign Translations (authorized):
Italian (by Dr. Roberto Cavallaro, Italy)
French (by Dr. Anelise Mühlebach, Switzerland)
German (by Drs. Anja Thom and Judith Griesex, Germany)
Swedish (by Dr. Eva Lindström, Sweden)
Japanese (by Dr. Y. Kim, Japan)
Chinese (by Dr. Ji Jianlin Shanghai University, China)
Spanish (by Dr. Marcela Spinetto, Argentina)
Greek (by Dr. K. Assimakopoulos, Greece).
Norwegian (by Dr.Kjell Flekkoy, Oslow Norway and Dr. Frank Laroi)
Gujarati (by Dr. G.K. Vankar, India)
Portugese (by Mario Louza, M.D., Ph.D.)
Russian
Korean

**Amador, Xavier F**. A putative genetic marker of schizophrenia, smooth pursuit eye movement dysfunction: Comparison to mania and task characteristics. *Dissertation Abstracts International*. Vol 51(2-B), Aug 1990, 975.

**Selected Invited Lectures and Presentations (approximately 250 more available upon request)**

**Amador XF,** "Defending the Unabomber: Anosognosia in Schizophrenia," Grand Rounds, New York Cornell Hospital in New York City, 1999

**Amador XF,** Barr W, Economou A, Mallin E, Marcinko L, & Yale S. "Awareness deficits in neurological disorders and schizophrenia." Presentation at the *International Congress on Schizophrenia Research,* Colorodo Springs, Colorado, April 1997.

**Amador XF**. "DSM-IV Clinic: Diagnosing psychotic syndromes." Chairperson: Skodol AE; co-presenters: Kane JM, Flaum MA. Symposium at the *Annual meeting of the American Psychiatric Association*, Philadelphia, PA., 1994.

**Amador XF.** "Is poor insight a sign of schizophrenia?" Presentation at *The Royal College of Physicians and Surgeons Annual Conference*, United Kingdom, 1994.

**Amador XF.** "Longitudinal-based diagnostic criteria for schizophrenia." (Invited talk). Presentation at the *Annual meeting of the American College of Neuropsychopharmacology ACNP*, Hawaii, 1993.

**Amador XF**, Hasan A, Malaspina D, & Gorman JM. "Visual fixation and smooth pursuit eye movement abnormalities in schizophrenic patients and their relatives." Presentation at the *Annual meeting of the American College of Neuropsychopharmacology ACNP*, San Juan, 1991.

**Amador XF**, Strauss DH, Yale S, Choy W, Gimmestadt K, Rundquist AE, Deutsch H, Stern P, Kaufmann C, & Gorman JM. "Self-appraisal deficits in schizophrenia." Presentation at the *American Psychiatric Association Annual Meeting*, New Orleans, 1991.
**Amador XF**, Sackeim HA, & Mukherjee S. "The effect of target characteristics on the specificity of smooth pursuit eye tracking dysfunction." Presentation at the *American Psychiatric Association Annual Meeting,* New Research Symposium, New York City, 1990.

**Amador XF**, Sackeim HA, & Mukherjee S. "Visual fixation abnormalities in schizophrenia: comparison to mania and normal controls." Presentation at the *American Psychopathological Association Annual Meeting,* New York City, 1990.

**Amador XF**, Sackeim HA, & Mukherjee S. "The effect of neuroleptics, and lithium on the specificity of eye tracking dysfunction to schizophrenia: comparisons to mania." Presentation at the *American Psychopathological Association Annual Meeting,* New York City, 1990.

**Grand Rounds (partial list)**
Duke University
New York Hospital Cornell
Yale Psychiatric Institute
Kirby Forensic Hospital
Creedmoor State Hospital, Queens, New York
The Institute for Living, Hartford, Connecticut
University of Pennsylvania
The University of Medicine and Dentistry of New Jersey
State University of New York at Stony Brook
Harlem Hospital, New York, New York
Hillside Hospital, Queens New York
Cabrini Hospital, New York City
Mammonadies Hospital, Brooklyn New York
St. Josephs Hospital, Yonkers New York
Carilion Roanoke Memorial Hospital, Roanoke, Virginia
Drexel University

**Other recent presentations**

American Bar Association: Mental Health and Criminal Law: The Intersection of Politics and Culture. Intercontinental Mark Hopikins Hotel, San Francisco, CA August 8, 2003

10th Annual Forensic Rights and Treatment Conference, Keynote Address, Drexel University College of Medicine, Grantville, PA 2002

**Professional Affiliations (past and present)**
The Author's Guild
The Psychiatric Research Society
The American Psychological Association