IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-cv-8005(JFG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

MOVANT'S REPLY TO RESPONDENT'S
MOTION FOR EXTENSION OF TIME

COMES NOW Keith D. Nelson ("Movant"), by his undersigned counsel, and responds to a motion brought by the United States. By way of response, counsel state:

1. On November 18, 2005, the United States, by Matt J. Whitwoth, A.U.S.A., filed a motion seeking an extension of time, to and including January 20, 2006, in which to file its response to the motion to vacate Movant's conviction and sentence of death.

2. There is no objection to the motion.

Respectfully submitted,

/s/ Gary E. Brotherton
1390 Boone Industrial Drive, Suite 120
Columbia, MO 65202-3381
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com
Co-counsel to Movant, Keith Nelson

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

Dated: Columbia, Missouri
Montclair, New Jersey
December 5, 2005

CERTIFICATE OF SERVICE

On today's date, the undersigned counsel served this motion upon the United States by filing via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE

Dated: Columbia, Missouri
Montclair, New Jersey
December 5, 2005