**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Keith D. Nelson, | | ) |
| | Movant, | ) |
| vs. | | ) No. 04-8005-CV-W-FJG |
| United States of America, | | ) Crim. No. 99-0303-01-CR-W-FJG |
| | Respondent. | ) |

# ORDER

The Government's motion for extension of time to file a response to movant's § 2255 motion (Doc. #28), filed November 18, 2005, is sustained. The Government shall file its response no later than January 20, 2006, at 5:00 p.m.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: December 8, 2005
Kansas City, Missouri