IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | Case No. 04-8005-CV-W-FJG-P |
| v. | ) | Crim. No. 99-00303-01-CR-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

GOVERNMENT'S SECOND MOTION FOR EXTENSION OF
TIME TO FILE ITS RESPONSE TO MOVANT'S § 2255 MOTION

The United States of America, by Todd P. Graves, United States Attorney, and Matt J. Whitworth, Deputy United States Attorney, both for the Western District of Missouri, request a 30-day extension of time in which to file its response to movant Keith Nelson's § 2255 motion. In support of this request, the government states the following:

1. Movant's motion was initially filed on November 6, 2005. The government's response was due on November 21, 2005. Because counsel of record at the time, Sheryle L. Jeans, had temporarily left the United States Attorney's Office to teach law school in Virginia, the government did not become aware of the filing of movant's § 2255 motion until November 18, 2005. When the oversight was discovered, counsel for the United States filed a 60-day extension request. On December 8, 2005, the Court granted the United States' request for an extension. The Court ordered that the government should file its response no later than January 20, 2006.

2. Assistant U.S. Attorney Sheryle Jeans returned to this office for a period of two weeks following the Christmas break and the undersigned met with Ms. Jeans to discuss the government's response to movant's § 2255 motion. AUSA Jeans has now retired from this office and is no longer employed by the United States government.

3. Counsel for the United States mailed a copy of the § 2255 motion of movant to his trial counsel, Patrick J. Berrigan and Susan M. Hunt, on November 22, 2005, and requested that they provide an affidavit in response to movant's allegations of ineffective assistance. Both Mr. Berrigan and Ms. Hunt have indicated to government counsel that they will not provide an affidavit in response to movant's allegations. Consequently, the United States will be forced to issue a subpoena to Mr. Berrigan and Ms. Hunt in order to require them to come to court to testify at a future hearing on movant's § 2255 motion. Consequently, it has been difficult for government counsel to prepare a response to movant's motion. In addition, movant has raised a large number of issues which must be addressed and which is very time-consuming.

4. Counsel for the United States has also had an extremely busy schedule lately and has been required to travel out of town on several dates since the initial request for an extension of time.

5. The United States requests an additional extension of time of 30 days within which to respond to movant's 2255 petition. Should the Court grant the additional 30-day extension request, the response of the United States will be due on or before February 21, 2006. The

United States does not believe that it will be necessary to request any additional extensions of time.

6. Counsel for the United States has contacted counsel for movant, David A. Ruhnke, who has indicated he has no opposition to the government's request for a 30-day extension of time.

Respectfully submitted,

Todd P. Graves
United States Attorney

By *̸/s/ Matt J. Whitworth*

Matt J. Whitworth, #33322
Deputy United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, 5th Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on January 18, 2006, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Matt J. Whitworth*

Matt J. Whitworth
Deputy United States Attorney