# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

Keith D. Nelson, )
Movant, )
vs. ) No. 04-8005-CV-W-FJG
United States of America, ) Crim. No. 99-0303-01-CR-W-FJG
Respondent. )

## ORDER

The government's second motion for extension of time (Doc. #33), filed January 18, 2006, is sustained. The government shall file its response to movant's § 2255 no later than February 21, 2006.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: January 25, 2006
Kansas City, Missouri