**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

Keith D. Nelson, )
Movant, )
vs. ) No. 04-8005-CV-W-FJG
United States of America, ) Crim. No. 99-0303-01-CR-W-FJG
Respondent. )

# ORDER

Respondent's motion for a three day extension of time to file its response to movant's § 2255 motion (Doc. #36), filed February 21, 2006, is sustained. Respondent shall file its response no later than February 24, 2006, at 4:00 p.m.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: February 23, 2006
Kansas City, Missouri