## Whitworth, Matt (USAMOW)

**From:** SHunt5733@aol.com

**Sent:** Wednesday, November 30, 2005 11:22 AM

**To:** Whitworth, Matt (USAMOW); pberrigan@kctriallawyers.com

**Cc:** Cheatham, Denise (USAMOW); Jeans, Sheryle (USAMOW)

**Subject:** Re: Keith Nelson 2255

Matt

I am still at home sicker than a dog. Can't seem to kick this particular bug. Anyway, I do not want to prepare an affidavit or meet with you and have you prepare my affidavit. As I told you, I believe that attorney-client privilege is still in place. I know there is authority to the effect that once ineffective assistance is alleged, that privilege is breached. However, my reading of that authority is that the breach of the privilege occurs only at a hearing and only after the Court has ruled the privilege is breached. Additionally, there may be issues as to the extent of the breach, with some information still protected. Because this is a death penalty case my intention is to err on the side of caution, if my position is in error at all.

I realize this causes more work for you, and I am sorry about that. However, I still believe my first duty is owed to my client and I feel I have not choice, both ethically and legally, but to proceed in this fashion.

Susan M. Hunt

**Exhibit B**