IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-cv-8005(JFG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

MOVANT'S MOTION – WITH CONSENT – FOR AN EXTENSION OF TIME TO REPLY TO THE ANSWER FILED BY THE UNITED STATES

COMES NOW Keith D. Nelson ("Movant"), by his undersigned counsel, and moves for a 60-day extension of time within which to reply to the answer, and cross-motion, filed by the United States on February 24, 2006. The United States consents to this application.

1. On February 24, 2006, the United States filed its suggestions in opposition to Movant's motion to set aside judgment pursuant to 28 U.S.C. § 2255. In addition to answering the motion, the United States filed an incorporated motion to require, in lieu of a hearing, that Movant's prior counsel submit affidavits responding to the factual assertions set forth in the 2255 motion. Reply suggestions are due to be filed on or before March 13,

2006. By this motion, Movant seeks a 60-day extension of time – to and including May 12, 2006 – in which to file his suggestions in reply.

2. In its answer, the United States has put into factual issue, or challenged the legal sufficiency and/or relevance of, virtually every averment contained within the 2255 motion. Additionally, the United States – while recognizing the need for further factual development of the claims – seeks to truncate that process to the submission of affidavits. The United States claims, as well, that issues of attorney-client privilege have been wholly and completely vitiated by the mere filing of the 2255 motion since it contains allegations of ineffective assistance of counsel.

3. Movant will require additional time to meet the substance of the answer filed by the United States. Movant's proposal for a 60-day extension of time has been consented to by Deputy United States Attorney Matt J. Whitworth.

WHEREFORE, this Court should enter an order allowing Movant to file his suggestions in reply on or before May 12, 2006.

Respectfully submitted,

/s/ Gary E. Brotherton
1390 Boone Industrial Drive, Suite 120
Columbia, MO 65202-3381
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com
Co-counsel to Movant, Keith Nelson

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

Dated: Columbia, Missouri
Montclair, New Jersey
February 28, 2006

CERTIFICATE OF SERVICE

On today's date, the undersigned counsel served this motion upon the United States by filing via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE

Dated: Columbia, Missouri
Montclair, New Jersey
February 28, 2006