**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Keith D. Nelson, | | ) |
| | Movant, | ) |
| vs. | | ) No. 04-8005-CV-W-FJG |
| United States of America, | | ) Crim. No. 99-0303-01-CR-W-FJG |
| | Respondent. | ) |

# ORDER

Movant's motion for an extension of time to reply to the answer filed by the United States (Doc. #40), filed February 28, 2006, is sustained. Movant shall file his response no later than May 12, 2006.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: February 28, 2006
Kansas City, Missouri