**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Keith D. Nelson, | | ) |
| | Movant, | ) |
| vs. | | ) No. 04-8005-CV-W-FJG |
| United States of America, | | ) Crim. No. 99-0303-01-CR-W-FJG |
| | Respondent. | ) |

# ORDER

The *ex parte* motion for permission to photocopy all sealed and *ex parte* motions filed by the defense and the corresponding orders entered in *United States v. Nelson* (Doc. #21), filed September 15, 2005, is granted.

Petitioner Keith Nelson's sealed *ex parte* motion for expert and investigative assistance (Doc. #24), filed October 30, 2005, is denied.

Petitioner Keith Nelson's sealed *ex parte* motion for expert and investigative assistance (Doc. #29), filed November 23, 2005, is denied.

Petitioner Keith Nelson's sealed *ex parte* motion for expert and investigative assistance (Doc. #31), filed December 5, 2005, is denied.

The above-referenced motions have been denied because the Court does not agree with the assertions therein. Appellate counsel, with the benefit of hindsight, is attempting to vilify trial counsel's judgment on trial strategy. In reality, trial counsel's conduct and strategy far exceed those standards of Strickland v. Washington, 466 U.S. 669 (1984). Further, the resources requested by counsel in these motions are not likely to lead to a different result. Mr. Nelson received a fair trial. Appellate counsel is reminded that excessive expenditures of judicial resources have their limits.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: February 28, 2006
Kansas City, Missouri