IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-cv-8005(JFG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

MOVANT'S SECOND MOTION, WITH CONSENT, FOR AN EXTENSION OF TIME TO REPLY TO THE ANSWER FILED BY THE UNITED STATES

COMES NOW Keith D. Nelson ("Movant"), by his undersigned counsel, and moves for an additional 60-day extension of time within which to reply to the answer, and cross-motion, filed by the United States on February 24, 2006. The United States consents to this application.

1. On February 24, 2006, the United States filed its suggestions in opposition to Movant's motion to set aside judgment pursuant to 28 U.S.C. § 2255. In addition to answering the motion, the United States filed an incorporated motion to require, in lieu of a hearing, that Movant's prior counsel submit affidavits responding to the factual assertions set forth in the 2255 motion. Reply suggestions were due to be filed on or before March 13, 2006. On February 28, 2006, Movant, with the consent of the United States, sought an

extension of time, to and including May 12, 2006, within which to reply to the answer and cross-motion. On that same date, this Court sustained that motion.

2. As stated in the motion filed by Movant on February 28, 2006, the United States, in its answer, has put into factual issue, or challenged the legal sufficiency and/or relevance of, virtually every averment contained within the 2255 motion. Additionally, the United States – while recognizing the need for further factual development of the claims – seeks to truncate that process to the submission of affidavits. The United States claims, as well, that issues of attorney-client privilege have been wholly and completely vitiated by the mere filing of the 2255 motion since it contains allegations of ineffective assistance of counsel.

3. By this motion, Movant seeks an additional 60-day extension of time – to and including July 12, 2006 – in which to file his suggestions in reply. Movant's counsel do not anticipate seeking further extensions. This motion is prompted, in part, by unusual demands on counsels' time from this case as well as other cases. For example, undersigned attorney David A. Ruhnke just completed and filed, on March 27, 2006, an opening brief in the First Circuit arising out of a federal death penalty trial and sentence of death in the District of Massachusetts. The opening brief in that case, *United Stats v. Sampson*, No. 04-6001, raised 20 issues and was 297 pages in length. Mr. Ruhnke was also recently involved in emergency litigation in a pending federal death penalty case in the Eastern District of New York where the Government filed death notices that were arguably shams designed to buy the Government more time. (Four of the five were withdrawn within two weeks of their filing.)

Movant's second counsel, Gary E. Brotherton, moved his offices at the end of March 2006 and, for approximately two weeks, his ability to practice law was severely disrupted by logistical difficulties associated with the move. Under the circumstances, Movant will require additional time to meet the substance of the answer filed by the United States and the cross-motion that the Court not conduct an evidentiary hearing.

4. Movant's proposal for a second 60-day extension of time has been consented to by Deputy United States Attorney Matt J. Whitworth. As noted above, Movant does not anticipate seeking further extensions.

WHEREFORE, this Court should enter an order allowing Movant to file his suggestions in reply on or before July 12, 2006.

Respectfully submitted,

/s/ Gary E. Brotherton
2101 Chapel Plaza Court, Suite 13
Columbia, Missouri 65203
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com
Co-counsel to Movant, Keith Nelson

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

Dated: Columbia, Missouri
Montclair, New Jersey
April 17, 2006

CERTIFICATE OF SERVICE

On today's date, the undersigned counsel served this motion upon the United States by filing via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE

Dated: Columbia, Missouri
Montclair, New Jersey
April 17, 2006