# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| Keith D. Nelson, | ) | |
| Movant, | ) | |
| vs. | ) | No. 04-8005-CV-W-FJG |
| United States of America, | ) | Crim. No. 99-0303-01-CR-W-FJG |
| Respondent. | ) | |

## ORDER

Movant's second motion for extension of time (Doc. #43), filed April 17, 2006, is granted. Movant shall file his reply to respondent's suggestions in opposition to petitioner's motion under 28 U.S.C. § 2255 (Doc. #39) no later than July 12, 2006.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge

Dated: April 20, 2006
Kansas City, Missouri