IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-cv-8005(JFG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

MOVANT'S THIRD MOTION, WITH CONSENT, FOR AN EXTENSION OF TIME TO REPLY TO THE ANSWER FILED BY THE UNITED STATES

COMES NOW Keith D. Nelson ("Movant"), by his undersigned counsel, and moves for an additional extension of time, to and including August 21, 2006, within which to reply to the answer, and cross-motion, filed by the United States on February 24, 2006. The United States consents to this application.

1. On February 24, 2006, the United States filed its suggestions in opposition to Movant's motion to set aside judgment pursuant to 28 U.S.C. § 2255. In addition to answering the motion, the United States filed an incorporated motion to require, in lieu of a hearing, that Movant's prior counsel submit affidavits responding to the factual assertions set forth in the 2255 motion. Reply suggestions were due to be filed on or before March 13,

2006. On February 28, 2006, Movant, with the consent of the United States, sought an extension of time, to and including May 12, 2006, within which to reply to the answer and cross-motion. On that same date, this Court sustained that motion. On April 17, 2006, Movant, again with the consent of the United States, requested until July 12, 2006 to file his reply. This court sustained that motion. Movant now seeks a third extension, with the consent of the United States, to and including August 21, 2006 for the filing of his reply.

2. The United States, in its answer, has put into factual issue, or challenged the legal sufficiency and/or relevance of, virtually every averment contained within the 2255 motion. Additionally, the United States – while recognizing the need for further factual development of the claims – seeks to truncate that process to the submission of affidavits. The United States claims, as well, that issues of attorney-client privilege have been wholly and completely vitiated by the mere filing of the 2255 motion since it contains allegations of ineffective assistance of counsel.

3. There is presently pending before this court, in addition to a motion for expert and investigative assistance, a motion to unseal filings and orders that were previously sealed by the court on the application of present counsel or of Movant's prior counsel. The United States has not opposed that motion. In order to reply as completely and comprehensively as possible to the answer filed by the United States, and in order to seek other relief, Movant needs to cite and rely upon those presently sealed orders and applications. Movant understands that the court has a busy schedule and, most recently, has been engaged in

resolving the many difficult issues that surround the method of execution employed in the State of Missouri. Movant respectfully requests a decision on his unopposed motion as quickly as is convenient to the Court so that, as mentioned above, Movant's reply can be as comprehensive as possible.

4. By this motion, Movant seeks an extension of time – to and including August 21, 2006 – in which to file his suggestions in reply. While Movant's counsel did not anticipate seeking further extensions,.this motion is prompted, in part, by continuing unusual demands on counsels' time from this case as well as other cases. The motion is prompted, as well, by the need to refer to the sealed documents discussed above. Under the circumstances, Movant will require additional time to meet the substance of the answer filed by the United States and the cross-motion that the Court not conduct an evidentiary hearing.

5. Movant's proposal for an extension of time to August 21, 2006 has been consented to by Deputy United States Attorney Matt J. Whitworth. On the assumption that the sealed portions of the record that are the subject of the pending motion will be un-sealed relatively quickly, Movant does not anticipate seeking further extensions.

WHEREFORE, this Court should enter an order allowing Movant to file his suggestions in reply on or before August 21, 2006.

Respectfully submitted,

/s/ Gary E. Brotherton
2101 Chapel Plaza Court, Suite 13
Columbia, Missouri 65203
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com
Co-counsel to Movant, Keith Nelson

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

Dated: Columbia, Missouri
Montclair, New Jersey
July 6, 2006

CERTIFICATE OF SERVICE

On today's date, the undersigned counsel served this motion upon the United States by filing via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE

Dated: Columbia, Missouri
Montclair, New Jersey
July 6, 2006