**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Keith D. Nelson, | | ) |
| | Movant, | ) |
| vs. | | ) No. 04-8005-CV-W-FJG |
| United States of America, | | ) Crim. No. 99-0303-01-CR-W-FJG |
| | Respondent. | ) |

# ORDER

Movant's motion to unseal certain *ex parte* motions filed by the defense and the corresponding orders entered in both *United States v Nelson* and *Nelson v. United States* (Doc. #47), is granted. The Court orders the numbered documents referenced in movant's motion (Doc. #47) unsealed.

Movant's third motion for an extension of time to reply to the answer filed by the United States (Doc. #49), filed July 6, 2006, is granted. Movant shall file his reply to respondent's answer and cross-motion no later than August 21, 2006.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: July 10, 2006
Kansas City, Missouri