# FEDERAL CAPITAL CASES WHERE THE DEATH PENALTY HAS BEEN REJECTED BY JURIES OR JUDGES

| Defendant Name | D Ct Docket # | Race |
| --- | --- | --- |
| 1 Hutching, James Norwood | E.D. OK CR No. 1:92-032-S | W |

two white and one Hispanic defendants were tried jointly in connection with the drug- related intrastate kidnap/murder of a Muskogee, Oklahoma auto dealership employee. The two capitally-charged "managers" of the drug enterprise received life sentences from the jury. A wheelman, present on the scene, was sentenced to death, but that sentence was overturned on appeal. The victim was white.

**Trial Judge Contact:** Hon. Frank H. Seay

2 Molina, Ramon Medina | E.D. OK CR No. 1:92-032-S | H

two white and one Hispanic defendants were tried jointly in connection with the drug- related intrastate kidnap/murder of a Muskogee, Oklahoma auto dealership employee. The two capitally-charged "managers" of the drug enterprise received life sentences from the jury. A wheelman, present on the scene, was sentenced to death, but that sentence was overturned on appeal. The victim was white.

**Trial Judge Contact:** Hon. Frank H. Seay

3 Cooper, Alex | N.D. IL CR No. 89-CR- 580 | B

two black Chicago gang members received life sentences for the cocaine-related murder of an informant after separate trials. The Government had offered one defendant, but not the other, a plea bargain prior to trial. 19 F.3d 1154 (7th Cir. 1994).

**Trial Judge Contact:** Hon. Milton Shadur

4 Davis, Darnell Anthony | N.D. IL CR No. 89-CR-580 | B

two black Chicago gang members received life sentences for the cocaine-related murder of an informant after separate trials. The Government had offered one defendant, but not the other, a plea bargain prior to trial. 19 F.3d 1154 (7th Cir. 1994).

**Trial Judge Contact:** Hon. Milton Shadur

5 Pitera, Thomas | E.D. NY CR No. 90-0424 (RR) | W

involves multiple murders. A white Mafia contract killer, the only person with mob connections to face the federal death penalty, received a life sentence from a Brooklyn, New York jury after being convicted of seven murders, two of which qualified as capital crimes under 21 U.S.C. § 848(e). Several of the murders involved torture and dismemberment of the victims. 5 F.3d 624 (2d Cir. 1993).

**Trial Judge Contact:** Hon. Reena Raggi

6 Villarreal, Reynaldo Sambrano | E.D. TX CR No. 9:91-CR4 | H

law enforcement officer victim - two Hispanic defendants in Texas were sentenced to life imprisonment and 40 years, respectively, for the marijuana-related murder of a law enforcement officer after a joint trial. The sentencing jury found no facts legally warranting the death penalty. 963 F.2d 725 (5th Cir.), cert. denied, 113 S.Ct. 353 (1992). A third Hispanic defendant, Jesus Zambrano, was also initially approved for capital prosecution but received a sentence of 30 years after he pleaded guilty and testified for the government against the Villarreals.

**Trial Judge Contact:** Hon.John Hannah, Jr.

7 Villarreal, Baldemar | E.D. TX CR No. 9:91-CR4 | H

law enforcement officer victim - two Hispanic defendants in Texas were sentenced to life imprisonment and 40 years, respectively, for the marijuana-related murder of a law enforcement officer after a joint trial. The sentencing jury found no aggravating factors. 963 F.2d 725 (5th Cir.), cert. denied, 113 S.Ct. 353 (1992). A third Hispanic defendant, Jesus Zambrano, was also initially approved for capital prosecution but received a sentence of 30 years after he pleaded guilty and testified for the government against the Villarreals.

**Trial Judge Contact:** Hon.John Hannah, Jr.

| Defendant Name | D Ct Docket # | Race |
|---|---|---|
| 8 Johnson, Shaheem | E.D. VA CR No. 97-00314-A | B |

involves multiple killings - five killings of African-Americans, four males, one female, all cocaine-related murders, two in Virginia (a supplier/witness and his girlfriend with Raheem Johnson as the triggerman), one in Maryland (drug supplier with both Raheem and Shaheem firing weapons), one in Philadelphia (supplier/witness with Raheem Johnson as the triggerman) and another "murder for hire" in New York (drug supplier hit ordered by both Shaheem and Raheem Johnson). The two lead defendants, brothers Shaheem and Raheem Johnson, were authorized for a capital prosecution. Trial began in Alexandria in November, 1998 and ended in life verdicts for both brothers.

***Trial Judge Contact:*** Hon. Albert V. Bryan, Jr.

| | | |
|---|---|---|
| 9 Johnson, Raheem | E.D. VA CR No. 97-00314-A | B |

involves multiple killings - five killings of African-Americans, four males, one female, all cocaine-related murders, two in Virginia (a supplier/witness and his girlfriend with Raheem Johnson as the triggerman), one in Maryland (drug supplier with both Raheem and Shaheem firing weapons), one in Philadelphia (supplier/witness with Raheem Johnson as the triggerman) and another "murder for hire" in New York (drug supplier hit ordered by both Shaheem and Raheem Johnson). The two lead defendants, brothers Shaheem and Raheem Johnson, were authorized for a capital prosecution. Trial began in Alexandria in November, 1998 and ended in life verdicts for both brothers.

***Trial Judge Contact:*** Hon. Albert V. Bryan, Jr.

| | | |
|---|---|---|
| 10 Minerd, Joseph | W.D. PA CR No. 99-215 | W |

a case, 1999 New Year's Day arson resulting in the death of the defendant's girlfriend, her three year old child by another man and her fetus, the defendant's child. The ATF believed there was a pipe bomb as there was a shard of metal found in the deceased's exhumed body. All involved are white. Attorney General Ashcroft approved a plea agreement but the defendant backed out of the deal. 176 F.Supp. 424. 182 F.Supp.2d 459. 197 F.Supp.2d 272.

***Trial Judge Contact:*** Hon. Maurice B. Cohill, Jr.

| | | |
|---|---|---|
| 11 Henry, Arnold Mark | E.D. VA CR No. 93-CR-131 | B |

involves multiple killings. Three blacks, two brothers born in Haiti, another man born in Grenada, were accused of two killings of an African-American man and a woman in related incidents where the victims were suspected of stealing crack cocaine. A Norfolk, Virginia jury refused, in March, 1994, to impose the death penalty upon any of the three capitally-charged defendants. Attorney General Reno authorized a capital prosecution in this case in 1993. Life sentences were affirmed on appeal. 82 F.3d 419 (4th Cir. 1996) (unpub.).

***Trial Judge Contact:*** Hon. Henry Morgan

| | | |
|---|---|---|
| 12 Moore, Todd | E.D. VA CR No. 2:93CR162 | B |

involves multiple killings. A black New York-based crack cocaine distributor was spared in the first and (to date) only judge-sentencing procedure. Attorney General Reno approved the death penalty in this case in 1994. Moore pled guilty to an indictment charging him with having ordered the murder of a member of his Newport News, Virginia drug organization. The government waived a jury for sentencing, and a sentencing hearing was held before the district court. One month later, the district judge declined to impose the death penalty, and sentenced Moore to life without possibility of release. The sentence was affirmed on appeal, 81 F.3d 152 (4th Cir. 1996) (mem.). At the trial of the admitted triggerman in the murder, Derek Kelley, Moore offered to testify as a government witness. However, the government declined to use Moore as a witness, and Kelley was subsequently acquitted of all charges and released.

***Trial Judge Contact:*** Hon. Raymond A. Jackson

| | | |
|---|---|---|
| 13 Oscar, Frantz | E.D. VA CR No. 93-CR-131 | B |

involves multiple killings. Three blacks, two brothers born in Haiti, another man born in Grenada, were accused of two killings of an African-American man and a woman in related incidents where the victims were suspected of stealing crack cocaine. A Norfolk, Virginia jury refused, in March, 1994, to impose the death penalty upon any of the three capitally-charged defendants. Attorney General Reno authorized a capital prosecution in this case in 1993. Life sentences were affirmed on appeal. 82 F.3d 419 (4th Cir. 1996) (unpub.).

***Trial Judge Contact:*** Hon. Henry Morgan

| ***Defendant Name*** | ***D Ct Docket #*** | ***Race*** |
|---|---|---|
| 14 Oscar, Jean Claude | E.D. VA CR No. 93-CR-131 | B |

involves multiple killings. Three blacks, two brothers born in Haiti, another man born in Grenada, were accused of two killings of an African-American man and a woman in related incidents where the victims were suspected of stealing crack cocaine. A Norfolk, Virginia jury refused, in March, 1994, to impose the death penalty upon any of the three capitally-charged defendants. Attorney General Reno authorized a capital prosecution in this case in 1993. Life sentences were affirmed on appeal. 82 F.3d 419 (4th Cir. 1996) (unpub.).

