IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-cv-8005(FJG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

COUNSELS' CERTIFICATE OF GOOD-FAITH FILING

The undersigned counsel to Movant, Keith Nelson, hereby certify, pursuant to the requirements of 28 U.S.C. § § 144, and under penalties of perjury pursuant to 28 U.S.C. §. 1746, that the sworn declaration of Movant filed herewith in support of his motion for recusal is made in good faith and, in fact, is based on public statements by the Court.

Respectfully submitted,

/s/ Gary E. Brotherton
2101 Chapel Plaza Court, Suite 13
Columbia, MO 65202-3381
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

Dated: Columbia, Missouri
Montclair, New Jersey
August 21, 2006

CERTIFICATE OF SERVICE

This will certify that, on today's date, Movant's counsel served this certificate of good faith upon the United States by filing the document via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE

Dated: Columbia, Missouri
Montclair, New Jersey
August 21, 2006