IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | Case No. 04-8005-CV-W-FJG-P |
| v. | ) | Crim. No. 99-00303-01-CR-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

GOVERNMENT'S REQUEST FOR EXTENSION OF TIME
TO RESPOND TO NELSON'S MOTION TO DISQUALIFY AND
RECUSE THE HONORABLE FERNANDO J. GAITAN, JR.,
FROM FURTHER PARTICIPATION IN THIS MATTER

Comes now the United States of America, by and through Bradley J. Schlozman, United States Attorney, and Matt J. Whitworth, First Assistant United States Attorney, and respectfully requests the Court to grant the United States a two-week extension of time to respond to Nelson's motion to disqualify and recuse Judge Gaitan from further participation in this matter. In support, counsel for the United States states as follows:

1. On August 21, 2006, movant Nelson filed a motion to disqualify and recuse the Honorable Fernando J. Gaitan, Jr., United States District Judge, from further participation in this matter.

2. The response of the United States is due on September 5, 2006.

3. Counsel for the United States has not yet had adequate time to research and prepare a response to Nelson's motion to disqualify. Counsel for the United States has had an extremely busy schedule and simply has not had time to prepare the response of the United States.

3. Counsel for the United States has contacted Gary E. Brotherton, counsel for movant, and Mr. Brotherton has indicated he has no objection to the Government's request for an extension of time of two weeks. Counsel for the United States has also sent an e-mail to co-counsel for movant, David A. Ruhnke, to determine if Mr. Ruhnke has an objection to the two-week request for extension of time. Mr. Ruhnke has not yet responded to Government counsel's e-mail. Government counsel can only assume Mr. Ruhnke is not in his office and has not yet opened the e-mail from Government counsel. Nevertheless, Government counsel does not anticipate that Mr. Ruhnke will have an objection to the two-week request for extension of time.

Wherefore, the United States respectfully requests a two-week extension of time within which to file the response of the United States to Nelson's motion to disqualify and recuse the Honorable Fernando J. Gaitan, Jr., United States District Judge, from further participation in this matter. The United States requests that an Order be entered

permitting the United States to file its response on or before Tuesday, September 19, 2006.

Respectfully submitted,

Bradley J. Schlozman
United States Attorney

By *Matt J. Whitworth* (/s/)

Matt J. Whitworth #33322
First Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, 5th Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on August 31, 2006, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Matt J. Whitworth*

________________________________

Matt J. Whitworth
First Assistant United States Attorney