**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Keith D. Nelson, | | ) |
| | Movant, | ) |
| vs. | | ) No. 04-8005-CV-W-FJG |
| United States of America, | | ) Crim. No. 99-0303-01-CR-W-FJG |
| | Respondent. | ) |

# ORDER

Respondent's request for extension of time (Doc. #54), filed August 31, 2006, is granted. The Government shall file its response to Nelson's motion to disqualify and recuse the Honorable Fernando J. Gaitan, Jr. no later than September 19, 2006.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: September 12, 2006
Kansas City, Missouri