IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-cv-8005(JFG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

MOVANT'S MOTION, WITH CONSENT, FOR AN EXTENSION OF TIME
TO FILE REPLY SUGGESTIONS WITH REGARD TO
THE MOTION TO DISQUALIFY JUDGE GAITAN

COMES NOW Keith D. Nelson ("Movant"), by his undersigned counsel, and moves for a 21-day extension of time within which to file reply suggestions regarding the above-captioned motion. As extended, Movant's reply suggestions would be due on or before October 24, 2006. The United States consents to this application.

1. On August 21, 2006, Movant filed a motion to recuse and disqualify Hon. Fernando J. Gaitan, Jr. from further participation in this matter. On September 18, 2006, the United States filed a 12-page memorandum opposing the motion.

2. By this motion, Movant seeks an extension of 21 days– to and including October 24, 2006 – in which to file his reply suggestions. Movant's counsel do not

anticipate seeking further extensions. This motion is prompted, in part, by unusual demands on counsels' time from this case as well as other cases. For example, on October 4, 2006, undersigned attorney David A. Ruhnke is scheduled to present oral argument in the United States Court of Appeals for the First Circuit, in Boston, in the direct appeal of a federal death penalty trial and sentence of death in the District of Massachusetts. Movant's second counsel, Gary E. Brotherton, has been heavily immersed in a series of appellate cases, including an appeal pending in the Eighth Circuit from imposition of a federal death sentence in Iowa. These are just examples, and if the Court wishes, more detailed information will be provided.

3. In addition to the unusual demands on counsels' time, both of Movant's counsel recognize the serious nature of this motion and did not bring it lightly. Accordingly, counsel believes that a comprehensive reply will serve the interests of all parties. It is noted, for example, that the United States challenges the good-faith basis of the motion and "suggests that the possibility that inappropriate forum shopping must be considered." That suggestion is false.

4. Movant's proposal for a 21-day extension of time has been consented to by First Assistant United States Attorney Matt J. Whitworth. As noted above, Movant does not anticipate seeking a further extension.

WHEREFORE, this Court should enter an order allowing Movant to file his suggestions in reply to the motion on or before October 24, 2006.

Respectfully submitted,

/s/ Gary E. Brotherton
2101 Chapel Plaza Court, Suite 13
Columbia, Missouri 65203
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com
Co-counsel to Movant, Keith Nelson

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

Dated: Columbia, Missouri
Montclair, New Jersey
September 29, 2006

CERTIFICATE OF SERVICE

On today's date, the undersigned counsel served this motion upon the United States by filing via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE

Dated: Columbia, Missouri
Montclair, New Jersey
September 29, 2006