## Whitworth, Matt (USAMOW)

**From:** Gary E. Brotherton [gebrotherton@legalwritesllc.com]
**Sent:** Thursday, September 28, 2006 3:47 PM
**To:** Whitworth, Matt (USAMOW)
**Cc:** David A. Ruhnke
**Subject:** Keith Nelson v. U.S.
**Attachments:** Order to Unseal.pdf

Matt,

In your Response to our Motion to Disqualify Judge Gaitan, you make note that the previously sealed motions/orders regarding funding were not available. David and I wanted to make sure that you had a copy of Judge Gaitan's July 9, 2006 Order unsealing those documents. You should be able to take that Order to Willie Crespo's office and retrieve the pertinent documents. The documents that have been unsealed are detailed in Document 47 -- our motion to unseal certain *ex parte* motions by the defense as well as the corresponding orders.

If you have any questions, please do not hesitate to contact us.

Gary