**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Keith D. Nelson, | | ) |
| | Movant, | ) |
| vs. | | ) No. 04-8005-CV-W-FJG |
| United States of America, | | ) |
| | Respondent. | ) |

# ORDER

Movant's motion for an extension of time to file reply suggestions with regard to the motion to disqualify Judge Gaitan (Doc. #57), filed September 29, 2006, is granted. The reply suggestions shall be filed no later than October 24, 2006.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: October 23, 2006
Kansas City, Missouri