**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Keith D. Nelson, | | ) |
| | Movant, | ) |
| vs. | | ) No. 04-8005-CV-W-FJG |
| | | ) Crim. No. 99-0303-01-CR-W-FJG |
| United States of America, | | ) |
| | Respondent. | ) |

**JUDGMENT IN A CIVIL CASE**

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

movant's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. #25), filed November 6, 2005, and motion to disqualify (Doc. #53), filed August 21, 2006, are denied.

The Court further finds that the issues presented by movant are resolvable by the record and, therefore, no evidentiary hearing will be granted.

November 21, 2006
Date

Patricia L. Brune
Clerk

**/s/ Rhonda Enss**
(by) Deputy Clerk