IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | Case No. 04-8005-CV-W-FJG-P |
| v. | ) | Crim. No. 99-00303-01-CR-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A
RESPONSE TO MOVANT'S MOTION FOR RELIEF PURSUANT TO F.R.CIV.P. 59

The United States of America, by Bradley J. Schlozman, United States Attorney, and Matt J. Whitworth, First Assistant United States Attorney, both for the Western District of Missouri, requests a two week extension of time in which to file its response to movant Keith Nelson's Motion for Relief Pursuant to F.R.Civ.P. 59. In support of this request, the Government states the following:

The motion was filed on December 5, 2006 and the Government's response was due on December 20, 2006. Counsel has been involved in a number of personnel issues and other matters which have prevented him from preparing a response from the United States. In addition, counsel for the United States is currently on sick leave. Counsel respectfully requests the Court grant an additional two weeks to respond. Therefore, the Government requests an additional two weeks, up to and including January 3, 2007, in which to prepare and file its response.

Government counsel contacted defense counsel Gary E. Brotherton concerning its request for an extension of time to respond. Mr. Brotherton stated he had no objections to the Government's motion for extension of time to file a response.

Wherefore, for the foregoing reasons, the Government respectfully requests a two week extension of time up to and including January 3, 2007, in which to file a response to Nelson's motion.

Respectfully submitted,

Bradley J. Schlozman
United States Attorney

By */s/ K. Michael Warner*

For Matt J. Whitworth #33322
First Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, 5th Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on December 21, 2006 to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ K. Michael Warner*
For Matt J. Whitworth
First Assistant United States Attorney