**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Keith D. Nelson, | | ) |
| | Plaintiff, | ) |
| vs. | | ) No. 04-8005-CV-W-FJG |
| United States of America, | | ) Crim. No. 99-0303-01-CR-W-FJG |
| | Defendant. | ) |

# ORDER

Respondent's motion for extension of time (Doc. #64), filed December 21, 2006, is granted. The government shall file its response to movant's motion for relief pursuant to F.R.Civ. P.59 no later than January 3, 2007.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: January 3, 2007
Kansas City, Missouri