IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-CV-8005(JFG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

MOVANT'S MOTION, WITH CONSENT, FOR AN EXTENSION OF TIME TO FILE REPLY SUGGESTIONS WITH REGARD TO THE RULE 59 MOTION NOW PENDING

COMES NOW Keith D. Nelson ("Movant"), by his undersigned counsel, and moves for a 30-day extension of time within which to file reply suggestions regarding his Rule 59 motion. As extended, Movant's reply suggestions would be due on or before February 17, 2007, and the United States consents to this request.

1. On December 5, 2006, Movant filed a motion pursuant to F.R.Civ.P. 59, for a new trial and/or amendment of the judgment, re-opening of the judgment, the taking of testimony, the entry of amended findings of fact and conclusions of law, and for a new judgment granting relief in Movant's favor on the underlying action, together with any

additional relief the Court may deem just or proper.

2. On January 3, 2007, the United States filed its 10-page response, opposing said motion pursuant to Rule 59. On this same date, this Court ordered that Movant's reply suggestions be filed by January 18, 2007.

3. By this motion, Movant seeks an extension of 30 days – i.e., to and including February 17, 2007 – in which to file his reply suggestions.

4. This motion is prompted, in part, by unusual demands on counsels' time from this and other cases.

a. Through much of December, Mr. David A. Ruhnke was selecting a jury in *United States v. Kenneth McGriff,* No. 04-cr-00966 (EDNY), a federal capital trial that the United States anticipates taking at least 4-6 weeks. On January 8, 2007, Mr. McGriff's trial will commence, thus taking Mr. Ruhnke's attention away from this case for a prolonged period.

b. Throughout the fall and early winter, undersigned counsel Gary E. Brotherton has been unusually immersed in the direct appeal of a federal capital case – i.e., *United States v. Dustin L. Honken*, No. 05-3871. Mr. Honken's brief is currently due on January 30, 2007, thus, requiring Mr. Brotherton's nearly undivided attention.

5. Movant's proposal for this 30-day extension of time has been consented to by First Assistant United States Attorney Matt J. Whitworth.

WHEREFORE, this Court should enter an order letting Movant file his suggestions in

reply to the Rule 59 motion on or before February 17, 2007.

Respectfully submitted,

/s/ Gary E. Brotherton
Legal Writes, LLC
2101 Chapel Plaza Court, Suite 13
Columbia, MO 65202-3381
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com
Co-counsel to Movant, Keith Nelson

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

Dated: Columbia, Missouri
Montclair, New Jersey
January 6, 2007

CERTIFICATE OF SERVICE

This will certify that, on today's date, Movant's counsel served this reply, with attachments, upon the United States by filing the document via ECF.

/s/ Gary E. Brotherton
GARY E. BROTHERTON

Dated: Columbia, Missouri
Montclair, New Jersey
January 6, 2007