# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| Keith D. Nelson, | ) | |
| Movant, | ) | |
| vs. | ) | No. 04-8005-CV-W-FJG |
| United States of America, | ) | |
| Respondent. | ) | |

## ORDER

Movant's motion for an extension of time (Doc. #67), filed January 6, 2007, is granted. However, the Court will not extend the deadline to a date falling on a Saturday, and accordingly extends the date for movant to file his reply suggestions regarding his Rule 59 motion to February 20, 2007.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge

Dated: 1/10/07
Kansas City, Missouri