IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-CV-8005(JFG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

MOVANT'S SECOND MOTION, WITH CONSENT, FOR AN EXTENSION OF TIME TO FILE REPLY SUGGESTIONS WITH REGARD TO THE RULE 59 MOTION NOW PENDING

COMES NOW Keith D. Nelson ("Movant"), by his undersigned counsel, and moves for a 30-day extension of time within which to file reply suggestions regarding his Rule 59 motion. As extended, Movant's reply suggestions would be due on or before March 22, 2007. The United States consents to this request. Movant does not anticipate further requests for extensions.

1. On December 5, 2006, Movant filed a motion pursuant to F.R.Civ.P. 59, for a new trial and/or amendment of the judgment, re-opening of the judgment, the taking of testimony, the entry of amended findings of fact and conclusions of law, and for a new

judgment granting relief in Movant's favor on the underlying action, together with any additional relief the Court may deem just or proper.

2. On January 3, 2007, the United States filed its 10-page response, opposing said motion pursuant to Rule 59. On this same date, this Court ordered that Movant's reply suggestions be filed by January 18, 2007; however, this Court subsequently granted Movant an extension until February 20, 2007.

3. By this motion, Movant seeks an extension of 30 days – i.e., to and including March 22, 2007 – in which to file his reply suggestions.

4. This motion is prompted, in part, by unusual demands on counsels' time from this and other cases.

a. Through much of December, Mr. David A. Ruhnke was involved in jury-selection in *United States v. Kenneth McGriff*, No. 04-cr-00966 (EDNY), a federal capital. On January 8, 2007, Mr. McGriff's trial commenced, and it concluded on February 9, 2007. During Mr. McGriff's trial, the remainder of Mr. Ruhnke's cases had work that piled up, and he is now playing catch-up.

b. Likewise, undersigned counsel Gary E. Brotherton has been unusually immersed in the direct appeal of a federal capital case – i.e., *United States v. Dustin L. Honken*, No. 05-3871. In late January, 2007, the Eighth Circuit ordered the briefing in *Honken* stayed pending a remand to the Northern District of Iowa so that the record on appeal can be completed pursuant to Federal Rule of Appellate Procedure 10(c). This remand has required Mr. Brotherton's nearly undivided

attention. Mr. Honken must file his 10(c) statement by March 2, 2007; thus, Mr. Brotherton is nearly out of commission until then.

5. Movant's proposal for this extension of time has been consented to by First Assistant United States Attorney Matt J. Whitworth.

WHEREFORE, this Court should enter an order letting Movant file his suggestions in reply to the Rule 59 motion on or before March 22, 2007.

Respectfully submitted,

/s/ Gary E. Brotherton
Legal Writes, LLC
2101 Chapel Plaza Court, Suite 13
Columbia, MO 65202-3381
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com
Co-counsel to Movant, Keith Nelson

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

Dated: Columbia, Missouri
Montclair, New Jersey
February 14, 2007

CERTIFICATE OF SERVICE

This will certify that, on today's date, Movant's counsel served this reply upon the United States by filing the document via ECF.

/s/ Gary E. Brotherton__________
GARY E. BROTHERTON

Dated: Columbia, Missouri
Montclair, New Jersey
February 14, 2007