# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | 4:04-CV-8005-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## Order

Currently pending before the Court is petitioner's Motion for an Extension of Time to File Reply Suggestions (Doc. # 70).

On December 5, 2006, petitioner's counsel filed a Motion pursuant to Fed.R.Civ.P. 59 for a new trial and/or amendment of the judgment, re-opening of the judgment, the taking of testimony, the entry of amended findings of fact and conclusions of law and for a new judgment granting relief in petitioner's favor. On January 3, 2007, the Government filed its response. Petitioner's Reply Suggestions were originally due on January 18, 2007, however the Court granted petitioner an extension of time until February 20, 2007 in which to file his Reply Suggestions. Petitioner is now seeking an additional thirty days, up to and including March 22, 2007 in which to file his Reply Suggestions. Petitioner's counsel states that this second motion for an extension of time is prompted by unusual demands on counsels' time from this and other cases. For good cause shown and with no opposition indicated, the Motion for an Extension of Time is hereby **GRANTED** (Doc. # 70). Petitioner's Reply Suggestions shall be filed on or before March 22, 2007.

Date: 2/15/07
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge