IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-cv-8005(JFG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

NOTICE OF APPEAL

PLEASE TAKE NOTICE that Movant, Keith D. Nelson, by his undersigned counsel, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the decision of the district court, Hon. Fernando F. Gaitan, Jr., Chief Judge, entered on November 21, 2006, denying a motion brought pursuant to 28 U.S.C. § 2255 to set aside Movant's conviction and sentence of death, and of the order entered on April 13, 2007, denying Movant's motion pursuant to F.R.Civ.P. 59 seeking a new trial or other appropriate relief. A motion for a certificate of appealability has been filed with the district court on this date.

. Respectfully submitted,

/s/ Gary E. Brotherton
Gary E. Brotherton
2102 Chapel Plaza Court, Suite 13
Columbia, MO 65202-3381
(573)875-1571
(573)875-1572
gebrotherton@legalwritesllc.com
Co-counsel to Movant, Keith Nelson

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

CERTIFICATE OF SERVICE

On today's date, the undersigned counsel served this notice upon the United States by filing via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE

Electronically filed: Kansas City Missouri
June 10, 2007