IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-cv-8005(JFG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

MOVANT'S MOTION – WITH CONSENT – FOR EXTENSION OF TIME TO REPLY TO THE OPPOSITION FILED BY THE UNITED STATES TO MOVANT'S MOTION FOR A CERTIFICATE OF APPEALABILITY

COMES NOW Keith D. Nelson ("Movant"), by his undersigned counsel, and moves for an 18-day extension of time – to and including July 30, 2007 – within which to reply to the opposition filed by the United States on June 25, 2007 to Movant's motion for a certificate of appealability ("COA"). The United States consents to this application.

1. On June 10, 2007, Movant filed a motion for a COA in order to permit appellate review of the issues presented in his 2255 motion and related proceedings. On June 25, 2007, the United States filed its opposition to the motion. Movant's reply is presently due on or before July 12, 2007. By this motion, Movant seeks 18 additional days

in which to file that reply.

2. Because Mr. Brotherton, one of Movant's two counsel, is under a tight deadline with regard to another federal capital appeal in the Eighth Circuit, it has been agreed among counsel that Mr. Ruhnke will handle this aspect of the litigation. Because of several professional, teaching and personal commitments involving Mr. Ruhnke, an extension of time is needed to file the reply to and including July 30, 2007.

3. As stated earlier, the United States consents to this extension.

WHEREFORE, this Court should enter an order allowing Movant to file his suggestions in reply on or before July 30, 2007

Respectfully submitted,

/s/ Gary E. Brotherton
Legal Writes, LLC
2101 Chapel Plaza Court, Suite 13
Columbia, MO 65202
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com
Co-counsel to Movant, Keith Nelson

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

Electronically filed: Kansas City Missouri
July 10, 2007

## CERTIFICATE OF SERVICE

On today's date, July 10, 2007, the undersigned counsel served this motion upon the United States by filing via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE