**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

Keith D. Nelson, )
Movant, )
vs. ) No. 04-8005-CV-W-FJG
United States of America, )
Respondent. )

# ORDER

Movant's motion for extension of time (Doc. #83), filed July 10, 2007, is granted. Movant shall file his reply to respondent's opposition to movant's motion for certificate of appealability no later than July 30, 2007.

/s/Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 7/17/07
Kansas City, Missouri