**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KEITH D. NELSON,<br>Petitioner, | ) | |
| vs. | ) | 4:04-CV-8005-FJG |
| UNITED STATES OF AMERICA,<br>Respondent. | ) | |

## ORDER

Currently pending before the Court is movant's Motion for a Certificate of Appealability (Doc. # 79). Movant seeks leave to appeal all issues presented in his § 2255 motion and also the Court's denial of his Motion to Recuse and the denial of his Motions for Additional Funding of Expert and Investigative Services. For the reasons stated in the Court's Ex Parte Order[1] filed this same date, the Court hereby **DENIES** Nelson's Motion for a Certificate of Appealability (Doc. # 79).

Date: September 4, 2007
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge

[1]A more detailed Order denying the Motion was filed under seal as it discusses funding requests for expert and investigative services which were also filed under seal.