U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL SUPPLEMENT

# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

Case Caption: Nelson v. USA

Case No. 04-cv-08005-FJG

Appellant: Keith D Nelson

Appellant's Attorney(s):

David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042
(973) 744-1000
Fax: (973) 746-1490
Email: davidruhnke@ruhnkeandbarrett.com

Appellee: USA

Appellee's Attorney(s):

Matt Jeffrey Whitworth
United States Attorney's Office
400 E. 9th Street
5th Floor
Kansas City, MO 64106
(816)426-4122
Fax: (816)426-4210
Email: matt.whitworth@usdoj.gov

Court Reporter(s):

None

Please return files and documents to:
**United States District Court**
**400 East 9th Street, Room 1510**
**Kansas City, MO 64106**

Contact Person for Appeal:
**Willie Crespo** 816-512-5068

Length of Trial: 0

Fee: Waived

IFP: No

Pending IFP Motion: No

Counsel: CJA

Pending Motions? No

Local Interest? **No**

Simultaneous Release? **No**

**Special Comments:**