# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-3071

Keith D. Nelson,

Appellant

v.

United States,

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(4:04-cv-08005-FJG)

---

**MANDATE**

In accordance with the opinion and judgment of 10/27/2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 19, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit