# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | 4:04-CV-8005-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

On January 6, 2009, the Eighth Circuit Court of Appeals, pursuant to Fed.R.App.P. 41(a) issued its mandate in Nelson v. United States, No. 07-3071, 2008 WL 4697018 (8th Cir. Oct. 27, 2008).

The Eighth Circuit has remanded the case to this Court to conduct an evidentiary hearing and to enter findings of fact and conclusions of law regarding certain of the claims raised by petitioner in his § 2255 petition. The Court hereby requests that the parties provide an estimate of the length of time they feel will be necessary to conduct a hearing on the issues outlined by the Eighth Circuit and also how much time they need to prepare for the hearing. The parties shall file their responses with the Court on or before **February 13, 2009**.

Date: 1/28/09
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge