IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-CV-8005(JFG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## JOINT SUBMISSION REGARDING HEARING

COMES NOW Keith D. Nelson ("Movant"), by his undersigned counsel, and United States Attorney John F. Wood, by First Assistant United States Attorney Matt J. Whitworth, and jointly file this submission regarding the hearing to be conducted in this matter. The parties submit the following:

1. On January 28, 2009, this Court entered an order directing the parties to advise the Court, no later than February 13, 2009, as to the length of time needed to conduct the hearing in this matter and when it would be reasonable to conduct such a hearing, allowing counsel sufficient time to prepare. The parties have conferred and, taking into account pre-existing professional and personal commitments, as well as the time required to prepare for the hearing in this matter, jointly propose that this Court set aside July 20-23, 2009 to hear evidence. The parties are of the view that four days of evidence may be more than required but, to be certain that the hearing can be concluded during one set of hearing dates, further believe that the proposed schedule will guarantee that the taking of evidence will be completed within the proposed time frame.

2. The above schedule has not taken into account the schedules of potential witnesses. Neither has the above proposed schedule taken into account the Court's own schedule and preferences for a hearing date. Nonetheless, the parties wished to give the Court the benefit of their collective view as to the timing of further proceedings in this matter. If the above dates are not convenient for the Court, it is respectfully suggested that the Court schedule a status conference – either via telephone or with the parties present – at which time a schedule may be established.

Respectfully submitted,

/s/ Matt J. Whitworth

Matt J. Whitworth,
First Assistant United States Attorney
400 E. 9th Street
Kansas City, MO 64106
(816)426-3122
(816)426-4210 (fax)
matt.whitworth@usdoj.gov
Attorney for the United States

/s/ Gary E. Brotherton

Legal Writes, LLC
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, MO 65202-3381
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com
Co-counsel to Movant, Keith Nelson

/s/ David A. Ruhnke

Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

Electronically filed: Kansas City, Missouri
February 13, 2009