# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

Keith D. Nelson, )
Petitioner, )
vs. )No. 04-8005-CV-W-FJG
United States of America, )
Respondent. )

## ORDER

A hearing on issues presented in the Eighth Circuit Court of Appeals' mandate in this matter will be held on Monday, August 17, 2009, at 8:30 a.m. Counsel for petitioner and respondent shall each electronically file a proposed witness list and a proposed exhibit list. Further, each party shall provide an in camera witness list which includes the subject matter that each witness will testify about and the exhibits each witness will identify or use; the length of time needed for direct examination of each witness; the order in which you propose to call each witness.

All filings and submissions shall be made no later than July 17, 2009, at 4:00 p.m.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 5/1/09
Kansas City, Missouri