IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-CV-8005 (FJG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

JOINT SUBMISSION REGARDING HEARING DATES

COMES NOW Keith D. Nelson ("Movant"), by his undersigned counsel, and United States Attorney John F. Wood, by First Assistant United States Attorney Matt J. Whitworth, and jointly file this submission regarding new dates for the hearing to be conducted in this matter. The parties submit the following:

1. On May 29, 2009 the Court granted an *ex parte* application brought by Movant that allocated significant expert and investigative resources to assist Movant in preparing for the hearings to be conducted in this matter. In that order, the Court noted that if Movant's counsel were of the view that the additional work authorized in the order could not be accomplished by the hearing date of August 17, 2009, they should notify the Court so that the hearing can be rescheduled.

2. In light of the resources allocated – especially the 250 hours allotted to a mitigation investigation – the work authorized by the order cannot be accomplished prior to

the August 17 date. Counsel to both the United States and Movant's have discussed this issue and the parties are in agreement that the August 17 date will have to be re-scheduled.

3. The government is of the view that it is reasonable to set hearing dates for January or February 2010. Movant's counsel are of the view that hearing dates of May or June 2010 are more reasonable.

4. The Court should be advised that Movant's counsel have been in contact with the experts whose services were approved in the May 29 order. Those experts all have ongoing professional and personal commitments that would prevent them from, in essence, dropping everything and beginning immediate and exclusive work on the case. The experts have advised, however, that they will begin working on this case as part of their ongoing caseload and are in the process of doing just that. For example, discussions with the mental health expert are underway regarding travel arrangements to visit Movant at his present place of confinement.

5. By far, the largest block of time allocated by the May 29 order is to the mitigation investigation. The mitigation investigator has already begun to review her current file on the case and plans are in progress to resume the investigation. She believes, however, based on other commitments and the magnitude of the investigation to be completed in this case that nine or ten months is a reasonable time-frame within which to complete the investigation. The mental health aspect of the investigation is likely to be accomplished more quickly than that, and Movant's counsel are hopeful that that aspect of the investigation can be completed by the end of November. (One complicating difficulty is that the mental-

health evaluation depends, in part, on the findings of the mitigation investigation.) It is also the case that the mental-health examination may trigger a request by the United States to have its own expert evaluate Movant in light of the findings of Movant's expert.

6. What Movant proposes at this point is that the Court set firm hearing dates in the May-June 2010 time-frame (after hearing from the parties on any pre-existing personal and professional commitments) and that Movant provide the Court and the government a status report shortly after January 1, 2010.

## CONCLUSION

For the reasons expressed the Court is urged to consider this joint submission and the respective positions of the parties.

Respectfully submitted,
/s/ Matt J. Whitworth

Matt J. Whitworth,
First Assistant United States Attorney
400 E. 9th Street
Kansas City, MO 64106
(816)426-3122
(816)426-4210 (fax)
matt.whitworth@usdoj.gov
Attorney for the United States

/s/ Gary E. Brotherton

Legal Writes, LLC
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, MO 65202-3381
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com
Co-counsel to Movant, Keith Nelson

/s/ David A. Ruhnke

Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

Electronically filed: Kansas City, Missouri
June 9, 2009