**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KEITH D. NELSON,<br>Petitioner, | ) | |
| vs. | ) | 4:04-CV-8005-FJG |
| UNITED STATES OF AMERICA,<br>Respondent. | ) | |

# ORDER

Currently pending before the Court is the parties' Joint Submission Regarding Hearing Dates (Doc. # 102).

On May 29, 2009, the Court granted petitioner's ex parte motion for additional expert and investigative resources. In light of the additional resources which have now been authorized, the parties are requesting that the evidentiary hearing be rescheduled. Accordingly, the evidentiary hearing is hereby rescheduled for **June 14, 2010**. Petitioner's counsel shall file a status report with the Court on or before **January 4, 2010** detailing the progress of the various expert witnesses.

Date: 06/12/09
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge