IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 04-08005-CV-W-FJG-P |
| | ) | Crim No. 99-00303-01-CR-W-FJG |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ENTRY OF APPEARANCE**

Comes now the United States of America, by and through its undersigned attorney, Jeffrey Valenti, Assistant United States Attorney, and enters his appearance as lead attorney for the United States of America in the above-referenced cases.

Respectfully submitted,

Matt J. Whitworth
United States Attorney

By */s/ Jeffrey Valenti*

Jeffrey Valenti, #43254
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on November 13, 2009, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Jeffrey Valenti*

Jeffrey Valenti
Assistant United States Attorney