# WATSON & DAMERON, LLP

TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡

Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

November 29, 2005

Mr. Matt Whitworth
Deputy United States Attorney
Charles Evans Whittaker Courthouse
400 E. 9th Street, 5th FL
Kansas City, Missouri 64106

**RE: United States v. Keith D. Nelson**
**Case No.: 04-8005-CV-W-FJG-P**

Dear Matt:

I am in receipt of your telephone message, your letter of November 22nd, the copy of the Section 2255 Petition, and attachments, which were enclosed with it.

Although we have been friends for many years, that friendship cannot override my professional obligations to Mr. Nelson, one of which is to keep attorney-client communications inviolate unless I am compelled to testify against him. Accordingly, I will not be meeting with you or answering any questions prior to the hearing on this 2255 motion, if there is one. Even then, I will testify only if compelled to do so by subpoena and order of the Court.

I hope you understand my position, Matt. I have not made an exception to this rule at any time during the last 20 years, and do not intend to make an exception now, even though I hold you in the highest esteem.

Good luck, Matt and please let me know at your convenience if and when the hearing is scheduled.

Respectfully,

Patrick J. Berrigan
Trial Lawyer
Watson & Dameron, LLP

PJB:rlw

**Exhibit A**

2500 Holmes, Kansas City, MO 64108-2743 • wdlaw@kctriallawyers.com • (816) 474-3350 • Fax: (816) 221-1636