IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 04-08005-CV-W-FJG-P<br>Crim No. 99-00303-01-CR-W-FJG |

NOTICE OF WITHDRAWAL BY GOVERNMENT COUNSEL

The undersigned hereby notifies the Court and counsel that Matt J. Whitworth will no longer appear as counsel of record for the United States in this case and requests that the Clerk of the Court and all parties no longer include either Mr. Whitworth or the undersigned in notices, pleadings and correspondence relating to this matter. Pursuant to Local Rule 83.5(o), no Court action is required because other attorneys with the United States Attorney's Office remain in the case as counsel of record for the United States.

Respectfully submitted this 27th day of January, 2010.

Beth Phillips
United States Attorney

By *s/ Phillip Eugene Porter*

United States Attorney's Office
Western District of Missouri
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122
Telefax: (816) 426-4310

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on January 27, 2010, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*s/ Phillip Eugene Porter*
Phillip Eugene Porter
Deputy United States Attorney
Chief, Criminal Division