IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON,<br>Movant, | :<br>: | |
| vs. | : | 4:04-CV-8005 (FJG) |
| UNITED STATES OF AMERICA,<br>Respondent. | :<br>: | |

STATUS REPORT

The Court has requested a joint status report on issues leading up to the hearings scheduled to commence in this matter on June 14, 2010. The parties report the following:

1. Regarding the mental health evaluation of Movant, Movant's counsel have informed the Government that a mental health evaluation has now taken place at Terre Haute and that a report will be produced no later than March 30, 2010. Movant's counsel have advised the government further that Movant does expect to introduce expert evidence on the topic of mental health during the hearings and that, accordingly, the Government should be prepared to meet such evidence.

2. The Government has been further informed by Movant's counsel that Movant has filed an *ex parte* application with this Court for additional expert assistance. Depending on how that application is acted upon, and/or the results of any further expert findings, there may or may not be a change in circumstances that will affect the date presently set for the hearings.

3. One of Movant's counsel, David A. Ruhnke, has a trial scheduled to commence in the District of New Jersey on June 1, 2010. That case, *United States v. Paul W. Bergrin*,

*et al.*, 09-cr-369 (WJM), involves seven defendants and a 39-count, 95-page indictment containing allegations of RICO, murder, witness-tampering, a conspiracy to murder a witness (with a different intended victim than the actual murder), drug distribution, prostitution, and mortgage fraud. The lead defendant, whom Mr. Ruhnke represents, is a former state and federal prosecutor. At the time the trial date was set, Mr. Ruhnke advised the trial judge, Hon. William J. Martini, U.S.D.J., of the prior commitment in this Court. Judge Martini noted the potential conflict in dates. There is an unopposed motion pending in that case to adjourn the trial date to January 2011. Moreover, Mr. Ruhnke was appointed to represent Mr. Bergrin as "learned counsel" pursuant to 18 U.S.C. § 3005, since there were two death-eligible counts in the indictment, and the Attorney General of the United States recently announced that the death penalty would not be sought. Thus, Mr. Ruhnke's status in the case is currently uncertain. If that case does proceed to trial on June 1, however, it is expected to last two to three months.

4. Movant's defense has also advised the government that its mitigation investigation is ongoing and that contingencies may arise that leads Movant to seek an adjournment of the hearings date.

5. For its part, the government presently expects to be able to conduct its mental health evaluation of Movant in time for the hearing to go forward on June 14, 2010.

Thus, the current potential impediments to the hearing going forward on June 14 are contingencies arising from Movant's pending *ex parte* application for additional expert assistance, as well as any contingencies arising from the ongoing investigation by Movant, and the uncertainties regarding Mr. Ruhnke's trial date in *United States v. Bergrin* in the District of New Jersey.

Respectfully submitted,

/s/ Gary E. Brotherton
Legal Writes, LLC
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, MO 65202-3381
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com
Co-counsel to Movant, Keith Nelson

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

Beth Phillips, United States Attorney
Western District of Missouri
400 E. 9th Street
Kansas City, MO 64106

/s/ David M. Ketchmark
David M. Ketchmark, A.U.S.A.
(816)426-4102; david.ketchmark@usdoj.gov

/s/ Jeffrey E. Valenti
Jeffrey E. Valenti, A.U.S.A.
(816)426-4262; jeff.valenti@usdoj.gov

Electronically filed: Kansas City, Missouri
March 15, 2010