IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-CV-8005 (FJG)<br>99-cr-00303-W (FJG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

NOTICE OF INTENT TO OFFER EVIDENCE OF MENTAL DISEASE
OR DEFECT BEARING ON THE ISSUE OF PUNISHMENT

COMES NOW Keith D. Nelson, by his attorneys, David A. Ruhnke and Gary E. Brotherton, and provides notice, pursuant to F.R.CRIM.P. 12.2, that at the hearing to be conducted in this matter, expert evidence will be offered relating to a mental disease or defect, or any other mental condition, bearing on the issue of punishment.

Respectfully submitted
Co-counsel to Movant

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490
davidruhnke@ruhnkeandbarrett.com

/s/ Gary E. Brotherton
Legal Writes, LLC
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, MO 65202-3381
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com

Filed via ECF: Kansas City, Missouri
April 7, 2010

CERTIFICATE OF SERVICE

This will certify that, on today's date, this notice was served upon the United States by filing via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE

Dated: April 7, 2010