IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, Movant, | ) | Case No. 04-8005-CV-W-FJG |
| v. | ) | Crim. No. 99-00303-01-CR-W-FJG |
| UNITED STATES OF AMERICA, Respondent. | ) | |

**GOVERNMENT'S MOTION TO CONDUCT A**
**MENTAL HEALTH EXAMINATION OF MOVANT**

Comes now the United States of America, by Beth Phillips, United States Attorney, and Jeffrey Valenti and David Ketchmark, Assistant United States Attorneys, all for the Western District of Missouri, and moves this court for an Order allowing the Government to conduct a mental health examination of the movant pursuant to Fed. R. Crim. P. 12.2(c)(1)(B).

## I. Background

On November 6, 2005, Movant Keith D. Nelson, by and through counsel, filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to Title 28, United States Code, Section 2255.

On February 24, 2006, counsel for the United States filed its response to Nelson's Motion to Vacate, Set Aside, or Correct Sentence.

On November 21, 2006, this Court issued an opinion denying the movant's claims in their entirety. Additionally, a certificate of appealability was denied.

After taking an appeal of that decision, on October 27, 2008, a panel of the Eighth Circuit Court of Appeals issued an opinion granting a certificate of appealability on six of the allegations of error raised by movant. A hearing is currently scheduled for Monday, June 14, 2010 before this honorable Court on the following six allegations of ineffective assistance of counsel:

a. Failure of trial counsel to conduct adequate mitigation investigation including failure to move for a continuance to complete the mitigation investigation;

b. Failure of trial counsel to conduct adequate investigation of defendant's mental health;

c. Trial counsel's advice or instruction to the defendant to decline to submit to a mental health examination by a government examiner;

d. Failure of trial counsel to make objections to the allegedly inflammatory and improper comments in the Government's closing argument and rebuttal argument;

e. Failure of appellate counsel to conduct adequate review of the trial record and the law; and

f. Failure of appellate counsel to raise on appeal the Government's allegedly improper comments in closing arguments.

On March 31, 2010, counsel for movant provided government counsel with the preliminary report of Xavier Amador, Ph.D.

On April 7, 2010, counsel for movant, in support of movant's motion for post-conviction relief, filed a Notice of Intent to Offer Evidence of Mental Disease or Defect Bearing on the Issue of Punishment. This response follows.

## II. Argument

"If the defendant provides notice under Rule 12.2(b) the court may, upon the government's motion, order the defendant to be examined under procedures ordered by the court." Fed. R. Crim. P. 12.2(c)(1)(B). The underlying case that gives rise to the upcoming hearing on post-conviction relief resulted in a sentence of death for movant. Given the importance of this case, the nature of the notice provided by movant, and the interest of the court in reaching a fair and just result, it is the Government's belief that the court should exercise its discretion and order the movant to undergo mental health examination by experts of the Government's choosing.

Anticipating that the Government desired to conduct its own mental health examination of movant, movant's counsel, on April 9, 2010, filed a Motion Opposing, and/or to Establish Conditions of, Government Mental-Health Evaluation. The present motion is only intended to seek leave of the court for the Government to conduct a mental health examination of movant. A companion motion will also be filed that discusses the procedures that should be employed at a Government-conducted mental health examination, should one, in fact, be ordered.

## III. Conclusion

The United States respectfully requests that the Court order the defendant be examined by its mental health experts.

Respectfully submitted,

BETH PHILLIPS
United States Attorney

By *Jeffrey Valenti*

JEFFREY VALENTI
Assistant United States Attorney

DAVID KETCHMARK
First Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served this 15th day of April 2010 by electronic notice or by U.S. Mail, postage prepaid, to:

David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042

Gary E. Brotherton
Legal Writes, LLC
1390 Boone Industrial Drive, Suite 120
Columbia, MO 65202-3381

*/s/Jeffrey Valenti*
Jeffrey Valenti
Assistant United States Attorney