IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-CV-8005 (FJG)<br>99-cr-00303-W (FJG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

SECOND SUPPLEMENT TO MOVANT'S SUGGESTIONS IN OPPOSITION TO GOVERNMENT'S MOTION TO ESTABLISH PROCEDURES BY WHICH A MENTAL HEALTH EXAMINATION OF MOVANT WILL BE CONDUCTED

COMES NOW Keith D. Nelson ("Movant" or "Mr. Nelson"), by his attorneys, David A. Ruhnke and Gary E. Brotherton, and files the following second supplement to his suggestions in opposition to the Government's motion to establish procedures by which a mental heath examination may be conducted. The purpose of this filing is to invite the Court's attention to *United States v. Fell*, 372 F. Supp. 2d 753, 761 (D. Vt. 2005), in which Chief Judge Sessions ruled, "As a general matter, the government should be able to select its own expert free from what could be unreasonable second-guessing by the defense or the Court. However, Rule 12.2 gives the government the ability to select one expert, not three." Counsel had been aware of the *Fell* line of decisions, but had overlooked this particular holding. Counsel regret the oversight.

Here, the Government wishes to have two experts conduct the examination, not three, but the point is the same. The Rule permits one mental-health expert.

CONCLUSION

For the reasons expressed above, and in his earlier submissions, Mr. Nelson respectfully requests that, in the event that Mr. Nelson is ordered to submit to a government mental health examination, the relief and procedures requested above, and in Movant's motion filed on April 9, 2010, should be granted, and that the government's objections to those requests should be denied. Additionally, as it is remains evident that there exists a dispute between the parties as to the procedures to be utilized in the event of a government mental health examination, Mr. Nelson respectfully requests a hearing to resolve the procedures that will be employed before any court-ordered examination takes place.

Respectfully submitted
Co-counsel to Movant

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

Filed via ECF: Kansas City, MO
May 14, 2010

/s/ Gary E. Brotherton
Legal Writes, LLC
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, MO 65202-3381
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwrites.com

CERTIFICATE OF SERVICE

This will certify that, on May 14, 2010, this reply was served upon the United States by filing via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE

Dated: May 14, 2010