# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Gary E. Brotherton, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit *pro hac vice*, Paula Harms, an attorney admitted to practice in the State of Arizona, but not admitted to the Bar of this court, who will be counsel for the Movant, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

/s/ Gary E. Brotherton
**Signature of Movant/Attorney**

38990
**MO Bar Number**

7/26/2010
**Date**

601 W. Nifong Blvd., Bldg. 1, Ste. C
Columbia, Missouri 65203
**Address**

573-875-1571
**Phone**

### Affidavit of Proposed Admittee

I, **Paula Harms**, am currently a member in good standing of the bar of Arizona, but not admitted to the Bar of this court. I understand that if this court grants me admission *pro hac vice*, the movant bringing this motion must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

| Case Number(s): | Case Title(s) |
|---|---|
| No. 4:04-cv-8005(JFG) | Keith D. Nelson v. United States |

/s/ Paula Harms
**Signature of Admittee**

7/26/2010
**Date**

Federal Public Defender, Capital Habeas Unit
850 W. Adams, Ste. 200, Phoenix, AZ 85007
**Address**

602-382-2756
**Phone**

Pursuant to WDMO Local Rule 83.5(l) a fee of $50 is required for each case in which the attorney is seeking admittance.