# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 04-8005-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## ORDER

On July 26, 2010, Paula Harms filed a Motion to Appear Pro Hac Vice in the above referenced case. Due to the fact that Ms. Harms is a Federal Public Defender, there was no need for her to file a Motion to Appear Pro Hac Vice. Therefore, the Motion to Appear Pro Hac Vice is hereby **DENIED** as **MOOT** (Doc. # 154) and the Clerk's office is hereby directed to refund to Ms. Harms the $50.00 fee.

Date: 08/02/10
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge