IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON,<br><br>Petitioner,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 4:04-CV-8005 (FJG)<br>99-cr-00303-W (FJG) |

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender gives notice that Paula K. Harms will appear as co-counsel in this matter on behalf of Movant Keith D. Nelson.

Respectfully submitted,
Counsel to Movant

/s/Paula K. Harms
Jon M. Sands
Federal Public Defender
Paula K. Harms
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, AZ 85007
paula_harms@fd.org

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
davidruhnke@ruhnkeandbarrett.com

/s/ Gary E. Brotherton
Legal Writes, LLC
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, MO 65202-3381
(573)875-1571
gebrotherton@legalwrites.com

Filed via ECF: Kansas City, MO
August 10, 2010

## CERTIFICATE OF SERVICE

This will certify that, on August 10, 2010, this notice was served upon the United States by filing via ECF.

/s/Paula K. Harms
Paula K. Harms

Dated: August 10, 2010