IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-CV-8005 (FJG)<br>99-cr-00303-W (FJG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

MOTION FOR LEAVE TO FILE MOVANT'S SIGNED WAIVER OF PRESENCE AT ANY EVIDENTIARY HEARING IN THIS MATTER

Movant, Keith Nelson, through current counsel (David Ruhnke, Gary Brotherton and Paula Harms), moves this Court for leave to file his written waiver of his right to be present at any hearings held in this matter. In support, Movant states:

1. On May 18, 2010, this Court granted movant's motion to waive his appearance at evidentiary proceedings in this case (Doc. 146).

2. In this Court's Order, counsel were directed to obtain a written waiver from movant and file same within five (5) days before the hearing.

3. The hearing is set to commence on October 4, 2010.

4. Movant has fully considered his right to be present both in person and via video, and he waives such right. Movant has executed a written waiver, which is attached to this notice.

WHEREFORE, Movant respectfully prays that this Court accept his written waiver so that he may be absent from any evidentiary hearing in this matter whether such appearance be in person or via video.

Respectfully yours,


/s/ Gary E. Brotherton
Legal Writes, LLC
601 W. Nifong Blvd., Suite 1C
Columbia, MO 65203
(573)875-1571
(573)875-1572 (fax)
gebrotherton@legalwritesllc.com
Co-counsel to Movant, Keith Nelson

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490
davidruhnke@ruhnkeandbarrett.com
Co-counsel to Movant, Keith Nelson

/s/ Paula K. Harms
Office of the Federal Public Defender
Capital Habeas Unit
850 W. Adams Street, Suite 201
Phoenix, AZ 85007
(602)382-2756
paula_harms@fd.org
Co-counsel to Movant, Keith Nelson


Dated: Columbia, Missouri
Montclair, New Jersey
Phoenix, Arizona
August 24, 2010