IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-CV-8005 (FJG)<br>99-cr-00303-W (FJG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

VOLUNTARY WAIVER OF MOVANT'S PRESENCE AT ANY EVIDENTIARY HEARING IN THIS MATTER

I am the movant in this case, and I understand that I have a right to be present for any evidentiary hearing. I have discussed this issue during two lengthy visits with my counsel, David A. Ruhnke and Gary E. Brotherton. I, now, waive my right to be present. I do not wish to be present at any hearings either in person or by video conference, and I make this waiver freely and voluntarily.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-18-10 (date).

Keith Nelson

Keith Nelson, BOP No. 07440031
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808