IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | 4:04-CV-8005 (FJG) |
| | ) | 99-CR-00303-W (FJG) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

JOINT MOTION FOR A CONTINUANCE OF THE HEARING IN THIS MATTER

COMES NOW Keith D. Nelson ("Movant" or "Mr. Nelson"), and the United States, Respondent, by their respective attorneys, and jointly move for a continuance of the hearings in this matter, presently scheduled to commence October 4, 2010. The parties have conferred and, based on the schedules of all involved, including the attorneys and witnesses, including expert witnesses, respectfully suggest that the hearing be re-scheduled for the week of November 29, 2010, or the week of December 6, 2010 if those dates are convenient to the Court. The parties estimate that the hearings can be completed in four or five days. It is further respectfully requested that new dates be set for the designation of witnesses and exhibits and that a telephonic status conference be established approximately one week in advance of the re-scheduled date. The reasons for the request follow.

1. Throughout the summer, the parties have been cooperating in making the extensive arrangements necessary for the evaluation of Mr. Nelson by the government's chosen mental-health expert, Daniel Martell, Ph.D. Those arraignments include closed-circuit televised monitoring of the examination by defense counsel and arrangements for defense counsel to consult with Mr. Nelson by telephone and in person during the course of the two-day evaluation.

Those arrangements have now been made and the evaluation will take place later this week, on September 9 and 10. David A. Ruhnke, counsel to Mr. Nelson, will be present at Terre Haute to monitor the examination and consult with Mr. Nelson as previously arranged.

2. Because of the number of tests that will be administered and scored, as well as the sheer volume of discovery and other background information he must assimilate into his final report, it appears that the earliest Dr. Martell could have a report prepared would be on the eve of the hearings as presently scheduled. Both parties recognize that this would not allow defense counsel a reasonable opportunity to have the defense experts review Dr. Martell's reports and the underlying testing data and materials. Both parties recognize that the Government is entitled to have the time needed for its expert to produce a quality report and that the present deadline – when the existing schedules of all the experts are factored in – does not permit that to take place.

3. In addition to the need for a continuance occasioned by the scheduling of the Government's mental health examination, the defense is in the process of assembling and marking as exhibits voluminous documents and records, including some records that have only recently been gathered. To date, the government has not sought access to those documents but, it is anticipated, the government will seek such access shortly. In the interests of having all parties fully prepared for a hearing that provides the Court, efficiently and comprehensively, with the information the Court needs to resolve this issue of Mr. Nelson's sentence of death, the further continuance herein sought is required.

4. Both parties recognize that this matter has been pending for some time. Neither party anticipates the need for further continuances of this matter.

Respectfully submitted,

/s/ Gary E. Brotherton
Gary E. Brotherton
Legal Writes, LLC
Stonebridge Office Park
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, Missouri 65203
(573)875-1571 Phone
(573)875-1572 Fax
gebrotherton@legalwritesllc.com
Co-counsel to Petitioner Keith Nelson

/s/ David A. Ruhnke
David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000 Phone
(973)746-1490 Fax
dr@ruhnkeandbarrett.com
Co-counsel to Petitioner Keith Nelson

/s/ Paula K. Harms
Paula K. Harms
Office of the Federal Public Defender
Capital Habeas Unit
850 W. Adams Street, Suite 201
Phoenix, AZ 85007
(602)382-2756
paula_harms@fd.org
Co-counsel to Petitioner Keith Nelson

/s/ David M. Ketchmark
David M. Ketchmark
First Assistant United States Attorney
Attorney for the United States of America

/s/ Jeffrey Valenti
Jeffrey Valenti
Assistant United States Attorney
Attorney for the United States of America

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
(816) 426-3122 Phone

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed on September 8, 2010, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri and mailed to defendant at his address of record.

/s/ David M. Ketchmark
David M. Ketchmark
Assistant United States Attorney