**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | 4:04-CV-8005-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

Currently pending before the Court is the Joint Motion of the parties for a Continuance of the Evidentiary Hearing (Doc. # 166). The parties state that a continuance is necessitated due to the scheduling of the Government's mental health examination of Mr. Nelson and the need for the Government to review voluminous documents and records which the defense has recently compiled. Accordingly, for good cause shown, the Joint Motion for a Continuance is hereby **GRANTED** and the evidentiary hearing is hereby rescheduled to **Monday, November 29, 2010** at **8:30 a.m.**

A pre-hearing teleconference will be held on **Wednesday**, **November 10, 2010** at **9:30 a.m.** Counsel for the Government shall initiate the teleconference to the Court at the telephone number: 816-512-5630.

The parties shall file witness lists and exhibit lists with the Court on or before **Wednesday, November 3, 2010**.

Date: September 10, 2010
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge