IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | Case No. 04-8005-CV-W-FJG |
| v. | ) | Crim. No. 99-00303-01-CR-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**JOINT MOTION FOR CONTINUANCE OF HEARING CURRENTLY SCHEDULED TO COMMENCE ON TUESDAY, NOVEMBER 30, 2010**

COMES NOW Keith D. Nelson ("Movant" or "Mr. Nelson"), and the United States, Respondent, by their respective attorneys, and jointly move for a continuance of the hearing in this matter, presently scheduled to commence November 30, 2010. The parties have diligently worked at preparing this matter for hearing as currently scheduled, but based on the enormity of the case files and issues presented, do not believe that they can be properly prepared for the hearing without additional time. The parties have conferred and, based on the schedules of all involved, including the attorneys and witnesses, including expert witnesses, respectfully suggest that the hearing be re-scheduled for as near as possible to the week of April 11, 2011, assuming those dates are convenient to the Court. The parties estimate that the hearings can be completed in four or five days. It is further respectfully requested that new dates be set for the designation of witnesses and exhibits and that a telephonic status conference be established approximately one week in advance of the re-scheduled date.

In the parties opinion, there are three broad categories of work to be done that justify a continuance of this matter.

**I. Mental Health:**

1. Over the last six months, the parties have been cooperating in making the extensive arrangements necessary for the evaluation of Mr. Nelson by the government's chosen mental-health expert, Daniel Martell, Ph.D. Those arraignments include closed-circuit televised monitoring of the examination by defense counsel and arrangements for defense counsel to consult with Mr. Nelson by telephone and in person during the course of the two-day evaluation. That examination took place on September 9th and 10th of this year. Dr. Martell's 41 page report was provided to government counsel on October 8, 2010, and correspondingly provided to Mr. Nelson's counsel on October 12, 2010.

2. In response to issues discussed by Dr. Martell in his report, counsel for Mr. Nelson have informed government counsel that they are exploring additional mental health-related avenues of investigation, such as: (a) hiring a forensic dermatologist to look into a dermatological condition known as "Notalgia Paresthetica;" (b) hiring another mental health expert to investigate a currently undisclosed avenue of defense (an avenue that the Court is aware of as a result of ex parte pleading, but has not been yet noticed to government counsel); and (c) whether to challenge Dr. Martell's conclusions derived from his use of the MMPI-2 or PAI tests.

**II. Additional Discovery/Litigation:**

3. In addition to the need for a continuance occasioned by Government's mental health examination, the defense is in the process of assembling and marking as exhibits voluminous documents and records, including some records that have only recently been gathered. Mr. Nelson's counsel has informed government counsel that the defense trial file in this case constitutes approximately 42 full banker boxes. The Government believes it needs to review this file to adequately prepare to defend the scope of the mitigation investigation conducted on Mr. Nelson's

behalf. While recognizing this belief, Mr. Nelson's counsel believes that a portion of the file is still privileged and has advised government counsel that it will need to file a motion for discovery to review the file. That motion is forthcoming.

4. Beyond the motion necessary to be granted access to the defense's trial file, Mr. Nelson's counsel may, as stated above, challenge Dr. Martell's use and conclusions drawn from using the MMPI-2 and PAI testing instruments. If such a motion is filed, a hearing in advance of the 2255 hearing will be necessary.

**III. <u>Scheduling Issues</u>:**

5. The parties recognize that this matter has been pending for some time and appreciate the Court's patience. This matter involves significant issues that must be resolved and because of the volume of information and newness of the case (at least for government counsel, who were assigned the case long after it was tried), a continuance is necessary. Proceeding on this matter before April 11, 2010 is problematic because of the work that still must be done and because of individual attorney's schedules. For example, Mr. Nelson's counsel have other trial commitments in January/Februay 2011, while government counsel (AUSA D. Ketchmark) has a murder trial specially set before the Honorable Gary A. Fenner the week of March 14, 2011.

Respectfully submitted,

***/s/ Gary E. Brotherton***

Gary E. Brotherton
Legal Writes, LLC
Stonebridge Office Park
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, Missouri 65203
(573)875-1571 Phone
(573)875-1572 Fax
gebrotherton@legalwritesllc.com
Co-counsel to Petitioner Keith Nelson

***/s/ David A. Ruhnke***
David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000 Phone
(973)746-1490 Fax
dr@ruhnkeandbarrett.com
Co-counsel to Petitioner Keith Nelson

***/s/ Paula K. Harms***
Paula K. Harms
Office of the Federal Public Defender
Capital Habeas Unit
850 W. Adams Street, Suite 201
Phoenix, AZ 85007
(602) 382-2756
paula_harms@fd.org
Co-counsel to Petitioner Keith Nelson

***/s/ David M. Ketchmark***
David M. Ketchmark
First Assistant United States Attorney
Attorney for the United States of America

***/s/ Jeffrey Valenti***
Jeffrey Valenti
Assistant United States Attorney
Attorney for the United States of America
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
(816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed on November 2, 2010, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri and mailed to defendant at his address of record.

***/s/ Jeffrey Valenti***
Jeffrey Valenti
Assistant United States Attorney