**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | 4:04-CV-8005-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Currently pending before the Court is the Government's Motion for Leave of Court to Conduct Discovery(Doc. # 181) and Movant's Motion for Leave of Court to File Suggestions in Response Out of Time (Doc. # 182).

On May 18, 2010, this Court granted the Government's Motion for an Order Requiring Trial and Appellate Counsel to Prepare Affidavits in Response to Nelson's Allegations of Ineffective Assistance of Counsel. Both Patrick J. Berrigan and Susan M. Hunt timely provided affidavits in response to the Order. However, the Government states that the affidavits alone are insufficient to prepare for the upcoming hearing in this case. Government counsel states that while interviewing some of Nelson's former counsel, it has learned about a significant amount of mitigation work that was done on Nelson's behalf. The Government states that much of the documentary support for former counsel's investigation is contained in the case file which is currently in the possession of post-conviction counsel. Therefore, the Government is requesting access to the totality of the defense file relating to the six issues which the evidentiary hearing

will focus on.

Movant's counsel, Gary Brotherton filed movant's response to the Government's Motion for Leave to Conduct Discovery, one day after the deadline. However, Mr. Brotherton states that this was due to his need to schedule an unexpected critical visit with a state inmate on January 27, 2011. For good cause shown, and because the response was only a few hours late, the Court hereby **GRANTS** Movant's Motion for Leave to File Response Out of Time (Doc. # 182).

In the response to the Government's motion, movant's counsel state that they have no objection to the motion, provided that movant's counsel are permitted a reasonable amount of time in which to prepare the file for inspection by the government. Movant's counsel states that the defense file consists of twenty-eight banker's boxes which are currently in the possession of the Federal Public Defender's Office in Phoenix, Arizona. Movant's counsel estimates that it could prepare the file for inspection within thirty days from the date of this Court's Order on the motion.

Accordingly, for good cause shown, the Court hereby **GRANTS** the Government's Motion for Leave to Conduct Discovery Pursuant to Rule 6 of the Rules Governing Section 2255 Proceedings (Doc. # 181). Movant's counsel are hereby directed to make the file available to Government counsel within 30 days of the date of this Order.

Date: 02/07/11
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge