# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 04-8005-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

An evidentiary hearing in this case will be held on **June 5, 2012** at 8:30 a.m. In anticipation of that hearing, counsel for movant and for the Government shall file witness and exhibit lists on or before **May 4, 2012**.

**1. Witness Lists.** Each side shall file a witness list. The parties shall also provide the Court with an in camera witness list, which shall include the subject matter that each witness will testify about and the exhibits each witness will identify or use, the length of time needed for direct examination of each witness and the order in which the witnesses will be called.

**2. Exhibit Lists.** Each side shall also file an exhibit list. All exhibits shall be pre-marked and numbered. A copy of the exhibit index should be attached to the copy of the exhibit list.

**3. Pre-Hearing Conference.** The Court will hold a telephone conference with the parties on **May 25, 2012** at **8:00 a.m.** Counsel for the Government shall initiate the teleconference to the Court at the telephone number: 816-512-5630.

Date: 05/03/11
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge