**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 04-8005-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On August 1, 2012, the Court held a teleconference with counsel regarding the scheduling of an alternative date for the evidentiary hearing. The evidentiary hearing previously scheduled for October 30, 2012, is hereby canceled. The Court will reset the evidentiary hearing at a later time after reviewing the parties' submissions.

**1. Deposition Schedules.** The Court recently granted the Government's Motion to depose former defense counsel and two other individuals who were extensively involved in preparation of the mitigation case. Counsel should confer regarding dates for the depositions of these individuals and inform the Court when these depositions have been scheduled.

**2. Witness Lists.** Each side shall also file a preliminary witness list. The parties shall also separately provide the Court with an in camera witness list, which should include the subject matter that each witness will testify about and the exhibits each witness will identify or use, the length of time needed for direct examination of each witness and the order in which the witnesses will be called.

**3. Exhibit Lists.** Each side shall also file a preliminary exhibit list.

**4. Additional Issues.** The parties shall also inform the Court if there are any additional issues which need to be addressed before the evidentiary hearing, i.e. updating of expert reports, additional discovery, etc. If there are additional items which need to be addressed, the parties shall propose a plan for completing these items before the end of the year.

The parties shall provide the Court with the deposition schedules, the witness and exhibit lists and the additional information on or before **September 4, 2012**. After reviewing the parties' submissions, the Court will reschedule the evidentiary hearing.

Date: August 1, 2012
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge