IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-CV-8005 (FJG)<br>99-CR-00303-W (FJG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**JOINT MOTION FOR A BRIEF CONTINUANCE OF SEPTEMBER 4 DEADLINE**

1. COMES NOW Keith D. Nelson ("Movant" or "Mr. Nelson"), and the United States, Respondent, by their respective attorneys, and jointly move to continue the date set out in this Court's order of August 1, 2012, such that the in camera witness list (including all the other information specified in the order) and the exhibit lists from both parties shall be due on or before October 15, 2012. The same would be true with regard to the question of any additional issues which need to be addressed before the hearing, with a plan proposing to complete those items before the end of the year. The parties also propose to advise the Court regarding the deposition schedule as soon as that is completed, but in any event notification to the Court will occur no later than October 15, 2012. The Court may be assured that the scheduling process has begun and it appears likely that some depositions will in fact have taken place prior to October 15.

2. The primary reason for the joint request is that the parties were not expecting to have to go through this process at this time since the Court had adjourned the hearing date. Several of the members of the both the defense and prosecution teams have vacation plans in late August. Additionally, Mr. Ruhnke has specific deadlines he is facing in the authorized capital

case in the United States District Court for the District of Puerto Rico, including a schedule that calls for all guilt-phase pretrial motions to be filed by August 27, 2012.[1] It is further noted that the defense team, when the hearing had been scheduled for October 30, had planned a 3-day team meeting in Phoenix in order to assemble the documents now called for in the Court's August 1, 2012 order. Logistically, that meeting can no longer occur.

3. The parties also respectfully request that the Court set a July 8, 2013 hearing date with the understanding that if, for example, Mr. Ruhnke's case were to be adjourned, adjustments could be made to the schedule. As matters now stand, however, the parties are all subject to dates being set by other courts that include the jointly proposed July 8 date. An order from this Court requiring all counsel to be available that week would obviate that problem. The parties also respectfully suggest a November telephone conference to determine whether an earlier date is feasible.

4. Should the Court have any additional questions or concerns, the parties would be pleased to address those in a further telephone conference or as otherwise directed by the Court.

**Conclusion**

5. Wherefore, the parties respectively request the Court to move the current due date on the documents related to the hearing plan from September 4, 2012 to October 15, 2012. The requested extension is less than six weeks and will allow the parties to collect more accurate information, which should help the Court evaluate the proposed hearing date. Furthermore, the parties ask that the Court schedule the hearing for July 8, 2013, with an

---

[1] It is noted that Mr. Ruhnke's case was just authorized on July 8, 2012 but that the trial judge has made it clear he wants the case to go to trial in January 2013 to the point of ruling that further applications for an extension of time will not be entertained. For the Court's information, a copy of the proposed timetable in that case is Attachment A to this motion.

acknowledgment from the parties that should calendars change, the hearing could be moved to an earlier date. The need for this setting is to allow the parties to protect the July date on their calendars as other work assignments, in other jurisdictions, become scheduled. Finally, the parties ask the Court to schedule a status conference in November, after the hearing plan documents are due, to determine if the July 8, 2013 hearing date is still the most appropriate date.

Respectfully submitted

David Ketchmark, United States Attorney
Jeff Valenti, A.U.S.A.
Charles Evans Whittaker Courthouse
U.S. Attorney's Office
Room 5510
400 East 9th Street
Kansas City, MO 64106
(816)426-4262

/s/ Jeff Valenti, A.U.S.A.

Gary E. Brotherton, Esquire
Legal Writes, LLC
Stonebridge Office Park
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, Missouri 65203
(573)875-1571 Phone
(573)875-1572 Fax
gebrotherton@legalwritesllc.com

/s/ Gary E. Brotherton

David A. Ruhnke, Esquire
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000 Phone
(973)746-1490 Fax
dr@ruhnkeandbarrett.com

/s/ David A. Ruhnke

Paula K. Harms, Esquire
Office of the Federal Public Defender
Capital Habeas Unit
850 W. Adams Street, Suite 201
Phoenix, AZ 85007
(602)382-2756
paula_harms@fd.org

/s/ Paula K. Harms

Filed via ECF: Kansas City, Missouri
August 3, 2012