C:\Case Files\Candelario\Motions\Motion (joint informative) for pre-trial schedule (revised 08-01-2012).wpd

SERVED AND FILED VIA ECF

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ALEXIS CANDELARIO-SANTANA,<br>et. al,<br><br>Defendants. | CRIMINAL NO. 09-00427(JAF) |

REVISED JOINT INFORMATIVE MOTION REGARDING
PRE-TRIAL SCHEDULE FOR CAPITAL TRIAL

TO: THE HONORABLE JOSÉ A FUSTÉ,
JUDGE OF THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

COMES NOW the undersigned counsel, and respectfully informs the Court that counsel for Alexis Candelario-Santana and counsel for the Government have conferred and propose – with one remaining area of disagreement, discussed below – the following revised schedule for pre-trial proceedings in this now-authorized federal capital prosecution. This revision is based upon the Court's order of July 27, 2012 (DE 482). The defense notes that the proposed schedule is premised on the Court's prior orders setting this case for trial in January 2013 and the order entered on July 27, 2012 that "no further extensions will be entertained." The defense notes that it will make every good faith effort to comply with the

Court's scheduling order but that if the defense comes to the conclusion further into the schedule that an adjournment is required in order to protect the client's interests as well as to provide the effective assistance of counsel to which the client is guaranteed, the defense will be obligated to seek a further adjournment.

The following proposed schedule has the jury-selection process beginning January 7, 2013 with the potential jurors beginning the process of completing questionnaires and the actual jury-selection/*voir dire* starting January 28, 2013.

| | |
|---|---|
| August-September 2012: | Defense independent ballistics examination takes place, arrangements to be worked out between the parties. |
| August 27, 2012: | Defense files pre-trial motions relating to non-capital issues – *i.e.*, all guilt-phase motions – and provides initial notice of experts relating to the first-stage (guilt/innocence) of the trial. |
| September 24, 2012: | Government response to first-stage pre-trial motions. |
| October 1, 2012: | Defense reply to Government's response to first-stage motions. |
| Week of October 8 2012: | Argument[1] and, if necessary, hearings on motions on dates convenient to the Court and the parties depending, in part, on the nature of the motions and whether hearings will be required. |
| October 15, 2012: | Defense files all pre-trial motions |

[1] Because of the importance of these issues, defense counsel request oral argument on all pre-trial motions relating to the first-stage of the prosecution.

| | |
|---|---|
| | regarding capital issues – *i.e.*, all penalty-phase motions – and any notice pursuant to F.R.Crim.P. 12.2. |
| November 19, 2012: | Government answers capital motions. |
| November 26, 2012: | Defense reply to Government answer to capital motions. |
| Week of December 3, 2012: | Argument[2] and, if necessary, hearings on motions on dates convenient to the Court and the parties depending, in part, on the nature of the motions and whether hearings will be required. |
| December 10, 2012: | Parties submit proposed jury questionnaires. |
| Week of December 13, 2012: | Court conference regarding the proposed questionnaire. |
| January 7-11, 2013: | Potential jurors complete questionnaires over a 5-day period. Given the nature of the case and prior media coverage, the parties believe that at least 600 jurors should be summoned. |
| January 14-25 2013: | Parties review questionnaires and submit to the Court a list of jurors who, based on their answers to the questionnaire, should be excused on consent. |
| January 23, 2013: | Government provides witness list, as required by 18 U.S.C. § 3432 and all 3500 material unless a protective order is granted by the Court as to either category of disclosure. |

[2] Because of the importance of these issues, defense counsel request oral argument on all pre-trial motions relating to capital punishment issues.

| | |
|---|---|
| January 28, 2013: | Jury-selection commences with group orientation and individual *voir dire* of jurors. |
| | Government provides exhibit list and copies of pre-marked exhibits with the understanding that the Government is not precluded from adding exhibits to the list during trial. |

The area of disagreement is the timing of defendant's disclosure of expert witnesses relevant to any potential penalty phase. The Government requests such disclosure by October 15, 2012, and indicates it will need time to secure its own experts, if appropriate, and adequately prepare to address the defense experts. From the defense perspective, this is far too early since it is highly unlikely the defense will have completed its penalty-phase preparation so far in advance of trial and, indeed, so far ahead of any time when it appears that a penalty-phase will or will not be required.

CONCLUSION

For the reasons expressed above, the Court is asked to set the proposed schedule to guide all concerned.

Respectfully submitted,

Jose Contreras, A.U.S.A
Office of the United States Attorney
350 Carlos Chardon Avenue, Suite 1201
San Juan, PR 00918
787-766-5656

*/s/ Jose A. Contreras*
JOSE A CONTRERAS, A.U.S.A

David A. Ruhnke, Esquire
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000
973-746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com
NY Bar No. 1955145
N.J. Bar No. 011071975

Francisco Rebollo-Casalduc, Esquire
Capital Center Building, Torre Sur
Suite 1005
239 Avenida Arterial Hostos
San Juan, PR 00919
787-765-0505
787-765-0585
frc@onelinkpr.net
USDC Bar No. 205603

*/s/ David A. Ruhnke*
DAVID A. RUHNKE, ESQUIRE
Learned Counsel to Defendant

Electronically filed: San Juan, Puerto Rico
August 1, 2012

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all parties to this matter have been served via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE, ESQUIRE

Dated: August 1, 2012