**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **KEITH D. NELSON,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **4:04-CV-8005 (FJG)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **99-CR-00303-W (FJG)** |
| | ) | |
| **Respondent.** | ) | |

**MOTION FOR WAIVER OF FILING FEE AND FOR ORDER GRANTING PERMISSION TO FILE NOTICE OF APPEAL**

COMES NOW movant's former CJA-appointed trial counsel, Patrick J. Berrigan, Assistant Public Defender, and hereby moves this honorable Court, pursuant to Rule 5(a), F.R.A.P., for its Order granting him permission to file a petition with the Eighth Circuit Court of Appeals to appeal the Court's Order granting the government leave to take depositions of movant's trial counsel pursuant to Rule 6. Additionally, counsel moves for an Order waiving any filing fee that might otherwise apply to perfecting this appeal.

**AND SUGGESTIONS IN SUPPORT THEROF**

In support of this motion, counsel Berrigan states:

1. Rule 5(a), F.R.A.P., requires an order from the district court granting a party permission to petition the circuit court for a discretionary appeal.

2. Counsel Berrigan, one of movant's trial counsel, desires to appeal this Court's Order (doc. 25) granting leave to the government to take counsel's deposition, among others, to prepare for the evidentiary hearing which will eventually take place in movant's habeas proceeding. The Court's order is based entirely on another district court order out of the Eastern District of Missouri, *Allen v. U.S.*, 2011 WL 4729819 (E.D. Mo. 2011).

3. Without rearguing the merits of the underlying litigation on the issue of trial counsel depositions, it is true that *Allen*, *supra*, has not received appellate scrutiny, at least to this author's knowledge. Furthermore, this Court's order does not rely on a single circuit decision as precedent for its ruling. The idea, temporarily ignoring the facts of the underlying case[1], that trial counsel in capital cases can be subject to burdensome, invasive, time-consuming depositions whenever government attorneys determine a fishing expedition is needed to defend their case is a dangerous precedent that deserves serious appellate scrutiny.

4. Counsel Berrigan is an assistant public defender with the Missouri State Public Defender System who, although not quite indigent, cannot lightly part with the monies that may be required to perfect the appeal in this matter.[2] Counsel was CJA-appointed at movant's underlying capital case.

WHEREFORE, for the foregoing reasons, counsel Berrigan respectfully requests this honorable Court enter its Order granting him permission to petition the Eighth Circuit for permission to file a discretionary appeal in this matter, and for waiver of any costs and fees normally required to file such an appeal.

Respectfully submitted,

*/s/ Patrick J. Berrigan*

Patrick J. Berrigan, Mo. Bar # 34321
Assistant Public Defender
Capital Litigation Division, Western District
920 Main Street, Suite 500
Kansas City, Missouri 64106
(816) 889-7699
(816) 889-2088 (FAX)
patrick.berrigan@mspd.mo.gov

[1] Both of Mr. Nelson's trial counsel have already submitted sworn affidavits addressing movant's habeas allegations (doc. 171).

[2] The Western District's current fee scheduled requires a payment of $455 for an appeal to circuit court.

**CERTIFICATE OF SERIVCE**

I hereby certify that on this 9th day of August, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification for such filing to all attorneys associated with this case. In addition, a copy was also sent by U.S. Mail, postage prepaid to Ms. Susan M. Hunt, Attorney at Law, 819 Walnut, Suite 308, Kansas City, Missouri 64106.

*/s/ Patrick J. Berrigan*
PATRICK J. BERRIGAN