# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 04-8005-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Currently pending before the Court is the Joint Motion of the parties to Continue (Doc. # 209).

The Court had previously directed the parties to provide the Court with preliminary witness and exhibit lists as well as a plan for completing the authorized depositions on or before September 4, 2012. Due to other pending deadlines, the parties have requested an extension of this deadline. For good cause shown, the Joint Motion to Continue is hereby **GRANTED**. The parties shall provide the Court with the requested information on or before **October 15, 2012**. The Court will hold a status teleconference with the parties on **November 1, 2012** at **9:00 a.m.** The evidentiary hearing is tentatively scheduled for July 8, 2013, with the understanding that this date may be moved to an earlier date if the parties' schedules change.

Date: August 10, 2012
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge