IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | 04-08005-01-CV-FJG |
| | ) | 99-00303-01-CR-W-FJG |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR ACCESS TO CJA BILLING RECORDES**

Comes now the United States of America, by David M. Ketchmark, Acting United States Attorney, and the undersigned Assistant United States Attorney, both for the Western District of Missouri, and hereby moves for an order allowing counsel access to CJA billing records in *United States v. Keith D. Nelson*, 99-00303-CR-W-FJG. Counsel for Movant, has expressed to undersigned counsel that there are no objections to this request. In support of the motion, Respondent relies on the following:

1. On November 6, 2005, Movant Keith D. Nelson, by and through counsel, filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to Title 28, United States Code, Section 2255.

2. On February 24, 2006, counsel for the United States filed its response to Nelson's Motion to Vacate, Set Aside, or Correct Sentence.

3. On November 21, 2006, this Court issued an opinion denying the movant's claims in their entirety. Additionally, a certificate of appealability was denied.

4. An Evidentiary hearing was scheduled for June 5, 2012, and subsequently continued.

5. On April 20, 2012, Government filed a Motion to take Depositions and an Order was granted on July 25, 2012. Depositions are scheduled for October 15, 2012.

6. The issue considered in the depositions is whether the trial counsel provided effective assistance. One aspect of that challenge is whether trial counsel adequately investigated mitigation evidence. In order to ascertain the time and effort that was involved in Nelson's defense, it would plaint be relevant to review the billing records of counsel Jennifer Herndon, as best and most reliable evidence of the amount of time counsel spent preparing and investigating the case.

7. In order to present its case effectively and accurately, defense counsel require access to the vouchers and other CJA billing records that were actually filed with the Court by the attorneys and others.

8. On October 11, 2012, Assistant United States Attorney Jeff Valenti e-mailed undersigned counsel to state that he has no objection to the present request.

## CONCLUSION

For the reasons expressed above, the Government respectfully request that the Court Order the release of the CJA billing records for Jennifer Herndon.

Respectfully submitted,

David M. Ketchmark
Acting United States Attorney

By ***/s/ Jeffrey Valenti***

Jeffrey Valenti
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October12, 2012, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

**David A. Ruhnke**
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042

**Paula K. Harms**
Federal Public Defender
850 W. Adams, Ste. 201
Phoenix, AZ 85007

**Gary E. Brotherton**
Legal Writes, LLC
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, MO 65203

Jeffrey Valenti
Assistant United States Attorney