**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 04-8005-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT'S LIST OF EXHIBITS**

Comes now the United States of America by the undersigned counsel and files the attached list of exhibits which the Government may offer at the hearing in this matter and requests leave to amend this list as needed.

Respectfully submitted,

David M. Ketchmark
Acting United States Attorney

By: ***/s/ Jeffrey Valenti***

Jeffrey Valenti
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-2771

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on October 15, 2012, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

**David A. Ruhnke**
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042

**Gary E. Brotherton**
Legal Writes, LLC
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, MO 65203

**Paula K. Harms**
Federal Public Defender
850 W. Adams, Ste. 201
Phoenix, AZ 85007

***/s/ Jeffrey Valenti***

Jeffrey Valenti
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 04-8005-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**<u>E X H I B I T S</u>**

| | | | | | |
|---|---|---|---|---|---|
| ✓ | = | Offered & admitted without objection. | D.B. | = | Admitted, <u>de</u> <u>bene</u>. |
| X. | = | Offered & admitted over objection. | W.D. | = | Offered then withdrawn. |
| Ex. | = | Offered, but objected to and excluded. | Ltd. | = | Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | | | |

| **Exhibit Number** | **Action Taken** | **Date** | **Time** | **Description** |
|---|---|---|---|---|
| 1 | | | | Docket Sheet |
| 2 | | | | Dr. Martell's final report |
| 2A | | | | Dr. Martell's curriculum vitae |
| 3 | | | | Pat Berrigan's trial notes |
| 4 | | | | Susan Hunt's trial notes |
| 5 | | | | Jennifer Herndon's appellate notes |
| 6 | | | | Pat Berrigan's CJA billing records |
| 7 | | | | Susan Hunt's CJA billing records |

_______________________________

I certify that I have this date ____________________ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_______________________________ _______________________________________

PRINTED NAME SIGNATURE

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 8 | | | | Jennifer Herndon's CJA billing records |
| 9 | | | | Miscellaneous CJA billing records |
| 10 | | | | Miscellaneous CJA billing records |
| 11 | | | | pp. 1050-52, penalty phase transcript |
| 12 | | | | p. 262, penalty phase transcript |
| 13 | | | | p. 275, penalty phase transcript |
| 14 | | | | p. 169-70, penalty phase transcript |
| 15 | | | | p. 419, penalty phase transcript |
| 16 | | | | pp. 445-46, penalty phase transcript |
| 17 | | | | pp. 450-56, penalty phase transcript |
| 18 | | | | p. 470, penalty phase transcript |
| 19 | | | | p. 790, penalty phase transcript |
| 20 | | | | pp. 128-29, penalty phase transcript |
| 21 | | | | p. 204, penalty phase transcript |
| 22 | | | | Docket entry |
| 23 | | | | Docket entry |
| 24 | | | | Docket entry |
| 25 | | | | Docket entry |
| 26 | | | | Docket entry |
| 27 | | | | Docket entry |
| 28 | | | | Docket entry |
| 29 | | | | Docket entry |
| 30 | | | | Docket entry |
| 31 | | | | Docket entry |
| 32 | | | | Docket entry |
| 33 | | | | Docket entry |

| Exhibit Number | Action Taken | Date | Time | Description |
| --- | --- | --- | --- | --- |
| 34 | | | | Docket entry |
| 35 | | | | Docket entry |
| 36 | | | | Docket entry |
| 37 | | | | Docket entry |
| 38 | | | | Docket entry |
| 39 | | | | Docket entry |
| 40 | | | | Docket entry |
| 41 | | | | Docket entry |
| 42 | | | | Docket entry |
| 43 | | | | Docket entry |
| 44 | | | | Docket entry |
| 45 | | | | Docket entry |
| 46 | | | | Docket entry |
| 47 | | | | Docket entry |
| 48 | | | | Docket entry |
| 49 | | | | Docket entry |
| 50 | | | | Docket entry |
| 51 | | | | Docket entry |
| 52 | | | | Docket entry |
| 53 | | | | Docket entry |
| 54 | | | | Docket entry |
| 55 | | | | Docket entry |
| 56 | | | | Docket entry |
| 57 | | | | Docket entry |
| 58 | | | | Docket entry |
| 59 | | | | Docket entry |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 60 | | | | Docket entry |
| 61 | | | | Docket entry |
| 62 | | | | Docket entry |
| 63 | | | | Docket entry |
| 64 | | | | Docket entry |
| 65 | | | | Docket entry |
| 66 | | | | Docket entry |
| 67 | | | | Docket entry |
| 68 | | | | Docket entry |
| 69 | | | | Docket entry |
| 70 | | | | Docket entry |