**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 04-8005-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT'S HEARING NOTICE**

Comes now the United States of America, by David M. Ketchmark, Acting United States Attorney, and the undersigned Assistant United States Attorney, both for the Western District of Missouri, and hereby provides Notice to the Court regarding its expectations for the upcoming 2255 Hearing:

1. Counsel for both parties have scheduled four of the five Ordered depositions in this matter for October 17th, 18th, and 19th, 2012. The government reserves the right to schedule the fifth deposition of Lisa Murphy, but believes that deposition may now be unnecessary;

2. Counsel have discussed whether any outstanding legal issues or expenditures exist. At this time, the government does not believe any such issue exists, with the exception of the government's attempts to obtain the CJA billing records of former appellate counsel, Jennifer Herndon. The government expects to resolve this issue in the next couple of days. Upon receipt, should they be obtained, a copy will be provided to post-conviction counsel;

3. Based upon the effort expended in preparing for the upcoming depositions, the government believes that at the 2255 hearing, it can adduce its evidence in approximately 1 to 1 ½ hearing days; and

4. Contemporaneous with this filing, the government has filed Witness and Exhibit Lists, which may need amending as we approach the actual hearing.

Should the Court require any additional information, it will be provided upon request.

Respectfully submitted,

David M. Ketchmark
Acting United States Attorney

By ***/s/ Jeffrey Valenti***

Jeffrey Valenti
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October15, 2012, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

**Paula K. Harms**
Federal Public Defender
850 W. Adams, Ste. 201
Phoenix, AZ 85007

**David A. Ruhnke**
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042

**Gary E. Brotherton**
Legal Writes, LLC
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, MO 65203

***/s/ Jeffrey Valenti***

Jeffrey Valenti
Assistant United States Attorney