# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 04-8005-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Currently pending before the Court is the Government's Motion for Access to CJA billing records of Jennifer Herndon (Doc. # 217).

Government counsel states that in preparation for the upcoming evidentiary hearing and the deposition of movant's former counsel, Jennifer Herndon, it is necessary to review Ms. Herndon's vouchers and other CJA billing records. Petitioner's counsel has indicated that he has no objection to the motion. Accordingly, for good cause shown, the Government's Motion for Access to the CJA billing records and vouchers of Jennifer Herndon is hereby **GRANTED** (Doc. # 217).

Date: October 16, 2012
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge