# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 04-8005-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On May 23, 2013, the Court held a teleconference with counsel regarding the upcoming evidentiary hearing. Due to unanticipated budgetary issues, the evidentiary hearing previously scheduled for July 8, 2013, is hereby canceled. The Court will reset the evidentiary hearing at a later time. The Court will hold a status conference with the parties on **October 3, 2013 at 9:30 a.m.** Counsel for movant shall initiate the call to the Court at 816-512-5630 after securing all other parties on the line.

Date: May 23, 2013
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge