FILED VIA ECF

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-CV-8005 (FJG)<br>99-cr-00303-W (FJG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## MOTION TO SEAL DOCUMENT

COMES NOW Keith D. Nelson, by his undersigned counsel, and moves for an order to seal his reply to the Government's answer to Movant's motion to continue the hearing. The document proposed to be sealed has been forwarded to the Court and the United States via email. The document to be sealed discusses personal family matters regarding one of the parties.

CONCLUSION

For the reasons set forth above, the relief requested should be granted.

Respectfully submitted,

Counsel to Movant Keith Nelson

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
(201)321-8718 (cell)
dr@ruhnkeandbarrett.com

*/s/ Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, AZ 85007
paula_harms@fd.org

/s/ Gary E. Brotherton
Legal Writes, LLC
503 E. Nifong Blvd. #377
Columbia, MO 65201-3717
Phone (573) 474-0773
Fax (573) 474-0003
gebrotherton@legalwrites.com

Filed via ECF: Kansas City, MO
February 5, 2014

CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE

Dated: February 5, 2014