**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| KEITH D. NELSON,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 04-08005-CV-W-FJG |

**GOVERNMENT'S FIRST AMENDED LIST OF EXHIBITS**

Comes now the United States of America by the undersigned counsel and files the attached list of exhibits which the Government may offer at trial and requests leave to amend this list as needed.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By: ***/s/ Jeffrey E. Valenti***

Jeffrey E. Valenti
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-2771

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on March 6, 2014 to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

***/s/ Jeffrey E. Valenti***

Jeffrey E. Valenti
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| KEITH D. NELSON,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 04-08005-CV-W-FJG |

**EXHIBITS**

| | | | | | |
|---|---|---|---|---|---|
| ✓ | = | Offered & admitted without objection. | D.B. | = | Admitted, de bene. |
| X. | = | Offered & admitted over objection. | W.D. | = | Offered then withdrawn. |
| Ex. | = | Offered, but objected to and excluded. | Ltd. | = | Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Motion to allow Shull & Hunt to travel to Dallas to interview witnesses |
| 2 | | | | Shull's motion to hire Grothaus to conduct investigation & mitigation work |
| 3 | | | | Order authorizing up to $20,000 to fund mitigation specialist/investigator |
| 4 | | | | Order authorizing Susan Hunt to travel to Fort Worth, Texas to interview witnesses |
| 5 | | | | Ex Parte Motion to hire Dr. Steph. Peterson, psychiatrist |

____________________________

I certify that I have this date ______________________ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

____________________________ ________________________________________

PRINTED NAME SIGNATURE

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 6 | | | | Supp. motion to hire psychiatrist filed |
| 7 | | | | Order authorizing the hiring of a psychiatrist issued |
| 8 | | | | Sealed Motion & Order to travel to Fresno, CA to interview witnesses, contact police, and investigate battered women's shelter |
| 9 | | | | Ron Ninemire's letter detailing the extent of mitigation work completed and pending |
| 10 | | | | Grothaus' to do list on 2nd phase of investigation |
| 11 | | | | Sealed motion for paralegal to help organize mitigation |
| 12 | | | | Order authorizing up to $5,000 for paralegal help |
| 13 | | | | Sealed motion for Hunt and Shull to travel to Dallas to interview mitigation specialists & investigators |
| 14 | | | | Francis meets with Shull & Hunt based upon Dr. Cunningham's recommendation. Francis provides CV & billing rates |
| 15 | | | | Letter from Dr. Cunningham to Susan Hunt, requesting more information to assess future dangerousness |
| 16 | | | | Motion to hire Tena Francis and Dr. Cunningham |
| 17 | | | | Motion to hire Dr. Cowan to conduct neuropsych. exam |
| 18 | | | | Order authorizing the hiring of Dr. Cowan, Tena Francis, & Dr. Cunningham |
| 19 | | | | Motion to replace Grothaus with Tim Murphy |
| 20 | | | | Order authorizing Murphy to be hired |
| 21 | | | | Hunt and Shull travel to Dallas to meet with Francis and Dr. Cunningham |
| 22 | | | | Fax from Hunt to Francis re: Nancy Nelson's history |
| 23 | | | | Fax from Shull to Hunt re: Dr. Cowan's proposed neuropsychological evaluation |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 24 | | | | Shull orally moves & is removed from case; Pat Berrigan appt. |
| 25 | | | | Order removing Shull from case & appointing Berrigan |
| 26 | | | | Berrigan meets with Hunt & speaks comprehensively about the case to get up to speed. They specifically discuss the mitigation case and Dr. Cowan's examination |
| 27 | | | | Berrigan files motion to continue case from April to Nov. 2001 |
| 28 | | | | Order granting continuance |
| 29 | | | | Order authorizing Francis to travel to KCMO to meet with defendant & his family |
| 30 | | | | Full day of meetings between the defense team. Berrigan meets with Hunt & Francis before meeting defendant for the first time at CCA, followed by a dinner meeting at Hereford House. Berrigan notes how much has already been done on family background investigation |
| 31 | | | | Berrigan met with Francis & defendant at CCA. Berrigan writes that he needs to reschedule Dr. Cowan from 3/01/01 and needs to look into the neuropsychological. Notes a teleconference on p. 3 re: a neurologist in Jimmie Johnson case |
| 32 | | | | Order authorizing Francis & Haddad travel to KCMO to meet with defendant & his family (Travel occurred in May) |
| 33 | | | | Francis provides a witness summary report re: Nancy Nelson to Hunt (not Berrigan) |
| 34 | | | | Francis drafts report re: defendant's life history/chronology |
| 35 | | | | Gov't motion for discovery of mental health evidence in penalty phase & requesting an evaluation of defendant |
| 36 | | | | Berrigan Files extension of time to respond to Gov't mental health request, citing involvement in the death penalty case of U.S. v. Martis |
| 37 | | | | Berrigan files 2nd extension to respond to Gov't mental health request, citing involvement in the death penalty cert. petition of U.S. v. Kreutzer |

