**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 04-8005-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## GOVERNMENT'S WITNESS LIST

The United States of America may call the following witnesses at the hearing in the above-captioned case:

1. Pat Berrigan
   Kansas City, Missouri

2. Tena Francis
   Las Vegas, Nevada

3. Dan Grothaus
   Kansas City, Missouri

4. Jennifer Herndon
   St. Louis, Missouri

5. Susan Hunt
   Kansas City, Missouri

6. Dr. Dan Martell
   California

7. Lisa Murphy
   Texas

8. Tim Murphy
   Kansas City, Missouri

9. Ron Ninemire
Kansas City, Missouri

10. Larry Pace
Kansas City, Missouri

11. Bill Shull
Kansas City, Missouri

12. Terri Welna
Kansas City, Missouri

Respectfully submitted,

Tammy Dickinson
United States Attorney

By: ***/s/ Jeffrey Valenti***

Jeffrey Valenti
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on March 6, 2014, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

***/s/ Jeffrey Valenti***

Jeffrey Valenti
Assistant United States Attorney