FILED VIA ECF

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-CV-8005 (FJG)<br>99-cr-00303-W (FJG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

MOTION TO AUTHORIZE SUBPOENAS

COMES NOW Keith D. Nelson ("Movant" or "Nelson"), by his undersigned counsel, and moves for an order pursuant to 18 U.S.C. § 1825(b) for the issuance of subpoenas and states as follows:

1. Movant's case is scheduled for an evidentiary hearing commencing on April 14, 2014. Movant is indigent and is represented by the undersigned appointed counsel and the Capital Habeas Unit of the Federal Public Defender for the District of Arizona. Movant is financially unable to pay the fees or expenses of the witnesses.

3. Movant requests an order that the travel costs and witness fees be paid in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government.

4. It is noted that four of the five witnesses named below are attorneys, three of whom are located in general geographical proximity to the court. Arrangements for the other two non-expert witnesses have been made through the Arizona Capital Habeas Unit. Thus, reimbursement will not be sought for airline travel, hotels or per diem for the witnesses.

5. It is further noted that the five witnesses named below have agreed to accept service from counsel via various means, including email, and that the Marshals Service will not be required to serve the subpoenas.

WHEREFORE, Movant request that the Court order the issuance of subpoenas to the following witnesses and that the travel costs of local witnesses and the witness fees of all witnesses be paid in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government:

a. Susan Hunt, Esquire, Kansas City, MO

b. Jennifer Herndon, Esquire, St. Louis, MO

c. William Shull, Esquire, Liberty, MO

d. Patrick Berrigan, Kansas City, MO

e. Tena Francis, Las Vegas, NV

Respectfully submitted,

Counsel to Movant Keith Nelson

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
(201)321-8718 (cell)
dr@ruhnkeandbarrett.com

*/s/ Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, AZ 85007
paula_harms@fd.org

/s/ Gary E. Brotherton
Legal Writes, LLC
503 E. Nifong Blvd. #377
Columbia, MO 65201-3717
Phone (573) 474-0773
Fax (573) 474-0003
gebrotherton@legalwrites.com

Filed via ECF: Kansas City, MO
April 3, 2014

CERTIFICATE OF SERVICE

This will certify that on this date this motion was filed utilizing the court's ECF system and, thereby, all parties were served.

*/s/ David A. Ruhnke*
DAVID A. RUHNKE