**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KEITH D. NELSON,<br>Petitioner, | ) | |
| vs. | ) | 4:04-CV-8005-FJG |
| UNITED STATES OF AMERICA,<br>Respondent. | ) | |

**ORDER**

On April 3, 2014, the movant filed a Motion To Authorize The Clerk, U.S. District Court, Western District of Missouri, To Issue Subpoenas (Doc. # 248). For good cause appearing in that Motion, the Clerk of this Court is hereby ORDERED, pursuant to 28 U.S.C. § 1825(b) to issue subpoenas to:

Susan Hunt
Kansas City, Missouri

Jennifer Herndon
St. Louis, Missouri

William Shull
Liberty, Missouri

Patrick Berrigan
Kansas City, Missouri

Tena Francis
Las Vegas, Nevada

commanding them to appear before this Court at the U.S. District Courthouse, 400 E. 9th Street, Kansas City, Missouri 64106, on **April 14, 2014** at **8:00 a.m.** In addition, the U.S. Marshal, Western District of Missouri, is hereby ORDERED, to pay the travel costs of the local witnesses and the witness fees of all the witnesses in accordance with 28 U.S.C. § 1825(b).

Date: April 7, 2014
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge