IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KEITH D. NELSON,<br><br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 4:04-CV-8005 (FJG)<br>99-cr-00303-W (FJG) |

DEFENDANT'S AMENDED WITNESS AND EXHIBIT LIST

COMES NOW Keith D. Nelson ("Movant" or "Mr. Nelson"), through his undersigned counsel, and files this witness and exhibit list pursuant to this Court's order.

WITNESS LIST

At the hearing to be conducted in this matter, Mr. Nelson lists the following witnesses to be called on his behalf:

1. Susan Hunt, Esquire
2. William Shull, Esquire
3. Patrick Berrigan, Esquire
4. Jennifer Herndon, Esquire
5. Tena Francis
6. Russell Stetler
7. Jill Miller, MSSW
8. Carolyn Crawford, M.D.
9. Michael Gelbort, Ph.D.

10. Ruben Gur, Ph.D.

11. Xavier Amador, Ph.D.

12. Leslie Lebowitz, Ph.D.

EXHIBIT LIST

At the hearing to be conducted in this matter, Mr. Nelson intends to offer the following exhibits:

| Exhibit | Description |
|---|---|
| P1 | 8th Circuit Docket Sheet For Direct Appeal (Docket No. 02-1757) |
| P2 | Appellant's Briefing, 8th Circuit |
| P3 | Direct Appeal Opinion, 8th Circuit |
| P4 | Billing Records, Susan Hunt, 8th Circuit |
| P5 | Billing Records, Susan Hunt, District Court |
| P5A | Billing Records Excerpts, Susan Hunt, District Court |
| P6 | Notes and Other Materials from file of Susan Hunt, Esq. |
| P7 | Curriculum Vitae of Daniel Foster, Psy.D. |
| P8 | Report of Daniel Foster, Psy.D.. 11-23-01 |
| P9 | Documents from Tena Francis Mitigation Binder |
| P10 | Notes and Other Materials from file of Tena Francis |
| P11 | Billing Records, Dr. Dennis Cowan |
| P12 | Juvenile Records of Keith Nelson |
| P13 | No Document |
| P13A | School Records of Keith Nelson from Susan Hunt File |
| P13B | School Records of Keith Nelson obtained during 2255 investigation |
| P14 | Adult Correctional Records of Keith Nelson |
| P15 | Declaration of Susan Hunt- 2255 Proceedings |
| P16 | Declaration of Patrick Berrigan- 2255 Proceedings |
| P17 | Billing Records, Patrick Berrigan, District Court |
| P17A | Billing Records Excerpts, Patrick Berrigan, District Court |
| P18 | Notes and Other Materials from the file of Patrick Berrigan |
| P19 | Pat Berrigan testimony in U.S. vs. Angela Johnson, Docket No. 09-cr03064-MWB |
| P20 | Pat Berrigan Internal Memo re: caseload |
| P21 | Ronald Ninemire Materials |
| P22 | Internal Trial File of Dr. Mark Cunningham |
| P23 | Billing Records, William Shull, District Court |
| P24 | Internal File of Stephen Peterson, M.D. |
| P25 | Notes and Other Materials from file of William Shull, Esq. |

