IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **KEITH D. NELSON,** <br> **Movant,** <br><br> **vs.** <br><br> **UNITED STATES OF AMERICA,** <br> **Respondent.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Case No. 4:04-cv-08005-FJG** <br><br> **Date: 04/14/2014** <br><br> **1st day of hearing** |

**MINUTES OF EVIDENTIARY HEARING**

HONORABLE Fernando J. Gaitan, Jr., U. S. District Judge, presiding at Kansas City, Missouri.
==================================================================

Time Commenced: 8:21 a.m. Time Terminated: 3:45 p.m.
**Total Time**: **6 hours and 42 minutes**

Movant by:
David Ruhnke/Gary Brotherton/Paula Harms

Respondent by:
Jeffrey Valenti/David Ketchmark, AUSA

| **Remarks:** | **Witness Testifying** |
|---|---|
| Parties appear for hearing – 8:21 a.m. [Movant previously waived his presence at hearing (see #162 & 164)]. Movant presents evidence before the Court – 8:22 a.m. Lunch recess – 11:30 a.m. Movant continues to present evidence before the Court – 12:12 p.m. Court in recess until 8:30 a.m. on Tuesday, 4/15/14. | **8:22 Susan Hunt** (cross-10:18; redirect-10:51) <br> **10:56 Jennifer Herndon** (cross-11:16) <br> **12:16 William Shull** (cross-12:49; redirect-12:55) <br> **1:13 Patrick Berrigan** (cross-3:12; redirect – 3:36) |

**Time & Date** **Movant Rested-** / **Respondent Rested-**

Court Reporter: Gayle Wambolt By: Rhonda Enss, Courtroom Deputy