IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **KEITH D. NELSON,** **Movant,** | ) ) | **Case No. 4:04-cv-08005-FJG** |
| **vs.** | ) ) ) | **Date: 04/15/2014** |
| **UNITED STATES OF AMERICA,** **Respondent.** | ) ) | **2nd day of hearing** |

**MINUTES OF EVIDENTIARY HEARING**

HONORABLE Fernando J. Gaitan, Jr., U. S. District Judge, presiding at Kansas City, Missouri.
==============================================================

Time Commenced: 8:33 a.m. Time Terminated: 2:09 p.m.
**Total Time**: **4 hours and 45 minutes**

Movant by:
David Ruhnke/Paula Harms/Gary Brotherton

Respondent by:
Jeffrey Valenti/David Ketchmark, AUSA

| **Remarks:** | **Witness Testifying** |
|---|---|
| Counsel for parties appear for hearing (movant not present). Movant continues to present evidence before the Court – 8:34 a.m. Lunch recess – 11:22 to 12:09. Movant continues to present evidence. Court in recess until 8:30 a.m. on Wednesday, April 16, 2014. | **8:34 Russell Stetler** (cross-9:37; redirect-9:52; recross-9:58)<br>**10:18 Jill Miller** (cross-11:10; redirect-11:20)<br>**12:11 Michael Gelbort** (cross-12:38; redirect-12:49; recross-12:52)<br>**12:53 Xavier Amador** (cross-1:39; redirect-2:03; |

**Time & Date** **Movant Rested-** / **Respondent Rested-**

Court Reporter: Gayle Wambolt By: Rhonda Enss, Courtroom Deputy