IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | | |
|---|---|---|---|
| **KEITH D. NELSON,** | | ) | |
| | **Movant,** | ) | **Case No. 4:04-cv-08005-FJG** |
| | | ) | |
| **vs.** | | ) | **Date: 04/16/2014** |
| | | ) | |
| **UNITED STATES OF AMERICA,** | | ) | **3rd day of hearing** |
| | **Respondent.** | ) | |

**MINUTES OF EVIDENTIARY HEARING**

HONORABLE Fernando J. Gaitan, Jr., U. S. District Judge, presiding at Kansas City, Missouri.
=================================================================

Time Commenced: 8:34 a.m. Time Terminated: 1:38 p.m.
**Total Time**: **4 hours and 25 minutes**

Movant by:
David Ruhnke/Paula Harms/Gary Brotherton

Respondent by:
Jeffrey Valenti/David Ketchmark, AUSA

| **Remarks:** | **Witness Testifying** |
|---|---|
| Counsel for parties appear for hearing (movant not present). Movant continues to present evidence before the Court – 8:36 a.m. Lunch recess – 12:04 p.m. to 12:43 p.m. Movant continues to present evidence before the Court (cross examination of witness Ruben Gur begins). Movant rests – 1:02 p.m. Government presents evidence before the Court – 1:03 p.m. Court in recess until 8:30 a.m. on Thursday, 4/17/14. | **8:36 Tena Francis** (cross-9:07; redirect-9:25)<br>**9:30 Carolyn Crawford** (cross-9:55)<br>**10:14 Leslie Lebowitz** (no cross)<br>**10:56 Ruben Gur** (cross-12:43; redirect-1:01)<br>**1:03 Larry Pace** (cross-1:25; redirect-1:37) |

**Time & Date** **Movant Rested** @ 1:02 pm on 4/16/14 / **Respondent Rested** ______________

Court Reporter: Gayle Wambolt By: Rhonda Enss, Courtroom Deputy