IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **KEITH D. NELSON,** **Movant,** | ) | **Case No. 4:04-cv-08005-FJG** |
| **vs.** | ) | **Date: 04/17/2014** |
| **UNITED STATES OF AMERICA,** **Respondent.** | ) | **4th day of hearing** |

**MINUTES OF EVIDENTIARY HEARING**

HONORABLE Fernando J. Gaitan, Jr., U. S. District Judge, presiding at Kansas City, Missouri.
================================================================

Time Commenced: 8:23 a.m. Time Terminated: 9:50 a.m.
**Total Time**: **1 hour and 27 minutes**

Movant by:
David Ruhnke/Paula Harms/Gary Brotherton

Respondent by:
Jeffrey Valenti/David Ketchmark, AUSA

| **Remarks:** | **Witness Testifying** |
|---|---|
| Counsel appear for hearing (movant not present). Government continues to present evidence before the Court – 8:33 a.m. Government rests – 9:47 a.m. Court directs parties to file proposed findings of fact and conclusions of law of no more than 20 pages w/i 90 days after receipt of transcript. Matter taken under advisement. | **8:33 Dan Martell** (cross-9:00) |

**Time & Date** **Movant Rested** @ 1:02 pm on 4/16/14 / **Respondent Rested** @ 9:47 am on 4/17/14

Court Reporter: Gayle Wambolt By: Rhonda Enss, Courtroom Deputy