# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| Movant, | ) | |
| v. | ) | No. 04-8005-CV-W-FJG |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

On April 14 -17, 2014, the Court held an evidentiary hearing regarding the seven claims contained in movant's 28 U.S.C. §2255 motion which were remanded by the Eighth Circuit. The parties shall have ninety days from the receipt of the evidentiary hearing transcript to submit proposed findings of fact and conclusions of law to the Court. The findings of fact and conclusions of law shall not exceed twenty pages in length and the font size shall be no smaller than twelve point font. The proposed Findings of Fact and Conclusions of Law shall be organized and specifically address each of the seven claims which were remanded from the Eighth Circuit.

Date: April 17, 2014
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge