**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

KEITH D. NELSON,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. 04-08005-CV-W-FJG

Movant's **EXHIBIT** Index of Evidentiary Hearing

| | | | | | |
|---|---|---|---|---|---|
| ✓ | = | Offered & admitted without objection. | D.B. | = | Admitted, de bene. |
| X. | = | Offered & admitted over objection. | W.D. | = | Offered then withdrawn. |
| Ex. | = | Offered, but objected to and excluded. | Ltd. | = | Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| P1 | ✓ | 4/14/14 | 8:26 | 8th Circuit Docket Sheet For Direct Appeal (Docket No. 02-1757) |
| P2 | | | | Appellant's Briefing, 8th Circuit |
| P3 | | | | Direct Appeal Opinion, 8th Circuit |
| P4 | | | | Billing Records, Susan Hunt, 8th Circuit |
| P5 | | | | Billing Records, Susan Hunt, District Court |
| P5A | | | | Billing Records Excerpts, Susan Hunt, District Court |
| P6 | | | | Notes and Other Materials from file of Susan Hunt, Esq. |
| P7 | | | | Curriculum Vitae of Daniel Foster, Psy.D. |
| P8 | | | | Report of Daniel Foster, Psy.D.. 11-23-01 |
| P9 | | | | Documents from Tena Francis Mitigation Binder |
| P10 | ✓ | | | Notes and Other Materials from file of Tena Francis |

I certify that I have this date 4/17/14 received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

