IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

KEITH D. NELSON,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. 04-08005-CV-W-FJG

Government **EXHIBIT** Index of Evidentiary Hearing

| | | | | | |
|---|---|---|---|---|---|
| ✓ | = | Offered & admitted without objection. | D.B. | = | Admitted, de bene. |
| X. | = | Offered & admitted over objection. | W.D. | = | Offered then withdrawn. |
| Ex. | = | Offered, but objected to and excluded. | Ltd. | = | Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 4/14/14 | 8:26 | Motion to allow Shull & Hunt to travel to Dallas to interview witnesses |
| 2 | ) | ) | ) | Shull's motion to hire Grothaus to conduct investigation & mitigation work |
| 3 | ) | ) | ) | Order authorizing up to $20,000 to fund mitigation specialist/investigator |
| 4 | ) | ) | ) | Order authorizing Susan Hunt to travel to Fort Worth, Texas to interview witnesses |
| 5 | ✓ | 4/14 | 8:26 | Ex Parte Motion to hire Dr. Steph. Peterson, psychiatrist |

I certify that I have this date 4/17/14 received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

David Ketchmark
PRINTED NAME

[signature]
SIGNATURE

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 6 | ✓ | 4/14/14 | 8:26 | Supp. motion to hire psychiatrist filed |
| 7 | | | | Order authorizing the hiring of a psychiatrist issued |
| 8 | | | | Sealed Motion & Order to travel to Fresno, CA to interview witnesses, contact police, and investigate battered women's shelter |
| 9 | | | | Ron Ninemire's letter detailing the extent of mitigation work completed and pending |
| 10 | | | | Grothaus' to do list on 2nd phase of investigation |
| 11 | | | | Sealed motion for paralegal to help organize mitigation |
| 12 | | | | Order authorizing up to $5,000 for paralegal help |
| 13 | | | | Sealed motion for Hunt and Shull to travel to Dallas to interview mitigation specialists & investigators |
| 14 | | | | Francis meets with Shull & Hunt based upon Dr. Cunningham's recommendation. Francis provides CV & billing rates |
| 15 | | | | Letter from Dr. Cunningham to Susan Hunt, requesting more information to assess future dangerousness |
| 16 | | | | Motion to hire Tena Francis and Dr. Cunningham |
| 17 | | | | Motion to hire Dr. Cowan to conduct neuropsych. exam |
| 18 | | | | Order authorizing the hiring of Dr. Cowan, Tena Francis, & Dr. Cunningham |
| 19 | | | | Motion to replace Grothaus with Tim Murphy |
| 20 | | | | Order authorizing Murphy to be hired |
| 21 | | | | Hunt and Shull travel to Dallas to meet with Francis and Dr. Cunningham |
| 22 | | | | Fax from Hunt to Francis re: Nancy Nelson's history |
| 23 | ✓ | 4/14/14 | 8:26 | Fax from Shull to Hunt re: Dr. Cowan's proposed neuropsychological evaluation |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 24 | ✓ | 4/14/14 | 8:26 | Shull orally moves & is removed from case; Pat Berrigan appt. |
| 25 | | | | No Document |
| 26 | | | | Berrigan meets with Hunt & speaks comprehensively about the case to get up to speed. They specifically discuss the mitigation case and Dr. Cowan's examination |
| 27 | | | | Berrigan files motion to continue case from April to Nov. 2001 |
| 28 | | | | Order granting continuance |
| 29 | | | | Order authorizing Francis to travel to KCMO to meet with defendant & his family |
| 30 | | | | Full day of meetings between the defense team. Berrigan meets with Hunt & Francis before meeting defendant for the first time at CCA, followed by a dinner meeting at Hereford House. Berrigan notes how much has already been done on family background investigation |
| 31 | | | | Berrigan met with Francis & defendant at CCA. Berrigan writes that he needs to reschedule Dr. Cowan from 3/01/01 and needs to look into the neuropsychological. Notes a teleconference on p. 3 re: a neurologist in Jimmie Johnson case |
| 32 | | | | Order authorizing Francis & Haddad travel to KCMO to meet with defendant & his family (Travel occurred in May) |
| 33 | | | | Francis provides a witness summary report re: Nancy Nelson to Hunt (not Berrigan) |
| 33A | | | | Francis provides a witness summary report re: Witnesses in Missouri and Kansas |
| 34 | | | | Francis drafts report re: defendant's life history/chronology |
| 34A | | | | Same report as 34 but with handwritten notes on pages throughout report |
| 34B | | | | Social history report updated 5/17/01 |
| 34C | ✓ | 4/14/14 | 8:26 | Letter from Francis to Susan and Patrick dated 5/21/01 re: Keith's social history |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 35 | ✓ | 4/14/14 | 8:26 | Gov't motion for discovery of mental health evidence in penalty phase & requesting an evaluation of defendant |
| 36 | | | | Berrigan Files extension of time to respond to Gov't mental health request, citing involvement in the death penalty case of U.S. v. Martis |
| 37 | | | | Berrigan files 2nd extension to respond to Gov't mental health request, citing involvement in the death penalty cert. petition of U.S. v. Kreutzer |
| 38 | | | | Francis phone conference with Hunt & Berrigan re: mental health & possibility of not using an expert |
| 39 | | | | Francis faxes a 3 page report to Hunt & Berrigan re: the progress of the mitigation investigation in advance of a phone conference later in the day |
| 40 | | | | Francis phone conference with Hunt and Berrigan re: mental health strategy & Berrigan's neuropsychological skepticism |
| 41 | | | | Berrigan files response to Gov't mental health request |
| 42 | | | | Francis letter to Berrigan re: Hunt conflicts, with included affidavit showing approximately 267 mitigation hours worked |
| 43 | | | | Berrigan preparing for hearing on mental health issues. His notes lay out his strategy on this topic |
| 44 | | | | Hearing on Gov't mental health request |
| 45 | | | | Berrigan files a response arguing how the mental health evaluation should be conducted |
| 46 | | | | Hunt letter to Texas Dept. of Protective Service re: records of defendant & Nancy Nelson |
| 47 | | | | Berrigan files another response arguing how the mental health evaluation should be conducted |
| 48 | | | | Magistrate Order of Gov't mental health request |
| 49 | | | | Hunt travels to Fresno, CA to investigate defendant's background |
| 50 | ✓ | 4/14/14 | 8:26 | Dr. Cunningham travels from Abilene, TX to meet defendant |


Case 4:04-cv-08005-FJG Document 251 Filed 04/11/14 Page 6 of 11

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 51 | ✓ | 4/14/14 | 8:26 | Berrigan files extension of time to respond to Order re: mental health evaluation conditions |
| 52 | | | | Letter from Francis to Hunt & Berrigan, updating the status of the mitigation investigation, she also mentions that she will use Lisa Murphy instead of Debra Haddad |
| 53 | | | | Hunt & Berrigan travel to Dallas to meet with Francis & interview mitigation witnesses |
| 54 | | | | Defendant files notice of intent to rely on mental health evidence |
| 55 | | | | Sealed motion for $7,500 to retain Dr. Dan Foster |
| 56 | | | | Motion to travel to Dallas, stating "extensive mitigation" has been completed |
| 57 | | | | No Document |
| 58 | | | | Berrigan files an appeal of Magistrate's Order as it relates to the conditions of the mental health evaluation |
| 59 | | | | Francis report re: Lisa Murphy's interview of Gloria Welch |
| 60 | | | | Order authorizing Dr. Foster to travel to KC on 10/7/01 to conduct forensic psychological evaluation |
| 61 | | | | Defendant's disclosure of penalty phase expert witnesses, including Dr. Cunningham & Dr. Foster |
| 62 | | | | Order granting Francis additional funds to investigate & allowing Dr. Foster to travel to KCMO and testify |
| 62A | | | | Copy of 62 |
| 63 | | | | Berrigan meets defendant at CCA & discusses the mental health evaluation that is scheduled and his waiver of appearance. Martell at CCA, but defendant refuses to be evaluated (check this timing) |
| 64 | | | | Magistrate Hearing on a variety of issues, including the defendant's refusal to submit to evaluation. "Strategic decisions." (Check this) |
| 64A | | | | Copy of 64 |
| 64B | ✓ | 4/14/14 | 8:26 | Form dated 10/17/01 with handwritten notes re: Keith avoiding Ct. hearing (telephone conference) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 65 | ✓ | 4/14/14 | 8:26 | Defendant files a supplemental response indicating expert witnesses would testify that he suffers from pervasive developmental disorder, not otherwise specified |
| 66 | | | | Pretrial Conference before Judge Gaitan, wherein he discusses the possibility of excluding the defendant's mental health evidence because of failure to submit for evaluation |
| 67 | | | | Defendant pleads guilty |
| 68 | | | | Order on mental health conditions of evaluation |
| 69 | | | | Berrigan sends fax to Dr. Cunningham re: mitigation & acknowledges he may be correct in the evidence being excluded |
| 70 | | | | No Document |
| 71 | | | | Sealed motion to authorize Dr. Cunningham to travel to KC as a penalty phase witness |
| 72 | | | | No Document |
| 73 | | | | Memo from CCA regarding suicide attempt |
| 74 | | | | Transcript of in camera hearing re: continuance request following suicide attempt |
| 75 | | | | Email on competency issues & effect of defendant not participating mental health evaluation |
| 76 | | | | Defendant files written motion continue |
| 77 | | | | Defendant files written motion to determine competency |
| 78 | | | | Transcript of phone conference re: motion to continue |
| 79 | | | | Order setting hearing on continuance and competency |
| 80 | | | | Berrigan issues a letter to Dr. Hucke re: defendant's competency |
| 81 | | | | Hunt fax to Berrigan containing a letter from Dr. Whitlow re: defendant's competency |
| 82 | ✓ | 4/14/14 | 8:26 | Gov't response in opposition to motion to determine competency |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 83 | ✓ | 4/14/14 | 8:26 | Defense motion to file medical records under seal |
| 84 | | | | Letter to Judge Gaitan from Dr. Whitlow re: defendant's mental competency |
| 85 | | | | Transcript of phone conference re: competency |
| 86 | | | | Berrigan notes relating to phone conference with Dr. Logan |
| 87 | | | | Order directing defendant to be assessed by Dr. Logan |
| 88 | | | | Transcript of hearing on competency |
| 89 | | | | Transcript of proceeding before Judge Gaitan in his jury room, with subsequent ruling denying further competency requests & ordering case to trial on penalty phase commencing November 13, 2001 |
| 90 | | | | Written order denying further competency requests & denying defendant's continuance |
| 91 | | | | Letter from Berrigan to Dr. Logan re: defendant's release from suicide watch |
| 92 | | | | Letter from Berrigan to Francis requesting Goldie Hawk & Anita Taylor be interviewed |
| 93 | | | | Letter from Berrigan to Tim Murphy re: locating CCA guards who might be helpful |
| 94 | | | | Letter from Berrigan to Judge Gaitan seeking an extension of time to respond to Gov't motion to strike mental health mitigation evidence |
| 95 | | | | Defendant's response to Gov't's motion to bar mental health mitigation |
| 96 | | | | Defendant's 2nd Amended Notice of mitigation witnesses |
| 97 | | | | Gov't's reply to defendant's response on mental health evidence |
| 98 | | | | Order for defense to make an in camera presentation to support their request to use mental health mitigation |
| 99 | ✓ | 4/14/14 | 8:26 | Letter from Berrigan to Judge Gaitan re: in camera presentation |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 100 | ✓ | 4/14/14 | 8:26 | Letter from Berrigan to Sean O'Brien asking for help with closing argument |
| 101 | | | | Order re: mental health. Defendant allowed to present Dr. Cunningham in mitigation, but not Dr. Foster |
| 102 | | | | Notice of Mitigation filed by defense |
| 103 | | | | Letter from Berrigan to Dr. Cunningham re: mental health presentation issues |
| 104 | | | | Defendant files 3rd Amended mitigation witness list |
| 105 | | | | Defendant files exhibit list |
| 106 | | | | Dr. Foster prepared a report for the defense re: competency and other mental health issues |
| 107 | | | | Transcript of deposition taken of Jennifer Herndon (U.S. v. Nelson) |
| 108 | | | | Transcript of deposition taken of Jennifer Herndon (U.S. v. German Sinisterra) |
| 109 | | | | Transcript of deposition taken of Jennifer Herndon (U.S. v. Norris Holder) |
| 110 | | | | Transcript of hearing testimony of Jennifer Herndon (U.S. v. Sinisterra) |
| 111 | | | | Transcript of hearing testimony of Jennifer Herndon (U.S. v. Holder) |
| 112 | | | | Deposition transcript of Berrigan (U.S. v. Nelson) |
| 113 | | | | |
| 114 | | | | Transcript of hearing transcript of Berrigan (Angela Johnson) |
| 115 | ✓ | 4/14/14 | 8:26 | Deposition transcript of Susan Hunt (U.S. v. Nelson) |


Case 4:04-cv-08005-FJG Document 251 Filed 04/11/14 Page 10 of 11

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 116 | ✓ | 4/14/14 | 8:26 | Deposition transcript of Tena Francis (U.S. v. Nelson) |
| 117 | | | | |
| 118 | | | | Dr. Martell's final report |
| 119 | ✓ | 4/14/14 | 8:26 | Representation timeline |
| 120 | | | | Transcript of Alan Evans in Montgomery Daubert Hearing |
| 121 | | | | Transcript of conference re: Dr. Gur |
| 122 | | | | Testimony transcript of Dr. Mayberg in Montgomery trial |
| 123 | | | | Transcript of Pretrial in Montgomery re: Gur |