**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| KEITH D. NELSON,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 04-8005-CV-W-FJG |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW AND TO EXCEED SUGGESTED PAGE LIMITITATIONS**

The United States of America, through its undersigned attorney, in conjunction with the defendant, Keith D. Nelson, through his undersigned attorneys, files this joint request for the entry of an Order granting the parties additional time to file their Findings of Facts and Conclusion of Law relative to the Section 2255 hearing previously conducted in this matter. Additionally, the parties seek leave of the Court to file a response of no more than 40 pages in length.

1. Findings of Facts and Conclusions of Law from the parties are due on or before August 19, 2014. The Court has suggested that the pleadings be no more than 20 pages in length;

2. The record in this matter is extensive, in that a four-day hearing and several years' worth of documents were admitted that bear on the issues before this Court in regards to Nelson's prior representation in this capital case. Because the record is so extensive, the Government requests additional time to prepare its response. Similarly, reducing the pleading to no more than 20 pages has proven difficult;

3. Accordingly, the parties seek an extension of 62 days until October 20, 2014, within which to file their pleadings and seek leave of the Court to allow the pleadings to be no longer than 40 pages in length.

Wherefore, based on the foregoing reasons, the parties seek the relief described herein.

Respectfully submitted,

TAMMY DICKINSON
United States Attorney

By ***/s/ Jeffrey Valenti***

JEFFREY VALENTI
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

| | |
|---|---|
| ***08/15/2014*** | ***/s/ David A. Ruhnke*** |
| Date | David A. Ruhnke<br>Ruhnke & Barrett |
| ***08/15/2014*** | ***/s/ Gary E. Brotherton*** |
| Date | Gary E. Brotherton<br>Legal Writes, LLC |
| ***08/15/2014*** | ***/s/ Paul K. Harms*** |
| Date | Paula K. Harms<br>Federal Public Defender |

*Attorneys for Movant*