**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | Civil No. 4:04-cv-08004-FJG |
| UNITED STATES OF AMERICA, | ) | Crim. No. 4:99-cr-00303-FJG-1 |
| Respondent. | ) | |

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

It is ORDERED AND ADJUDGED THAT

habeas relief on the six claims remanded from the Eighth Circuit Court Appeals is DENIED. A certificate of appealability is denied.

March 31, 2015
Dated

Ann Thompson
Clerk of Court

April 7, 2015
Entered

/s/ Rhonda Enss
(by) Deputy Clerk