# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civ. No. 04-CV-8005-FJG |
| | ) | Crim. No. 99-00303-01-CR-W-FJG |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

It is ORDERED AND ADJUDGED that

petitioner's Motion for Relief Pursuant to Fed.R.Civ.P. 59(e) is DENIED.

| | |
|---|---|
| July 27, 2015 | Paige Wymore-Wynn |
| Dated | Acting Clerk of Court |
| July 27, 2015 | /s/ Rhonda Enss |
| Entered | (by) Deputy Clerk |