U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL SUPPLEMENT

# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

Case Caption: **Nelson** v. USA

Case No. 04-cv-08005-FJG

Appellant: **Keith D Nelson**

Appellee: **USA**

Appellant's Attorney(s):

**David A. Ruhnke**
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042
(973) 744-1000
Fax: (973) 746-1490
Email: davidruhnke@ruhnkeandbarrett.com

Appellee's Attorney(s):

**Jeffrey E. Valenti**
United States Attorney's Office
400 E. 9th Street
5th Floor
Kansas City, MO 64106
(816)426-4262
Fax: (816)426-4328
Email: jeff.valenti@usdoj.gov

Court Reporter(s):

Gayle Wambolt

Please return files and documents to:
**United States District Court**
**400 East 9th Street, Room 1510**
**Kansas City, MO 64106**

Contact Person for Appeal:
**Willie Crespo** 816-512-5068

| | | | |
|---|---|---|---|
| Length of Trial: 0 | Fee: Waived | IFP: IFP | Pending IFP Motion: No |
| Counsel: CJA | Pending Motions? No | Local Interest? **No** | Simultaneous Release? **No** |

**Special Comments:**