FILED VIA ECF
(CAPITAL CASE)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | : | |
| Movant, | : | |
| vs. | : | 4:04-cv-08005 (FJG)<br>4:99-cr-00303-W (FJG) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

NOTICE OF APPEAL (CORRECTED)

PLEASE TAKE NOTICE that Movant, Keith Nelson, hereby appeals to the United States Court of Appeal for the Eighth Circuit from the judgment and related orders of this Court, Hon. Fernando J. Gaitan, Jr., U.S.D.J., denying all relief with regard to Movant's motion brought pursuant to 28 U.S.C. § 2255.

Respectfully submitted,

Counsel to Movant Keith Nelson:

DAVID A. RUHNKE
*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
(201)321-8718 (cell)
dr@ruhnkeandbarrett.com

PAULA K. HARMS
*/s/ Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, AZ 85007
paula_harms@fd.org

GARY E. BROTHERTON
/s/ Gary E. Brotherton
Legal Writes, LLC
503 E. Nifong Blvd. #377
Columbia, MO 65201-3717
Phone (573) 474-0773
Fax (573) 474-0003
gebrotherton@legalwrites.com

Filed (under seal) via ECF: Kansas City, MO
September 18, 2015

CERTIFICATE OF SERVICE

This will certify that, on today's date, this corrected notice of appeal was served upon the United States by filing via ECF.

/s/ David A. Ruhnke
DAVID A. RUHNKE

Dated: September 18, 2015