***Trial Judge Contact:*** Hon. Henry Morgan

| | | |
|---|---|---|
| 15 Diaz, Walter | N.D. NY CR No. 94-CR-328 | B |

involves multiple killings. Two African-Americans on a drug-related crime spree were approved for capital prosecution by Attorney General Reno in April 1995. The spree involved the alleged drug-related murder of a white victim by two African-American defendants. Two additional cross-racial homicides were alleged in aggravation, one during the course of a robbery in New York City, another of an elderly lawyer in upstate New York. Trial began in 1995 and sentences of life were returned after a vote of 11 to 1 for life for Diaz and 11 to 1 for death for Walker.

***Trial Judge Contact:*** Hon. Thomas McAvoy

| | | |
|---|---|---|
| 16 Moore, Dennis B., Sr. | W.D. MO CR No. 94-00194 | W |

recruited his associate (Wyrick) to kill a rival drug marijuana dealer. Murder for hire is alleged as an aggravating circumstance. Both the defendants and the deceased are Caucasian. In 1996, the jury deadlocked on the punishment for Moore, resulting in a life sentence.

***Trial Judge Contact:*** Hon. D. Brook Bartlett

| | | |
|---|---|---|
| 17 Nguyen, Phouc H. | D. KS CR No. 94-10129-01 | A |

the co-defendant of Bountaem Chanthadara was also involved in a Hobbs Act robbery/murder. A Wichita, Kansas jury voted to sentence the defendant to life imprisonment in 1996, following his conviction for a murder committed during a commercial robbery. Mr. Chanthadara was previously sentenced to death by a different Wichita jury.

***Trial Judge Contact:*** Hon. Monti L. Belot

| | | |
|---|---|---|
| 18 Walker, Tyrone | N.D. NY CR No. 94-CR-328 | B |

involves multiple killings. Two African-Americans on a drug-related crime spree were approved for capital prosecution by Attorney General Reno in April 1995. The spree involved the alleged drug-related murder of a white victim by two African-American defendants. Two additional cross-racial homicides were alleged in aggravation, one during the course of a robbery in New York City, another of an elderly lawyer in upstate New York. Trial began in 1995 and sentences of life were returned after a vote of 11 to 1 for life for Diaz and 11 to 1 for death for Walker.

***Trial Judge Contact:*** Hon. Thomas McAvoy

| | | |
|---|---|---|
| 19 Nichols, Terry Lynn | D. CO CR No. 96-CR-68-M | W |

the co-defendant in the Oklahoma City bombing case. At a separate trial following McVeigh's, a Denver federal jury failed to reach a unanimous finding on Nichols' alleged intent to kill, a legal requirement for imposing the death penalty. The same jury's guilt phase verdicts indicated that the government had failed to prove that Nichols intended a lethal attack on the Murray Building. He was sentenced in 1998 to life imprisonment and faces the death penalty in state court.

***Trial Judge Contact:*** Hon. Richard P. Matsch

| Defendant Name | D Ct Docket # | Race |
|---|---|---|
| 20 Beckford, Dean Anthony | E.D. VA CR No. 3:95CR00087 | B |

involves multiple killings. Another New York - Richmond cocaine connection was uncovered which involved members of a Brooklyn gang, all African-American, who transported crack cocaine to Richmond, Virginia. The 32-count indictment charged five of the alleged members of the so-called "Poison Clan" with capital murder in six killings, two in 1988 and four in 1994. (Devon Dale Beckford, 33, identified by the FBI as a gang leader was not arrested until July, 1997.) After a seven-week trial, a jury declined to impose the death penalty on all four defendants: Dean Beckford, 32, Leonel Romeo Cazaco, 22, Claude Gerald Dennis, 28 and Richard Thomas, 22. Dean Beckford and Claude Dennis were found guilty of the 1998 double murder. (Dennis had previously been acquitted on these charges in state court in 1989.) Cazaco and Thomas were also convicted of a capitol charge. Thomas had been acquitted in state court on the one homicide count on which he was convicted in federal court.

***Trial Judge Contact:*** Hon. Robert E. Payne

| | | |
|---|---|---|
| 21 Cazaco, Leonel | E.D. VA CR No. 3:95CR00087 | B |

involves multiple killings. Another New York - Richmond cocaine connection was uncovered which involved members of a Brooklyn gang, all African-American, who transported crack cocaine to Richmond, Virginia. The 32-count indictment charged five of the alleged members of the so-called "Poison Clan" with capital murder in six killings, two in 1988 and four in 1994. (Devon Dale Beckford, 33, identified by the FBI as a gang leader was not arrested until July, 1997.) After a seven-week trial, a jury declined to impose the death penalty on all four defendants: Dean Beckford, 32, Leonel Romeo Cazaco, 22, Claude Gerald Dennis, 28 and Richard Thomas, 22. Dean Beckford and Claude Dennis were found guilty of the 1998 double murder. (Dennis had previously been acquitted on these charges in state court in 1989.) Cazaco and Thomas were also convicted of a capitol charge. Thomas had been acquitted in state court on the one homicide count on which he was convicted in federal court.

***Trial Judge Contact:*** Hon. Robert E. Payne

| | | |
|---|---|---|
| 22 Dennis, Claude | E.D. VA CR No. 3:95CR00087 | B |

involves multiple killings. Another New York - Richmond cocaine connection was uncovered which involved members of a Brooklyn gang, all African-American, who transported crack cocaine to Richmond, Virginia. The 32-count indictment charged five of the alleged members of the so-called "Poison Clan" with capital murder in six killings, two in 1988 and four in 1994. (Devon Dale Beckford, 33, identified by the FBI as a gang leader was not arrested until July, 1997.) After a seven-week trial, a jury declined to impose the death penalty on all four defendants: Dean Beckford, 32, Leonel Romeo Cazaco, 22, Claude Gerald Dennis, 28 and Richard Thomas, 22. Dean Beckford and Claude Dennis were found guilty of the 1998 double murder. (Dennis had previously been acquitted on these charges in state court in 1989.) Cazaco and Thomas were also convicted of a capitol charge. Thomas had been acquitted in state court on the one homicide count on which he was convicted in federal court.

***Trial Judge Contact:*** Hon. Robert E. Payne

| | | |
|---|---|---|
| 23 Ingle, Trinity Edward | W.D. AR CR No. 6:96CR60022 | W |

two white teenagers charged with the robbery-murder of an elderly retired National Parks employee who was found shot and bound with tape near a hiking path in Hot Springs National Park, a federal preserve within the city of Hot Springs, Arkansas. Ingle was convicted of the murder in 1997 after a 6-day trial; two days later a Hot Springs federal jury unanimously sentenced him to life imprisonment. Paul was sentenced to death following a separate, eight-day trial. All involved are white.

***Trial Judge Contact:*** Hon. Jimmy Larry Hendren

| Defendant Name | D Ct Docket # | Race |
|---|---|---|
| 24 Jones, Anthony | D. MD CR No. WMN-96-0458 | B |

involves multiple (six) killings: one in ‘94, four in ‘96, one in ‘97. Authorization was granted to seek the death penalty for three murders, including an allegation that Jones ordered his step-brother killed from jail because he feared he was about to become a government witness. Jones also ordered the murder, by the victim's own bodyguards, of a rival Baltimore drug dealer who had earlier attempted to arrange the murder of Mr. Jones. Numerous other homicides, attributed to Jones, were alleged in aggravation. Murder for hire is alleged as an aggravating circumstance. Jones was convicted in 1998, sentenced to life without release. Eight co-conspirators were involved in multiple murders but did not face the death penalty. Chapman, Hill and Ross were charged in at least 2 killings. Jones was sent to the "Control Unit" at "super-max," ADX in Florence, Colorado, where he is under severe communication restrictions for 10 years.

***Trial Judge Contact:*** Hon. William M. Nickerson

| | | |
|---|---|---|
| 25 Ray, Quan | N.D. IL CR No. 96 CR 379 | B |

involves multiple killings and a "Gangster Disciple" enforcer. In 1997, a Chicago jury declined to impose the death penalty after convicting Mr. Ray of having murdered a fellow gang drug trafficker on orders of a Gangsters Disciples' higher-up, Darryl Johnson. Murder for hire is alleged as an aggravating circumstance. The jury found that no statutory aggravating factor had been established beyond a reasonable doubt, rejecting the government's allegation that the murder had been committed "after substantial planning and premeditation." Johnson was sentenced to death for the same and one additional murder.

***Trial Judge Contact:*** Hon. Suzanne B. Conlon

| | | |
|---|---|---|
| 26 Thomas, Richard | E.D. VA CR No. 3:95CR00087 | B |

involves multiple killings. Another New York - Richmond cocaine connection was uncovered which involved members of a Brooklyn gang, all African-American, who transported crack cocaine to Richmond, Virginia. The 32-count indictment charged five of the alleged members of the so-called "Poison Clan" with capital murder in six killings, two in 1988 and four in 1994. (Devon Dale Beckford, 33, identified by the FBI as a gang leader was not arrested until July, 1997.) After a seven-week trial, a jury declined to impose the death penalty on all four defendants: Dean Beckford, 32, Leonel Romeo Cazaco, 22, Claude Gerald Dennis, 28 and Richard Thomas, 22. Dean Beckford and Claude Dennis were found guilty of the 1998 double murder. (Dennis had previously been acquitted on these charges in state court in 1989.) Cazaco and Thomas were also convicted of a capitol charge. Thomas had been acquitted in state court on the one homicide count on which he was convicted in federal court.

***Trial Judge Contact:*** Hon. Robert E. Payne

| | | |
|---|---|---|
| 27 Bobbitt, LaFawn | E.D. VA CR No. 97 CR 129 | B |

two defendants were charged with the fatal shooting of an bank teller during an attempted robbery of a Nationsbank branch in Richmond, Virginia. Both defendants and the victim are African-American. A security guard was shot and blinded during the robbery, but survived. Trial began in 1998. The jury opted against the death penalty for both defendants.

***Trial Judge Contact:*** Hon. Richard L. Williams

| | | |
|---|---|---|
| 28 Holley, Marvin Lee | N.D. AL CR No. 96-B-0208-NE | W |

the 1991 killing of an informant in a drug conspiracy prosecution who had been given a new identity and sent out of state. However, the government witness returned and was spotted at a flea market in Ft. Payne. The drug ring boss, Mr. Holley, and co-defendant Charles Holland are alleged to have kidnaped the victim (intrastate) and killed him with a hammer. Holley is also alleged to have attempted to arrange the killing of government witnesses from prison. Holley was sentenced to life in prison and is also serving several consecutive life sentences in state prison for drug trafficking. All involved are white.

***Trial Judge Contact:*** Hon. Sharon Lovelace Blackburn

| Defendant Name | D Ct Docket # | Race |
|---|---|---|
| 29 Jones, Rashi | E.D. VA CR No. 97 CR 129 | B |

two defendants were charged with the fatal shooting of an bank teller during an attempted robbery of a Nationsbank branch in Richmond, Virginia. Both defendants and the victim are African-American. A security guard was shot and blinded during the robbery, but survived. Trial began in 1998. The jury opted against the death penalty for both defendants.

***Trial Judge Contact:*** Hon. Richard L. Williams

| | | |
|---|---|---|
| 30 Gonzales-Lauzan, Luis | S.D. FL CR No. 02-CR-20572-ALL | H |

a murder-for-hire/informant killing case. Gonzales-Lauzan was convicted of the murder of a government witness in a federal firearms case against his father. 18 U.S.C. §§ 924(j), 1111, 1512 and 1513. He provided a gun and a silencer and waited in another car nearby. Wiggins, the triggerman, shot the victim at his home in order to work off a drug debt to Gonzales-Lauzan. Hernandez is charged with having helped set up the shooting. Wiggins entered into a plea agreement to testify against Gonzales-Lauzan, who was the only one to face the death penalty. The jury unanimously voted for a life sentence.All involved are Cuban/Americans.

***Trial Judge Contact:*** Hon. James L. Cohn

| | | |
|---|---|---|
| 31 Kehoe, Chevy | E.D. AR CR No. LR-CR-97-243 | W |

involves multiple killings - the murder of a family of three (an Arkansas gun dealer, his wife and their 8 year old child) in the Fall of 1996 by white supremacists. Chevie Kehoe faced sentencing before the jury first and was sentenced to life imprisonment. Co-defendant Lee followed and was sentenced to death.

***Trial Judge Contact:*** Hon. Garnett Thomas Eisele

| | | |
|---|---|---|
| 32 O'Driscoll, Michael | M.D. PA CR No. 4:CR-01-277 | W |

the stabbing and killing of an inmate at USP - Allenwood in 1997. There were half a dozen correctional officers who witnessed the end of the stabbing. Both the defendant and victim are white.

***Trial Judge Contact:*** Hon. Malcolm Muir

| | | |
|---|---|---|
| 33 Dhinsa, Gurmeet Singh | E.D. NY CR No. 97-672 (S-3) (ERK) | I |

involves multiple killings - a wealthy Indian businessman alleged to head a racketeering enterprise which killed two. Murder for hire is alleged as an aggravating circumstance.

***Trial Judge Contact:*** Hon. Edward R. Korman

| | | |
|---|---|---|
| 34 Lightfoot, Xavier Lamar | W.D. MO CR No. 00 CR 395-ALL | B |

the murder of a federal witness. Co-defendant Peoples, 24, conspired with Lightfoot to prevent the victim from testifying at Lightfoot's federal trial on charges of bank robbery. The victim, 33, was Lightfoot's roommate and was found dead of multiple gunshot wounds in their rental home in Kansas City. Peoples acted as a go-between (along with co-defendant Barfield) with the professional hit man (Haskell) who committed the murder which Lightfoot arranged from federal prison. Murder for hire is alleged as an aggravating circumstance. All defendants are black. The victim is white. After Lightfoot was sentenced to life in prison, the government withdrew its request for the death penalty for Peoples. The Eighth Circuit reversed the convictions and the government again sought the death penalty. 250 F.3d 360 (2001). A "double jeopardy" appeal was rejected. 360 F.2d 892 (8th Cir. 2004).

***Trial Judge Contact:*** Hon. Howard F. Sachs

| | | |
|---|---|---|
| 35 Hargrove, Demetrius R. | D. KS CR No. 2:03-CR-20192-CM-DJW-ALL | B |

multiple (three) murders by an african-american federal prisoner already serving a 35 year sentence at the United States Penitentiary in Leavenworth for kidnapping and use of a fiream. One of the victims was a potential federal witness. Prosecutors claim Hargrove killed two Leavenworth residents Elmer Berg and Misty Castor, a brother and a sister, in February of 1998 during a drug trafficking crime. They say he also murdered an informant, Tyrone Richards, also of Leavenworth, in June 1998 to prevent him from testifying at a federal trial. Berg and Castor were white, Richards and Hargrove black.

***Trial Judge Contact:*** Hon. Carlos Murguia

| ***Defendant Name*** | ***D Ct Docket #*** | ***Race*** |
|---|---|---|
| 36 Al-'Owhali, Mohamed Rashed Daoud | S.D. NY CR No. S6 98 CR 1023 | AR |

alleged foreign national accomplices of Usama bin Ladin, purported to be the organizer of two bombings of American embassies in Africa. The August 7, 1998 bombings in Kenya and Tanzania killed 224 people (11 in Tanzania), including 12 Americans, and more than 5,000 people injured. Al-'Owhali is a 21 year old Saudi citizen who was arrested in Nairobi after the Kenya bombing. They are alleged members of al-Qaida, an international terrorist organization, led by bin Laden, a Saudi millionaire, who issued various "fatwahs" against the United States. Bin Laden and 7 others are fugitives. Al-'Owhali allegedly was ordered to create a diversion for the Kenya bomb by throwing grenades. Mohamed allegedly rented the house where the Tanzania bomb was made. The 12 dead Americans included 4 blacks, 4 whites and 1 Asian. The other victims were mostly black Africans.

***Trial Judge Contact:*** Hon. Kevin Thomas Duffy

| | | |
|---|---|---|
| 37 Finley, James A. | W.D. NC CR No. 4:98CR243 | W |

involves multiple killings - the murder of two campers at a national park by a young man with a history of drug abuse but no violence. The crime may have been a robbery\murder. All parties are white. Mitigation involved Finley's drug abuse and depression. The defendant was sentenced to life after an April 1999 trial.

***Trial Judge Contact:*** Hon. Lacy H. Thornburg

| | | |
|---|---|---|
| 38 Gilbert, Kristin | D. MA CR No. 98-30044-MAP | W |

the killing of four patients at the Department of Veterans Affairs, and the attempted killing of three others. Ms. Gilbert, 31, used epinephrine, a drug that can overstimulate the heart, on her patients. Federal prosecutors said Gilbert murdered one patient, a 41-year-old invalid, after asking a supervisor if she could "leave early if he died." All involved are Caucasian. The jury deadlocked and Gilbert was sentenced to life in prison.

***Trial Judge Contact:*** Hon. Michael Ponsor

| | | |
|---|---|---|
| 39 Tello, Plutarco | W.D. MO CR No. 98- 00311-01/05-CR-W-2 | B |

four foreign national Columbians charged in a drug related murder. The “kingpin”, Hinestroza, was never arrested and may have fled to Columbia. Hinestroza and his gang sold cocaine in the Kansas City area. The victim and his nephew (who sold cocaine for the gang) stole $240,000 from them. The defendants tied up, interrogated, duck taped and shot both victims. The nephew lived, escaped and identified the defendants. Sinisterra shot and killed one victim. Ortiz or Tello shot the surviving victim. Sinisterra and Ortiz were sentenced to death. The jury deadlocked on punishment for Tello, and he was sentenced to life in prison.

***Trial Judge Contact:*** Hon. Gary Fenner

| | | |
|---|---|---|
| 40 Hinestroza, Edwin R. | W.D. MO CR No. 98- 00311-01/05-CR-W-2 | H |

four foreign national Columbians charged in a drug related murder. The “kingpin”, Hinestroza, was not arrested until 2004 as he fled to Columbia. Hinestroza and his gang sold cocaine in the Kansas City area. The victim and his 17 year old nephew (who sold cocaine for the gang) stole $240,000 from them. The defendants tied up, interrogated, duck taped and shot both victims. The bodies were left in the trunk of a car. The nephew lived, escaped and identified the defendants. Sinisterra shot and killed one victim. Ortiz or Tello shot the surviving victim. Sinisterra and Ortiz were sentenced to death. The Eighth Circuit affirmed, 315 F.3d 873 (2002). The jury deadlocked on punishment for Tello, and he was sentenced to life in prison. A separate jury also deadlocked and Hinestroza was sentenced to life in prison.

***Trial Judge Contact:*** Hon. Gary A Fenner

| | | |
|---|---|---|
| 41 Bass, John | E.D. MI CR No. 97-80235 | B |

involves multiple killings and eleven death eligible defendants who were charged in a four victim (continuing criminal enterprise) Detroit drug/murder case under 21 U.S.C. §848(a)(1)(A). Of the eleven, only Bass was chosen to face a federal capital prosecution. All involved are African-American. A pretrial appeal involved the issue of discovery of Department of Justice charging practices in capital cases. In a per curiam opinion, the United States Supreme Court reversed the order granting discovery. United States v. Bass, 122 S.Ct. 2389 (2002). John Bass and his brother Patrick allegedly started a drug gang called the "Dog Pound" (because members owned many pit bulls), which sold crack in Michigan and Ohio. John Bass is charged with arranging two murders - of his brother and a rival.

***Trial Judge Contact:*** Hon. Arthur J. Tarnow

| | | |
|---|---|---|
| 42 Edelin, Tommy | D. DC CR No. 98-264 | B |

a drug conspiracy, racketeering, multiple murder CCE prosecution. Tommy Edelin faced the death penalty alone among many capital eligible defendants, including his father. Edelin, 30, was charged with ordering 14 murders and attempting to have another dozen killed during the 1990's, in his role as the so-called "drug kingpin" of the "1-5 Mob". Murder for hire is alleged as an aggravating circumstance. The gang was charged with the shooting of a D.C. police officer and in another incident in which three people were shot while attending a crowded neighborhood picnic. One victim was shot several times while returning from a prom with his girlfriend. Two teenagers were targeted by mistake on their way to a church Christmas Party. Edelin was acquitted of this double killing by co-defendant Bostick. Much of the violence stemmed from a turf battle with members of the "Stanton Terrace Crew," which is now essentially out of business after numerous members were killed or convicted of first-degree murder. Edelin was convicted of four murders, including paying a hit man to kill a 19 year old who alleged robbed an associated. 11 jurors deliberated 3 hours before voting for a life sentence. The capital charge was a conviction of murder for hire of a 14 year old who allegedly robbed an associate of Tommy Edelin. Edelin was born as a result of a brief sexual encounter to a convicted drug addict. He had an abusive, deprived, depraved childhood in a crime infested neighborhood. This was the first death penalty trial in the District of Columbia since the last execution in 1957. D.C. voters rejected the death penalty in 1992.

***Trial Judge Contact:*** Hon. Royce C. Lamberth

| | | |
|---|---|---|
| 43 Haynes, Willis | D. MD CR No. PJM-98- 0502 | B |

involves multiple (two) killings - the January 1996 triple intrastate kidnapping/murder of three black females from D.C. Haynes has confessed three time, blaming Higgs the first two. A third defendant, Victor Gloria, also has confessed and will plead guilty as an accessory after the fact. The AUSA says he will seek permission to argue for the death penalty for Haynes and Higgs. They were involved in another shooting six weeks before. All involved are African-American.

***Trial Judge Contact:*** Hon. Peter J. Messitte

| | | |
|---|---|---|
| 44 Martinez, Mariano | C.D. CA CR No. 99-83-(A)-DT | H |

involves defendants in one of three related multiple murder Mexican Mafia prosecutions. "Chuy" Martinez, 41, is a defendant in one indictment, and the target of a murder plot in another. There are a total of four murders and 13 conspiracies to commit murder charged. Three men, one a drug dealer and two innocent bystanders, were killed in a Monticello autobody shop. Martinez, head of a drug organization orchestrated the killing using a walkie-talkie. Max Torvisco, once Martinez's right hand man, obtained a plea agreement. He admitted ordering 140 murders and planning to kill Martinez who had survived a 1997 assassination attempt. Wiretaps show Martinez ordering hits on numerous targets.

***Trial Judge Contact:*** Hon. David Carter

| | | |
|---|---|---|
| 45 Lyon, Billy Joe | W.D. KY CR No. 4:99-CR-11-M | W |

involves multiple killings - contract killing of men in Alabama and Kentucky. Lyon, 19, and co-defendant Charles Stewart, 54, were charged with conspiracy and murder for hire. Stewart and Richard Dorman, 62, were partners in an 18-month forged-check and fraud scheme, using the deceased's identity. Lyon and his deceased father, Stewart's nephew, were hired to murder James Norris in Kentucky. Norris was found under a bale of hay beaten to death in a barn behind his home. Lyon was also hired to kill James Nichols in Alabama, whose body was discovered in 1999 in a partially submerged van. Nichols' 85 year old mother was also in the van, but survived. Co-conspriator Dorman was kidnapped (interstate) and locked into the trunk of a car that was then run into the Green River in Henderson County. He survived to be charged as part of the conspiracy. The elder Lyon committed suicide to avoid apprehension. Stewart was arrested in the Spring of 2000 after appearing on "America's Most Wanted." Lyon faced the death penalty but was sentenced to life in prison after his jury was instructed that Stewart would not because the Attorney General took too long to file a notice of intent to seek the death penalty. A third bank fraud victim is missing and presumed dead. Lyon committed an unrelated fourth murder. All involved are white.

***Trial Judge Contact:*** Hon. Joseph H. McKinley, Jr.

| 46 Tatum, Kenneth A. | E.D. TX CR No. 2:99 CR 5 | B |
| --- | --- | --- |

involves multiple killings - three young black defendants, members of the “Crips” gang, involved in a series of robberies and three killings in East Texas. Stephens, 21, Smith, 20, and Tatum, 20, faced the death penalty in both state and federal court. Smith was convicted of a botched 1999 bank robbery involving the fatal shooting of a 61 year old white female teller. A female bank manager was wounded. Tatum and Stephens kidnapped (intrastate) and robbed a used car dealership (a Hobbs Act count). The victim, a 63 year old retired minister was shot and killed. Tatum was also convicted of a 1998 slaying of a president of a bank. Stephens and Tatum abducted the 50 year old white male. Stephens died of a brain tumor before trial. Tatum and Smith received life sentences at separate trials after a change of venue. The victims were white.

***Trial Judge Contact:*** Hon. Thad Heartfield

| 47 Smith, Daymon | E.D. TX CR No. 2:99 CR 5 | B |
| --- | --- | --- |

involves multiple killings - three young black defendants, members of the “Crips” gang, involved in a series of robberies and three killings in East Texas. Stephens, 21, Smith, 20, and Tatum, 20, faced the death penalty in both state and federal court. Smith was convicted of a botched 1999 bank robbery involving the fatal shooting of a 61 year old white female teller. A female bank manager was wounded. Tatum and Stephens kidnapped (intrastate) and robbed a used car dealership (a Hobbs Act count). The victim, a 63 year old retired minister was shot and killed. Tatum was also convicted of a 1998 slaying of a president of a bank. Stephens and Tatum abducted the 50 year old white male. Stephens died of a brain tumor before trial. Tatum and Smith received life sentences at separate trials after a change of venue. The victims were white.

***Trial Judge Contact:*** Hon. Thad Heartfield

| 48 Garrett, Lemond | S.D. GA CR No. 4-99-133 | B |
| --- | --- | --- |

two young death eligible defendants, ages 18 and 20, involved in a drug conspiracy, in which a long time federal informant was killed. Both defendants and the victim are African-American. The United States Attorney requested and received permission to seek the death penalty against Lemond. Savanah police arrested Lemond Garrett in March of 1999 for the shooting death of Joseph Smart, Sr., 52. DeLoach, the get-a-way driver, was convicted for killing his cousin outside a sports bar in December 1998, and sentenced to life in prison in state court. Joe Perry Garrett was not arrested until shortly before trial. He ordered the killing of the DEA informant who was wearing a bullet-proof vest when he was shot. The bullet pierced his side in an unprotected area. The Court set a deadline for the Attorney General's decision whether to seek the death penalty. The government failed to meet the Court's deadline as to Joe Perry and he did not face the death penalty.

***Trial Judge Contact:*** Hon. G.R. Smith

| 49 Mohamed, Khalfan Khamis | S.D. NY CR No. S6 98 CR 1023 | AR |
| --- | --- | --- |

alleged foreign national accomplices of Usama bin Ladin, purported to be the organizer of two bombings of American embassies in Africa. The August 7, 1998 bombings in Kenya and Tanzania killed 224 people, including 12 Americans. More than 5,000 people were injured. Al-'Owhali is a 21 year old Saudi citizen who was arrested in Nairobi after the bombing. All are alleged members of al-Qaida, an international terrorist organization, led by bin Laden, who issued various "fatwahs" against the United States. Al-'Owhali was ordered to create a diversion for the Kenya bomb by throwing grenades. Mohamed rented the house where the Tanzanian bomb was made. The 12 dead Americans included 4 blacks, 4 whites and 1 Asian. The other victims were mostly black Africans. The Kenya bomb killed 213 and the second bomb eleven.

***Trial Judge Contact:*** Hon. Kevin T. Duffy

| 50 Wills, Christopher Andaryl | E.D. VA CR No. 99-00396 | B |
| --- | --- | --- |

a witness-elimination in Alexandria, Virginia. Wills, 33, an African American, lured the victim from suburban Virginia to Washington, D.C. by means of a phoney job advertisement. The victim disappeared and is presumed to have been murdered. The Afghan national victim had recently testified against Wills at a preliminary hearing on state burglary charges. Wills was permitted to represent himself. He filed a motion to dismiss and the Court ruled that Wills cannot be charged with the capital crime of interstate kidnapping leading to death because his victim crossed state lines voluntarily and alone. The 4th Circuit reversed. 2000 WL 1781402. The jury deadlocked and Wills was sentenced to life in prison. Wills, who has 5 other felony convictions, is also serving 14 years for an unrelated Baltimore carjacking.

***Trial Judge Contact:*** Hon. Leonie M. Brinkema

51 Sanders, Marcus S.D. AL CR No. 98-0056-CB B

the April 1999 murder of a witness in a federal drug prosecution two days before Sanders drug conspiracy trial. Sanders did not appear for trial. Sanders was alleged to the triggerman and was the only defendant authorized for a federal capital prosecution, but he was sentenced to life in prison at a separate trial.

***Trial Judge Contact:*** Hon. Charles R. Butler, Jr.

52 Hyles, Tyrese E.D. MO CR No. 01-CR-73-ALL B

a witness killing §1512 murder for hire involving interstate travel from Tennessee to Missouri. Hyles faced state drug charges. The victim was murdered after his preliminary hearing testimony. Cannon allegedly murdered the victim by shooting him in his bed. Attorney General Ashcroft required a capital prosecution. Attorney General Gonzales rejected a jury waiver conditioned upon withdrawal of the notice of intent to seek the death penalty.

***Trial Judge Contact:*** Hon. Ronald W. Sippel

53 Denis, Jose S.D. FL CR No. 99-00714 CR (KING) H

one capital eligible 924(c) count - a homicide occurring during a 1996 drug rip-off at Hialech motel. Everyone involved is Hispanic. Denis was the alleged triggerman. He had no prior criminal record. The defendant was attending Florida State University at the time of his arrest. The victim was allegedly tortured prior to his death. The court set, then extended, a deadline. 246 F.Supp.2d 1250.

***Trial Judge Contact:*** Hon. Frederico Moreno

54 Gray, Kevin D. DC CR No. 1:00CR00157 B

involves RICO multiple killings - a Southeast Washington, D.C., gang, alleged to be connected to approximately 40 slayings. The indictment charges 31 murders. Murder for hire was alleged as an aggravating circumstance. The leader, Kevin Gray, 28, is charged with carrying out the racketeering slayings of 10 people. Members of this heroin and marijuana conspiracy allegedly gunned down rivals and people they thought might testify against them, catching victims by surprise at a gas station, a beauty salon and on street corners, sometimes in broad daylight. Three of the victims were killed because they were viewed as potential witnesses. Another victim was shot by mistake. The 158 count indictment alleges 10 attempted murders. Gang members allegedly took outside contracts as hit men. Gray is charged in 22 murders. He and Moore are the only defendants to face the death penalty. The victims were Hispanic and African-American.

***Trial Judge Contact:*** Hon. Royce C. Lamberth

55 Moore, Rodney D. DC CR No. 1:00CR00157 B

involves RICO multiple killings - a Southeast Washington, D.C., gang, alleged to be connected to approximately 40 slayings. The indictment charges 31 murders. Murder for hire was alleged as an aggravating circumstance. The leader, Kevin Gray, 28, is charged with carrying out the racketeering slayings of 10 people. Members of this heroin and marijuana conspiracy allegedly gunned down rivals and people they thought might testify against them, catching victims by surprise at a gas station, a beauty salon and on street corners, sometimes in broad daylight. Three of the victims were killed because they were viewed as potential witnesses. Another victim was shot by mistake. The 158 count indictment alleges 10 attempted murders. Gang members allegedly took outside contracts as hit men. Gray is charged in 22 murders. He and Moore are the only defendants to face the death penalty. The victims were Hispanic and African-American.

***Trial Judge Contact:*** Hon. Royce C. Lamberth

56 Johnson, Coleman W.D. VA CR No. 3:00CR00026 W

one §844(ii) count for allegedly leaving a pipe bomb in 1997 which killed his ex-girlfriend, who was eight months pregnant, to avoid the child support that he would have to pay. DNA indicates he was the father of the child the victim was carrying. All involved are white. 136 F.Supp.2d 553.

***Trial Judge Contact:*** Hon.Norman K. Moon

| Defendant Name | D Ct Docket # | Race |
|---|---|---|
| 57 Quinones, Alan | S.D. NY CR No. 00 CR 0761 (JSR) | H |

murder of a New York Police Department informant, who was allegedly beaten or tortured. The victim, a drug dealer, had recently arranged two controlled buys from Quinones. Quinones is alleged to be the boss. Co-defendant Rodriguez allegedly participated in the killing. The victim's body was burned post-mortem. Murder for hire is alleged as an aggravating circumstance. Attorney General Ashcroft rejected a plea agreement and required a capital prosecution. A district court decision that the death penalty was unconstitutional due to the execution of innocents was reversed on appeal. United States v. Quinones, 313 F.3d 49 2nd Cir. 2002). The jury unanimously voted for life. All involved are Hispanic.

***Trial Judge Contact:*** Hon. Jed. S. Rakoff

| | | |
|---|---|---|
| 58 Rodriguez, Diego | S.D. NY CR No. 00 CR 0761 (JSR) | H |

murder of a New York Police Department informant, who was allegedly beaten or tortured. The victim, a drug dealer, had recently arranged two controlled buys from Quinones. Quinones is alleged to be the boss. Co-defendant Rodriguez allegedly participated in the killing. The victim's body was burned post-mortem. Murder for hire is alleged as an aggravating circumstance. Attorney General Ashcroft rejected a plea agreement and required a capital prosecution. A district court decision that the death penalty was unconstitutional due to the execution of innocents was reversed on appeal. United States v. Quinones, 313 F.3d 49 (2nd Cir. 2002). The jury unanimously voted for life. All involved are Hispanic.

***Trial Judge Contact:*** Hon. Jed S. Rakoff

| | | |
|---|---|---|
| 59 Williams, Michael | S.D. NY CR No. 00-CR-1008 | B |

involves multiple murder during a narcotics conspiracy. Three black men were killed in 1996. The defendants are also black. Attorney General Ashcroft required a capital prosecution.

***Trial Judge Contact:*** Hon. Naomi R. Buchwald

| | | |
|---|---|---|
| 60 Williams, Elijah Bobby | S.D. NY CR No. 00-CR-1008 | B |

involves multiple murder during a narcotics conspiracy. Three black men were killed in 1996. The defendants are also black. Attorney General Ashcroft required a capital prosecution.

***Trial Judge Contact:*** Hon. Naomi Buchwald

| | | |
|---|---|---|
| 61 Ealy, Samuel Stephen | W.D. VA CR No. 00-CR-104-ALL | W |

another Petite policy case involving the April 1989 shotgun multiple murder of a family of three. Ealy avoided trial in state court in 1991 by a successful motion to suppress. A federal grand jury indicted Ealy and Church, charging them with two capital murders in the furtherance of a drug-trafficking enterprise and a third murder of a potential federal witnesses. They are charged with these killings while trying to rob one victim of $30,000 that he was holding for a drug ring. The victims were white. 2001 WL 686954, 855894, 1661706. 151 F.Supp.2d 715. 163 F.Supp.2d 633. 2002 WL 229700, 273317, 376880, 1205035.

***Trial Judge Contact:*** Hon. James P. Jones

| | | |
|---|---|---|
| 62 Waldon, Carl | M.D. FL CR No. 3:00-CR-436-J25-TJC | B |

involves a CCE-related murder. Sinclair was a narcotics detective and Waldon an uniformed patrol officer. Three drug dealers apparently implicated Sinclair in drug trafficking as part of a 5K1 deal. Waldon and Sinclair were charged with murder. Sinclair worked as a bank guard. He saw an Arab-American storeowner withdraw $50,000 from the bank. Sinclair tipped Waldon who detained the victim on a pretext traffic stop and tried to rob him. The victim was strangled in the police cruiser, near a school in broad daylight. Two others were present, including Kenneth McLoughlin, who participated and testified for the United States. Attorney General Ashcroft required a capital prosecution against only Waldon. The penalty phase was bifurcated and the jury deadlocked on whether the mental state threshold (intentional killing) or sole aggravating circumstance (pecuniary gain) was present.

***Trial Judge Contact:*** Hon. Henry Lee Adams Jr.

63 Haskell, Carl W.D. MO CR No. 00-CR-395-ALL B

involves the sequel to the Peoples and Lightfoot trial in October of 1999, resulting in life sentences. The government's theory is that Peoples, on behalf of Lightfoot and himself, enlisted the services of hired killers, one of whom allegedly was Haskell, to do away with one Jovan Ross, a white male. Ross was Lightfoot's homosexual live-in lover. The pair lived in a house in KC. After a lover's quarrel, Ross informed on Lightfoot regarding robberies pulled by Lightfoot and Peoples in Nebraska and led police to a cache of blank certified checks stored in the crawl space under the Lightfoot/Ross home. Shortly after, Lightfoot was arrested, and while in jail received information about Ross' involvement. Not long after that, Ross ended up dead. Attorney General Ashcroft approved Haskell, the alleged triggerman, for a capital prosecution, but denied permission to seek the death penalty against co-defendant Barfield.

**Trial Judge Contact:** Hon. Fernando J. Gaitan Jr.

64 Britt, L.J. N.D. TX CR No. 00-CR-260-ALL B

a Fort Worth drug trafficking prosecution of the leaders of an Arlington-based drug ring responsible for multiple (three) murders. The first killing involved a 1998 shooting of an African-American, mistaken for the intended victim, in a car traveling on Cential Expressway. A second 1999 killing was of an Hispanic person, also mistaken for the intended victim, his brother, who allegedly sold a fake kilo of cocaine to Robinson. Britt was the triggerman in the third 1999 killing of another drug dealer, a Mexican national, who had stolen 20 kilos from a Laredo drug kingpin. Robinson was following in another car. Britt and Robinson, African-American, both allegedly fired weapons in the first and second incidents. The Court set, then extended, a deadline for the approval of a capital prosecution. A plea agreement to a life sentence for co-defendant Robinson was rejected by the Attorney General. He was sentenced to death. The victims were Hispanic and African-American.

**Trial Judge Contact:** Hon. Terry R. Means

65 Taylor, Styles N.D. IN CR No. 2:01 CR 073 JM B

a Hobbs act robbery of a gun store, "Firearms Unlimited" and the killing of the proprietor. 18 U.S.C. §§ 924 and 1951. The defendants are African-American and the victim was white. Taylor was on parole. He has a juvenile record involving the robbery and shooting of a pizza delivery man. Taylor was alleged to be more culpable and after the jury voted to sentence him to life in prison, Attorney General Ashcroft approved withdrawal of the "death notice" as to Thomas. In a rule 11 proffer, Taylor told the government "that the man in the store was reaching on me."

**Trial Judge Contact:** Hon. Allen Sharp

66 Lentz, Jay E.D. VA CR No. 01-CR-150-ALL W

involves a domestic killing. interstate domestic violence and kidnapping resulting in death. The defendant lived in Virginia and his ex-wife was kidnapped from Maryland. Her body was never located. A bloody car was found in D. C. All involved are white. A government pretrial appeal involved statements by the defendant. 225 F.Supp.2d 672, aff'd, 2003 WL 253949 (4th Cir. (VA)). Lentz was convicted and the jury unanimously recommended a life sentence. However, the judge vacated the conviction for lack of any evidence of interstate kidnapping. 275 F.Supp.2d. A government appeal was successful. 2004 WL 2035326.

**Trial Judge Contact:** Hon. Gerald Bruce Lee

67 Frye, James Edward S.D. MS CR No. 01-CR-8-ALL B

involves the 1999 carjacking and multiple gun murders of two black victims, a boyfriend and a girlfriend, who were attempting to buy about $30,000 worth of cocaine and were ripped off and killed. The male victim was shot first. The female victim, a 19 year old nursing student, was driven around in the trunk of her auto for an hour before being killed. Both African-American defendants confessed, blaming the other as the triggerperson. There was a post-mortem attempt to dismember (head and hands) and rebury the bodies. Frye was convicted of bank robbery in 1994. He escaped from custody in January of 2000. The Notice of Intent to Seek the Death penalty against Frye was dismissed as filed too late but the decision was reversed. 372 F.3d 729 (2004). The defendants were each sentenced to life in prison at separate trials. Cooper's life sentence was affirmed. 2003 WL 21672845 (5th Cir.). The jury was deadlocked after five hours of deliberation.

**Trial Judge Contact:** Hon. William H. Barbour, Jr.

68 Cooper, Billy D. | S.D. MS CR No. 01-CR-8-ALL | B

involves carjacking and multiple killings of two black victims who were attempting to buy about $30,000 worth of cocaine and were ripped off and killed. The male victim was shot first. The female victim was driven around in the trunk of her auto for an hour before being killed. Both African-American defendants confessed, blaming the other as the triggerperson. There was a post-mortem attempt to dismember (head and hands) and rebury the bodies. Frye was convicted of bank robbery in 1994. He escaped from custody in January of 2000. The Notice of Intent to Seek the Death penalty against Frye was dismissed as filed too late but the decision was reversed. 372 F.3d 729 (2004). The defendants were each sentenced to life in prison at separate trials. Cooper's life sentence was affirmed. 2003 WL 21672845 (5th Cir.).

***Trial Judge Contact:*** Hon. William H. Barbour, Jr.

69 Ostrander, Michael Paul | W.D. MI CR No. 01-CR-00218 | W

slaying of a man found buried in a previously dug grave in the Manistee National Forest. The Ostrander brothers are charged with the August 2000 use of a firearm causing death during drug trafficking, involving marijuana and cocaine. Attorney General Ashcroft required a capital prosecution.

***Trial Judge Contact:*** Hon. Robert Holmes Bell

70 McClure, Cornell Winfrei | D. MD CR No. 01-CR-367-ALL | B

shooting of a white woman at a secluded location on federal land. The victim was shot eleven times with two different types of ammunition. There are signed confessions by both defendants. Millegan confessed that he committed the murder, along with McClure, both shooting the victim with their weapons. McClure wrote that he told Millegan they should "press her" about a robbery of drugs from Millegan's apartment. The deceased was taken to a road on federal land in Beltsville, where both allegedly shot her. The defendants are black. Attorney General Ashcroft required a capital prosecution. Millegan plead guilty. McClure declined to plead guilty and had a bench trial.

***Trial Judge Contact:*** Hon. Deborah K. Chasano

71 Ostrander, Robert Norman | W.D. MI CR No. 01-CR-00218 | W

slaying of a man found buried in a previously dug grave in the Manistee National Forest. The Ostrander brothers are charged with the August 2000 use of a firearm causing death during drug trafficking, involving marijuana and cocaine. Attorney General Ashcroft required a capital prosecution.

***Trial Judge Contact:*** Hon. Robert Holmes Bell

72 Davis, Johnny | E.D. LA CR No. 2:01-CR-282-ALL | B

involves allegations of multiple killings (four) - 924(c) 2001 gun murders by a drug gang pushing heroin in a New Orleans Housing project. The alleged kingpin, Richard Porter, was convicted of one murder and did not face the death penalty. The enforcer for the group, Johnny Davis, was convicted of three of four murders. All involved are African-American. The government sought the death penalty against only Davis.

***Trial Judge Contact:*** Hon. Sarah S. Vance

73 Haynes, Aaron | W.D. TN CR No. 01-CR-20247-ALL | B

bank robbery resulting in the death of a black female employee of Union Planters Bank. A security guard was also shot in the face by Johnson, but survived. The defendants are African-American. Haynes was a shooter. The state and federal government both sought the death penalty against Haynes and Maxwell but not against Johnson who may be retarded. A federal jury sentenced Haynes to life imprisonment. After this verdict, Attorney General Ashcroft reversed his position and approved a plea agreement specifying a life sentence for Maxwell. 242 F.Supp.2d 540. 269 F.Supp.2d 970, 265 F.Supp.2d 914.

***Trial Judge Contact:*** Hon. Bernice B. Donald

| Defendant Name | D Ct Docket # | Race |
|---|---|---|
| 74 Regan, Brian Patrick | E.D. VA CR No. 01-CR-405-ALL | W |

a 20 year veteran of the Air Force who worked in the headquarters of the National Reconnaissance Office, charged with three counts of attempted espionage and one count of mishandling classified information. The government charged Regan of creating a “grave risk of death” to U.S. military pilots patrolling the no-fly zone over Iraq. Regan intended to sell Iraqi president Saddam Hussein secret details about American satellites. Prosecutors said Regan apparently used a form letter to solicit money from at least two foreign countries. Investigators said Regan told Hussein in a letter, “If I am caught, I will be imprisoned for the rest of my life, if not executed for this deed.” Two of the charges carried the death penalty.

***Trial Judge Contact:*** Hon. Gerald Bruce Lee

| | | |
|---|---|---|
| 75 Cannon, Amesheo D. | E.D. MO CR No. S1-1:01CR00073RWS | B |

a witness killing §1512 murder for hire involving interstate travel from Tennessee to Missouri. Hyles faced state drug charges. The victim was murdered after his preliminary hearing testimony. Cannon allegedly murdered the victim by shooting him in his bed. Attorney General Ashcroft required a capital prosecution. Attorney General Gonzales rejected a jury waiver conditioned upon withdrawal of the notice of intent to seek the death penalty.

***Trial Judge Contact:*** Hon. Henry E. Autrey

| | | |
|---|---|---|
| 76 Matthews, Lavin | N.D. NY CR No. 3:00 CR-269-ALL | B |

murder during a CCE, motivated by a drug rip off. Another drug dealer was tortured and beaten to death and his marijuana, phone, jewelry and $2000 cash were stolen. Attorney General Ashcroft required a capital prosecution against three defendants, later withdrawing the notice of intent as to McMillian, who was found to be mentally retarded by both the defense and government experts. All involved are African-American.

***Trial Judge Contact:*** Hon. Thomas J. McAvoy

| | | |
|---|---|---|
| 77 Dixon, Emile | E.D. NY CR No. 01-CR-389-ALL | B |

Dixon is one of the leaders of the inter-state “Patio Crew” gang, charged with taking part in a July 26, 2002 gun *murder of a witness and another murder. A government informant, Robert Thompson, 30, was machine-gunned to death in his car, and his brother was wounded. The main witness, the brother who survived, has admitted lying about Dixon. A superceding indictment was filed charging a 1992 drug-related murder. Attorney General Ashcroft required a capital prosecution overruling, press accounts indicate, his own review committee. Dixon is a foreign national, a Jamaican immigrant. The multiple victims were African-American.

***Trial Judge Contact:*** Hon. Raymond J. Dearie

| | | |
|---|---|---|
| 78 Tucker, Tebiah Shelah | N.D. NY CR No. 00-CR-269-ALL | B |

murder during a CCE, involving a drug rip off. Another drug dealer was beaten to death. His marijuana and cash were stolen. Attorney General Ashcroft required a capital prosecution against three defendants, later withdrawing the notice of intent as to McMillian, who was found to be mentally retarded by both the defense and government experts. All involved are African-American.

***Trial Judge Contact:*** Hon. Thomas J. McAvoy

| | | |
|---|---|---|
| 79 Perez, Wilfredo | D. CT CR No. 02-CR-7-ALL | H |

a drug gang, "the Perez Organization" at war with "the Savage Nomads" in Hartford, Connecticut because of a turf dispute and a drug and money kidnapping and robbery. Gonzalez was the alleged triggerman in this murder for hire. The government claims that Gonzalez is a hired contract killer responsible for multiple (9) other murders. The judge ruled that these unadjudictated homicides were not admissible. 2004 WL 1920492. All involved are Hispanic. Attorney General Ashcroft required a capital prosecution. Santiago Feliciano testified for the government that he arranged the murder of the head of the Nomads for Perez.

***Trial Judge Contact:*** Hon. Janet Bond Arterton

| *Defendant Name* | *D Ct Docket #* | *Race* |
|---|---|---|
| 80 Gonzalez, Fausto | D. CT CR No. 02-CR-7-ALL | H |

a drug gang, "the Perez Organization" at war with "the Savage Nomads" in Hartford, Connecticut because of a turf dispute and a drug and money kidnapping and robbery. Gonzalez was the alleged triggerman in this murder for hire. The government claims that Gonzalez is a hired contract killer responsible for multiple (9) other murders. The judge ruled that these unadjudictated homicides were not admissible. 2004 WL 1920492. All involved are Hispanic. Attorney General Ashcroft required a capital prosecution. Santiago Feliciano testified for the government that he arranged the murder of the head of the Nomads for Perez.

***Trial Judge Contact:*** Hon. Janet Bond Arterton

| | | |
|---|---|---|
| 81 Moses, Keon | D. MD CR No. 02-CR-410-ALL | B |

leaders of one of West Baltimore's most violent drug gangs, the Lexington Terrace Boys, who are charged in multiple (six) killings, including one potential government witness who was killed to prevent him from testifying about an earlier double homicide of two members of a rival gang, the Stricker Street group. Since 1999 the gang operated from the Lexington Terrace and Edgar Allan Poe Homes public housing projects. During trial, the government presented evidence linking the gang to nine killings. Taylor had a direct role in seven. The mitigation evidence focused on the trauma of a childhood growing up in this neighborhood. When Moses was 4, his father was gunned down in a drug hit in the lobby of one of the buildings. Foster was acquitted of attempted murder in state court in 1998. Taylor and Moses are charged together in the double homicide and in a witness killing. There was also an attempted kidnapping of another potential witness to the 2001 killings. The latest victim is the third brother of one family to die on the streets of Baltimore. Investigators claim the group is in some way connected to 40 homicides. Shortly before trial, a critical witness in the case was shot 10 times and killed. He had been shot at twice before. Separate indictments (03-343 and 03-560) charge Kaarman Hawkins, Parker, Foster and Taylor in that case. The jury returned unaninmous life verdicts for Moses and Taylor in 5 hours. All involved are African-American.

***Trial Judge Contact:*** Hon. Catherine C. Blake

| | | |
|---|---|---|
| 82 Taylor, Michael Lafayette | D. MD CR No. 02-CR-410-ALL | B |

leaders of one of West Baltimore's most violent drug gangs, the Lexington Terrace Boys, who are charged in multiple (six) killings, including one potential government witness who was killed to prevent him from testifying about an earlier double homicide of two members of a rival gang, the Stricker Street group. Since 1999 the gang operated from the Lexington Terrace and Edgar Allan Poe Homes public housing projects. During trial, the government presented evidence linking the gang to nine killings. Taylor had a direct role in seven. The mitigation evidence focused on the trauma of a childhood growing up in this neighborhood. When Moses was 4, his father was gunned down in a drug hit in the lobby of one of the buildings. Foster was acquitted of attempted murder in state court in 1998. Taylor and Moses are charged together in the double homicide and in a witness killing. There was also an attempted kidnapping of another potential witness to the 2001 killings. The latest victim is the third brother of one family to die on the streets of Baltimore. Investigators claim the group is in some way connected to 40 homicides. Shortly before trial, a critical witness in the case was shot 10 times and killed. He had been shot at twice before. Separate indictments (03-343 and 03-560) charge Kaarman Hawkins, Parker, Foster and Taylor in that case. The jury returned unaninmous life verdicts for Moses and Taylor in 5 hours. All involved are African-American.

***Trial Judge Contact:*** Hon. Catherine C. Blake

| | | |
|---|---|---|
| 83 Villegas, Hernaldo Medina | D. PR CR No. 3:02-CR-117-ALL | H |

the Hobbs Act robbery of a local credit union, while an armored bank truck was making a deposit. A gunfight ensued and an armed guard was killed with a second head shot by Villegas after he was down. Lorenzo Catalan and Hernando Medina participated in the robbery, while Quester Sterling was the lookout. The 924(j) murder weapon was allegedly obtained in a carjacking. There are additional non-capital charges for a prior robbery of the same credit union by the same group. Only Villegas and Roman will face the death penalty. All involved are Hispanic.

***Trial Judge Contact:*** Hon. Juan M. Perez-Gimenez

| Defendant Name | D Ct Docket # | Race |
|---|---|---|
| 84 Roman, Lorenzo Catalan | D. PR CR No. 3:02-CR-117-ALL | H |

the Hobbs Act robbery of a local credit union, while an armored bank truck was making a deposit. A gunfight ensued and an armed guard was killed with a second head shot by Villegas after he was down. Lorenzo Catalan and Hernando Medina participated in the robbery, while Quester Sterling was the lookout. The 924(j) murder weapon was allegedly obtained in a carjacking. There are additional non-capital charges for a prior robbery of the same credit union by the same group. Only Villegas and Roman will face the death penalty. All involved are Hispanic.

***Trial Judge Contact:*** Hon. Juan M. Perez-Gimenez

85 Breeden, Shawn — W.D. VA CR No. 03-CR-13-ALL — B

involves four defendants from D.C. who drove to Virginia with the intent to commit robbery. Cassell was the driver. Breeden is alleged to be the organizer, having lost his girlfriend's car payment while gambling. Carpenter allegedly held the victim, a drug dealer, at gunpoint. Carpenter shot the victim in the knee with a shotgun. Then Breeden allegedly stabbed the victim at least 7 times in the chest and neck. Outterbridge then shot the victim in the head. All involved are African-American, except the victims of a violent, but non-fatal, robbery of a white couple using an ATM that resulted in serious injury. The group also committed another robbery. Attorney General Ashcroft required a capital prosecution against Breeden, Carpenter and Cassell. Outterbridge, 19 and the youngest, is a cooperator. Cassell also testified for the government. Breeden has a prior stabbing conviction. The district court rejected a claim that the notice of intent to seek the death penalty was filed too late. 2003 WL 22019060. The District Court bifircated the penalty phase. The jury unammouisly rejected the death penalty. This means the government has failed in it's first six attempts to obtain the death penalty in the Western District of Virginia.

***Trial Judge Contact:*** Hon. Samuel G. Wilson

86 Carpenter, Michael Anthony — W.D. VA CR No. 03-CR-13-ALL — B

involves four defendants from D.C. who drove to Virginia with the intent to commit robbery. Cassell was the driver. Breeden is alleged to be the organizer, having lost his girlfriend's car payment while gambling. Carpenter allegedly held the victim, a drug dealer, at gunpoint. Carpenter shot the victim in the knee with a shotgun. Then Breeden allegedly stabbed the victim at least 7 times in the chest and neck. Outterbridge then shot the victim in the head. All involved are African-American, except the victims of a violent, but non-fatal, robbery of a white couple using an ATM that resulted in serious injury. The group also committed another robbery. Attorney General Ashcroft required a capital prosecution against Breeden, Carpenter and Cassell. Outterbridge, 19 and the youngest, is a cooperator. Cassell also testified for the government. Breeden has a prior stabbing conviction. The district court rejected a claim that the notice of intent to seek the death penalty was filed too late. 2003 WL 22019060. The District Court bifircated the penalty phase. The jury unammouisly rejected the death penalty. This means the government has failed in it's first six attempts to obtain the death penalty in the Western District of Virginia.

***Trial Judge Contact:*** Hon. Samuel G. Wilson

87 Mayhew, John Richard — S.D. OH CR No. CR 02 03-165 — W

multiple domestic gun murders of Mayhew's ex-wife, her boyfriend and his 18 year old daughter, with whom Mayhew had an incestuous relationship. Mayhew is charged in federal court with interstate kidnapping. He shot a West Virginia state trooper in the chest and shot his daughter to death and then shot himself. The seats in the car were rigged with bombs. All involved are white.

***Trial Judge Contact:*** Hon. Algenon L. Marbley

88 Irby, James Allen — D. MD CR No. 8:03-CR-00490-RDB-ALL — B

the victim was an informant who provided information to the ATF in a DC firearms investigation, which resulted in a search warrant. Shortly after, the victim, a potential government witness, was found in a burning apartment, shot three times and with 184 stab wounds. A wired informant obtained an admission from the defendant. Attorney General Ashcroft rejected an offer to plead guilty to a life sentence. All involved are black.

***Trial Judge Contact:*** Hon. Richard D Bennett

| Defendant Name | D Ct Docket # | Race |
|---|---|---|
| 89 Simmons, Brent | W.D. VA CR No. 5:04-CR-00014-SGW-ALL | B |

a black state prisoner charged in 1996 in this petite policy case with stalking his white ex-college girlfriend, 25, and killing her and her white boyfriend, 23, with two shots to the head each. The victims were James Madison University students. The state prosecution ended with a controversial 20 year plea agreement after a hung jury. The Virginia Supreme Court rejected an appeal in 2003. Simmons has no prior convictions, is college educated and has an excellent institutional record in state prison in Virginia. The new charges were based on the Violence Against Women Act (a gun murder) and on an interstate stalking law. A 9mm was eventually discovered near the defendant's home and was alleged to be the murder weapon. The male victim's father is a retired New York City police officer. Simmons was sentenced to life in prison after six hours of deliberations.

***Trial Judge Contact:*** Hon. Samuel G. Wilson

| | | |
|---|---|---|
| 90 Jordan, Peter | E.D. VA CR No. 04-CR-58-ALL | B |

a drug conspiracy murder of a drug dealer who was burned to death. All involved are African-American. Jordan was previously charged with bank robbery, auto-theft and drug possession. Gordan faced drug and gun possession charges as a juvenile.

***Trial Judge Contact:*** Hon. Henry E. Hudson

| | | |
|---|---|---|
| 91 Gordon, Lorenzo | E.D. VA CR No. 04-CR-58-ALL | B |

a drug conspiracy murder of a drug dealer who was burned to death. All involved are African-American. Jordan was previously charged with bank robbery, auto-theft and drug possession. Gordan faced drug and gun possession charges as a juvenile.

***Trial Judge Contact:*** Hon. Henry E. Hudson

| | | |
|---|---|---|
| 92 Grande, Oscar | E.D. VA CR No. 04-CR-283-ALL | H |

four members of the MS-13 street gang who murdered a pregnant teenager in 2003 who had joined the gang and later became a federal informant. The deceased government witness was 17 years old. She had just left the witness protection program. She was stabbed multiple times in 2003. Rivera allegedly ordered the murder from prison, where he is serving a life sentence for a 2001 murder. Rivera and Garcia-Orellano were acquitted. Cisneros and Grande were sentenced to life. All involved are Hispanic.

***Trial Judge Contact:*** Hon. Gerald Bruce Lee

| | | |
|---|---|---|
| 93 Cisneros, Ishmael | E.D. VA CR No. 04-CR-283-ALL | H |

four members of the MS-13 street gang who murdered a pregnant teenager in 2003 who had joined the gang and later became a federal informant. The deceased government witness was 17 years old. She had just left the witness protection program. She was stabbed multiple times in 2003. Rivera allegedly ordered the murder from prison, where he is serving a life sentence for a 2001 murder. Rivera and Garcia-Orellano were acquitted. Cisneros and Grande were sentenced to life. All involved are Hispanic.

***Trial Judge Contact:*** Hon. Gerald Bruce Lee