| Exhibit Number | Action Taken | Date | Time | Description |
| --- | --- | --- | --- | --- |
| 38 | | | | Francis phone conference with Hunt & Berrigan re: mental health & possibility of not using an expert |
| 39 | | | | Francis faxes a 3 page report to Hunt & Berrigan re: the progress of the mitigation investigation in advance of a phone conference later in the day |
| 40 | | | | Francis phone conference with Hunt and berrigan re: mental health strategy & Berrigan's neuropsychological skepticism |
| 41 | | | | Berrigan files response to Gov't mental health request |
| 42 | | | | Francis letter to Berrigan re: Hunt conflicts, with included affidavit showing approximately 267 mitigation hours worked |
| 43 | | | | Berrigan preparing for hearing on mental health issues. His notes lay out his strategy on this topic |
| 44 | | | | Hearing on Gov't mental health request |
| 45 | | | | Berrigan files a response arguing how the mental health evaluation should be conducted |
| 46 | | | | Hunt letter to Texas Dept. of Protective Service re: records of defendant & Nancy Nelson |
| 47 | | | | Berrigan files another response arguing how the mental health evaluation should be conducted |
| 48 | | | | Magistrate Order of Gov't mental health request |
| 49 | | | | Hunt travels to Fresno, CA to investigate defendant's background |
| 50 | | | | Dr. Cunningham travels from Abilene, TX to meet defendant |
| 51 | | | | Berrigan files extension of time to respond to Order re: mental health evaluation conditions |
| 52 | | | | Letter from Francis to Hunt & Berrigan, updating the status of the mitigation investigation, she also mentions that she will use Lisa Murphy instead of Debra Haddad |
| 53 | | | | Hunt & Berrigan travel to Dallas to meet with Francis & interview mitigation witnesses |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 54 | | | | Defendant files notice of intent to rely on mental health evidence |
| 55 | | | | Sealed motion for $7,500 to retain Dr. Dan Foster |
| 56 | | | | Motion to travel to Dallas, stating "extensive mitigation" has been completed |
| 57 | | | | Hunt & Berrigan meet with Francis in Dallas & interview Ws |
| 58 | | | | Berrigan files an appeal of Magistrate's Order as it relates to the conditions of the mental health evaluation |
| 59 | | | | Francis report re: Lisa Murphy's interview of Gloria Welch |
| 60 | | | | Order authorizing Dr. Foster to travel to KC on 10/7/01 to conduct forensic psychological evaluation |
| 61 | | | | Defendant's disclosure of penalty phase expert witnesses, including Dr. Cunningham & Dr. Foster |
| 62 | | | | Order granting Francis additional funds to investigate & allowing Dr. Foster to travel to KCMO and testify |
| 63 | | | | Berrigan meets defendant at CCA & discusses the mental health evaluation that is scheduled and his waiver of appearance. Martell at CCA, but defendant refuses to be evaluated (check this timing) |
| 64 | | | | Magistrate Hearing on a variety of issues, including the defendant's refusal to submit to evaluation. "Strategic decisions." (Check this) |
| 65 | | | | Defendant files a supplemental response indicating expert witnesses would testify that he suffers from pervasive developmental disorder, not otherwise specified |
| 66 | | | | Pretrial Conference before Judge Gaitan, wherein he discusses the possibility of excluding the defendant's mental health evidence because of failure to submit for evaluation |
| 67 | | | | Defendant pleads guilty |
| 68 | | | | Order on mental health conditions of evaluation |
| 69 | | | | Berrigan sends fax to Dr. Cunningham re: mitigation & acknowledges he may be correct in the evidence being excluded |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 70 | | | | Defendant attempts suicide |
| 71 | | | | Sealed motion to authorize Dr. Cunningham to travel to KC as a penalty phase witness |
| 72 | | | | Dr. Cunningham travels |
| 73 | | | | Memo from CCA regarding suicide attempt |
| 74 | | | | Transcript of in camera hearing re: continuance request following suicide attempt |
| 75 | | | | Email on competency issues & effect of defendant not participating mental health evaluation |
| 76 | | | | Defendant files written motion continue |
| 77 | | | | Defendant files written motion to determine competency |
| 78 | | | | Transcript of phone conference re: motion to continue |
| 79 | | | | Order setting hearing on continuance and competency |
| 80 | | | | Berrigan issues a letter to Dr. Hucke re: defendant's competency |
| 81 | | | | Hunt fax to Berrigan containing a letter from Dr. Whitlow re: defendant's competency |
| 82 | | | | Gov't response in opposition to motion to determine competency |
| 83 | | | | Defense motion to file medical records under seal |
| 84 | | | | Letter to Judge Gaitan from Dr. Whitlow re: defendant's mental competency |
| 85 | | | | Transcript of phone conference re: competency |
| 86 | | | | Berrigan notes relating to phone conference with Dr. Logan |
| 87 | | | | Order directing defendant to be assessed by Dr. Logan |
| 88 | | | | Transcript of hearing on competency |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 89 | | | | Transcript of proceeding before Judge Gaitan in his jury room, with subsequent ruling denying further competency requests & ordering case to trial on penalty phase commencing November 13, 2001 |
| 90 | | | | Written order denying further competency requests & denying defendant's continuance |
| 91 | | | | Letter from Berrigan to Dr. Logan re: defendant's release from suicide watch |
| 92 | | | | Letter from Berrigan to Francis requesting Goldie Hawk & Anita Taylor be interviewed |
| 93 | | | | Letter from Berrigan to Tim Murphy re: locating CCA guards who might be helpful |
| 94 | | | | Letter from Berrigan to Judge Gaitan seeking an extension of time to respond to Gov't motion to strike mental health mitigation evidence |
| 95 | | | | Defendant's response to Gov't's motion to bar mental health mitigation |
| 96 | | | | Defendant's 2nd Amended Notice of mitigation witnesses |
| 97 | | | | Gov't's reply to defendant's response on mental health evidence |
| 98 | | | | Order for defense to make an in camera presentation to support their request to use mental health mitigation |
| 99 | | | | Letter from Berrigan to Judge Gaitan re: in camera presentation |
| 100 | | | | Letter from Berrigan to Sean O'Brien asking for help with closing argument |
| 101 | | | | Order re: mental health. Defendant allowed to present Dr. Cunningham in mitigation, but not Dr. Foster |
| 102 | | | | Notice of Mitigation filed by defense |
| 103 | | | | Letter from Berrigan to Dr. Cunningham re: mental health presentation issues |
| 104 | | | | Defendant files 3rd Amended mitigation witness list |
| 105 | | | | Defendant files exhibit list |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 106 | | | | Dr. Foster prepared a report for the defense re: competency and other mental health issues |
| 107 | | | | Transcript of deposition taken of Jennifer Herndon (U.S. v. Nelson) |
| 108 | | | | Transcript of deposition taken of Jennifer Herndon (U.S. v. German Sinisterra) |
| 109 | | | | Transcript of deposition taken of Jennifer Herndon (U.S. v. Norris Holder) |
| 110 | | | | Transcript of hearing testimony of Jennifer Herndon (U.S. v. Sinisterra) |
| 111 | | | | Transcript of hearing testimony of Jennifer Herndon (U.S. v. Holder) |
| 112 | | | | Deposition transcript of Berrigan (U.S. v. Nelson) |
| 113 | | | | Deposition transcript of Berrigan (Angela Johnson) |
| 114 | | | | Transcript of hearing transcript of Berrigan (Angela Johnson) |
| 115 | | | | Deposition transcript of Susan Hunt (U.S. v. Nelson) |
| 116 | | | | Deposition transcript of Tena Francis (U.S. v. Nelson) |
| 117 | | | | Dr. Martell's preliminary report |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 118 | | | | Dr. Martell's final report |
| 119 | | | | Representation timeline |
| | | | | |
| | | | | |
| | | | | |
| | | | | |