| Exhibit | Description |
|---|---|
| P26 | Docket Sheet for USDC Docket No. 99-cr00303-FJG-1 |
| P27 | Pleadings and Orders Filed, Non Ex-Parte, USDC Docket No. 99-cr00303-FJG-1 |
| P28 | Pleadings and Orders Filed, Ex-Parte, USDC Docket No. 99-cr00303-FJG-1 |
| P29 | Transcripts of Pre-Trial Proceedings, USDC Docket No. 99-cr00303-FJG-1 |
| P30 | Transcripts of Trial Proceedings, USDC Docket No. 99-cr00303-FJG-1 |
| P31 | Billing Records, Jennifer Herndon, 8th Circuit |
| P31A | Billing Records Excerpts, Jennifer Herndon, 8th Circuit |
| P32 | No Document |
| P33 | Billing Records, Deborah Haddad, District Court |
| P34 | Billing Records, Tim Murphy, District Court |
| P35 | Billing Records, Lisa Murphy, District Court |
| P36 | Billing Record, Tena Frances, District Court |
| P36A | Billing Records Excerpts, Tena Frances, District Court |
| P37 | Curriculum Vitae of Jill Miller, M.S.S.W. |
| P38 | Report of Jill Miller on Social History, 03-19-12 |
| P38A | Report of Jill Miller, Supplement, 03-21-14 |
| P39 | Excerpt of Texas Family Code, 1986, 1988 and 1990 |
| P40 | Excerpts from Texas Child Abuse Reporting Statute, 1979, 1983 and 1987 |
| P41 | Nancy Nelson Social Security Itemized Statement of Earnings |
| P42 | Declaration of Bruce Smith, 05-16-12 |
| P43 | Declaration of Deborah Spoontz, 07-12-12 |
| P44 | Curriculum Vitae of Carolyn Crawford, M.D. |
| P45 | Report of Carolyn Crawford, M.D., 11-05-12 |
| P46 | Birth and Post Natal Hospital Records of Keith Nelson |
| P47 | James Pretz, M.D. Records on Nancy Nelson |
| P48 | Report of Natalie Novick Brown, Ph.D., 12-04-06 |
| P49 | Curriculum Vitae of Mark Cunningham, Ph.D. |
| P50 | Billing Records of Mark Cunningham, Ph.D., District Court |
| P50A | Billing Records Excerpts, Mark Cunningham, Ph.D., District Court |
| P51 | PowerPoint Presentation of Mark Cunningham, 2012 |
| P52 | Curriculum Vitae of Michael Gelbort, Ph.D. |
| P53 | Report of Michael Gelbort, Ph.D., 10-05-05 |
| P54 | Report of Daniel Martell, 10-08-10 |
| P55 | Curriculum Vitae of Ruben C. Gur, Ph.D. |
| P56 | PET Report from MedLab, 09-24-10 |
| P57 | MRI Report from Union Hospital, 09-24-10 |
| P58 | Report of Ruben C. Gur, Ph.D., 04-21-11 |
| P59 | Report of Ruben C. Gur, Ph.D.,Supplement 07-09-12 |
| P60 | Curriculum Vitae of Xavier Amador, Ph.D. |
| P61 | Report of Xavier Amador, Ph.D., 03-30-10 |

| Exhibit | Description |
|---|---|
| P62 | Report of Xavier Amador, Ph.D., 07-12-10 |
| P63 | Report of Xavier Amador, Ph.D., 04-20-12 |
| P64 | Report from Naphcare, 04-29-11 |
| P65 | Report from Naphcare, 01-10-12 |
| P66 | Curriculum Vitae of Leslie Lebowitz, Ph.D. |
| P67 | Report of Leslie Lebowitz, Ph.D.,10-01-2012 |
| P68 | Curriculum Vitae of Russell Stetler |
| P69 | Report of Russell Stetler, 03-21-12 |
| P69A | Report of Russell Stetler, Expanded w/Hyperlinks, 04-08-14 |
| P69B | Table of Attachments to Stetler Expanded Report (69A) |
| P70 | Records Related to Extended Morse Family |
| P71 | Nelson Sibling School Records |
| P72 | Johnny Nelson Records |
| P73 | Paul Nelson Mental Health Records |
| P74 | University of Kansas Medical Center Records of Nancy Nelson |
| P75 | Municipal Court of Kansas City Records for Nancy Nelson |
| P76 | Photos of Keith Nelson |
| P77 | Records Related to 2001 Suicide Attempt |
| P78 | Records Related to Prior Suicide Attempts |
| P79 | Chronology of Mental Health Investigation |
| P80 | Trial Counsel Billing Summary |

Respectfully submitted this 9th day of April, 2014.

Gary E. Brotherton, Esquire
Legal Writes, LLC
Stonebridge Office Park
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, Missouri 65203
(573)875-1571 Phone
(573)875-1572 Fax
gebrotherton@legalwritesllc.com

/s/ Gary E. Brotherton

David A. Ruhnke, Esquire
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000 Phone
(973)746-1490 Fax
dr@ruhnkeandbarrett.com

/s/ David A. Ruhnke

Paula K. Harms, Esquire
Office of the Federal Public Defender
Capital Habeas Unit
850 W. Adams Street, Suite 201
Phoenix, AZ 85007
(602)382-2756
paula_harms@fd.org

/s/ Paula K. Harms

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2014, I electronically filed the foregoing Defendant's Amended Witness and Exhibit List with the Clerk's Office by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ David A. Ruhnke
Attorney at law