DAVID RUHNKE
PRINTED NAME

[signature]
SIGNATURE

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| P11 | ✓ | 4/14/14 | 8:26 | Billing Records, Dr. Dennis Cowan |
| P12 | | | | Juvenile Records of Keith Nelson |
| P13 | | | | No Document |
| P13A | | | | School Records of Keith Nelson from Susan Hunt File |
| P13B | | | | School Records of Keith Nelson obtained during 2255 investigation |
| P14 | | | | Adult Correctional Records of Keith Nelson |
| P15 | | | | Declaration of Susan Hunt- 2255 Proceedings |
| P16 | | | | Declaration of Patrick Berrigan- 2255 Proceedings |
| P17 | | | | Billing Records, Patrick Berrigan, District Court |
| P17A | | | | Billing Records Excerpts, Patrick Berrigan, District Court |
| P17B | | | | Berrigan's Large Calendar, 2001 |
| P17C | | | | Berrigan's Small Calendar, 2001 |
| P18 | | | | Notes and Other Materials from the file of Patrick Berrigan |
| P19 | | | | Pat Berrigan testimony in U.S. vs. Angela Johnson, Docket No. 09-cr03064-MWB |
| P20 | | | | Pat Berrigan Internal Memo re: caseload |
| P21 | | | | Ronald Ninemire Materials |
| P22 | | | | Internal Trial File of Dr. Mark Cunningham |
| P23 | | | | Billing Records, William Shull, District Court |
| P24 | | | | Internal File of Stephen Peterson, M.D. |
| P25 | | | | Notes and Other Materials from file of William Shull, Esq. |
| P26 | | | | Docket Sheet for USDC Docket No. 99-cr00303-FJG-1 |
| P27 | | | | Pleadings and Orders Filed, Non Ex-Parte, USDC Docket No. 99-cr00303-FJG-1 |
| P28 | | | | Pleadings and Orders Filed, Ex-Parte, USDC Docket No. 99-cr00303-FJG-1 |
| P29 | | | | Transcripts of Pre-Trial Proceedings, USDC Docket No. 99-cr00303-FJG-1 |
| P30 | | | | Transcripts of Trial Proceedings, USDC Docket No. 99-cr00303-FJG-1 |
| P31 | | | | Billing Records, Jennifer Herndon, 8th Circuit |
| P31A | | | | Billing Records Excerpts, Jennifer Herndon, 8th Circuit |
| P32 | | | | No Document |
| P33 | | | | Billing Records, Deborah Haddad, District Court |
| P34 | | | | Billing Records, Tim Murphy, District Court |
| P35 | | | | Billing Records, Lisa Murphy, District Court |
| P36 | | | | Billing Record, Tena Frances, District Court |
| P36A | | | | Billing Records Excerpts, Tena Frances, District Court |
| P37 | ✓ | 4/14/14 | 8:26 | Curriculum Vitae of Jill Miller, M.S.S.W. |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| P38 | ✓ | 4/14/14 | 8:26 | Report of Jill Miller on Social History, 03-19-12 |
| P38A | | | | Report of Jill Miller, Supplement, 03-21-14 |
| P39 | | | | Excerpt of Texas Family Code, 1986, 1988 and 1990 |
| P40 | | | | Excerpts from Texas Child Abuse Reporting Statute, 1979, 1983 and 1987 |
| P41 | | | | Nancy Nelson Social Security Itemized Statement of Earnings |
| P41A | | | | Report of Jill Miller on Nancy Nelson Earnings |
| P42 | | | | Declaration of Bruce Smith, 05-16-12 |
| P43 | | | | Declaration of Deborah Spoontz, 07-12-12 |
| P44 | | | | Curriculum Vitae of Carolyn Crawford, M.D. |
| P45 | | | | Report of Carolyn Crawford, M.D., 11-05-12 |
| P46 | | | | Birth and Post Natal Hospital Records of Keith Nelson |
| P47 | | | | James Pretz, M.D. Records on Nancy Nelson |
| P48 | | | | Report of Natalie Novick Brown, Ph.D., 12-04-06 |
| P49 | | | | Curriculum Vitae of Mark Cunningham, Ph.D. |
| P50 | | | | Billing Records of Mark Cunningham, Ph.D., District Court |
| P50A | | | | Billing Records Excerpts, Mark Cunningham, Ph.D., District Court |
| P51 | | | | PowerPoint Presentation of Mark Cunningham, 2012 |
| P52 | | | | Curriculum Vitae of Michael Gelbort, Ph.D. |
| P53 | | | | Report of Michael Gelbort, Ph.D., 10-05-05 |
| P54 | | | | Report of Daniel Martell, 10-08-10 |
| P55 | | | | Curriculum Vitae of Ruben C. Gur, Ph.D. |
| P56 | | | | PET Report from MedLab, 09-24-10 |
| P57 | | | | MRI Report from Union Hospital, 09-24-10 |
| P58 | | | | Report of Ruben C. Gur, Ph.D., 04-21-11 |
| P59 | | | | Report of Ruben C. Gur, Ph.D.,Supplement 07-09-12 |
| P60 | | | | Curriculum Vitae of Xavier Amador, Ph.D. |
| P61 | | | | Report of Xavier Amador, Ph.D., 03-30-10 |
| P62 | | | | Report of Xavier Amador, Ph.D., 07-12-10 |
| P63 | | | | Report of Xavier Amador, Ph.D., 04-20-12 |
| P64 | | | | Report from Naphcare, 04-29-11 |
| P65 | | | | Report from Naphcare, 01-10-12 |
| P66 | | | | Curriculum Vitae of Leslie Lebowitz, Ph.D. |
| P67 | | | | Report of Leslie Lebowitz, Ph.D.,10-01-2012 |
| P68 | | | | Curriculum Vitae of Russell Stetler |
| P69 | | | | Report of Russell Stetler, 03-21-12 |
| P69A | | | | Report of Russell Stetler, Expanded w/Hyperlinks, 04-08-14 |
| P69B | | | | Table of Attachments to Stetler Expanded Report (69A) |
| P70 | | | | Records Related to Extended Morse Family |
| P71 | ✓ | 4/14/14 | 8:26 | Nelson Sibling School Records |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| P72 | ✓ | 4/14/14 | 8:26 | Johnny Nelson Records |
| P73 | | | | Paul Nelson Mental Health Records |
| P74 | | | | University of Kansas Medical Center Records of Nancy Nelson |
| P75 | | | | Municipal Court of Kansas City Records for Nancy Nelson |
| P76 | | | | Photos of Keith Nelson |
| P77 | | | | Records Related to 2001 Suicide Attempt |
| P78 | | | | Records Related to Prior Suicide Attempts |
| P79 | | | | Chronology of Mental Health Investigation |
| P80 | | | | Trial Counsel Billing Summary |
| P81 | | | | Powerpoint Presentation of Dr. Gur |
| P82 | | | | Spencer Report, 1998 |
| P83 | ✓ | 4/14/14 | 8:26 | Spencer Report Update, 2010 |
| | | | | |
| P9A | | | | contents of binder (mitigation) paper version |
| | | | | |
| P86 | | | | |
| | | | | |
| P88 | | | | |
| P89 | | | | transcript |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |