**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


September 28, 2015

Mr. David A. Ruhnke
RUHNKE & BARRETT
47 Park Street
Montclair, NJ 07042-0000

RE: 15-3160 Keith Nelson v. United States

Dear Counsel:

The district court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure. Within two weeks of the date of this letter, counsel for the appellant may file an additional application for certificate of appealability. At that time, the case will be forwarded to a panel of judges for consideration. You will be advised of any action taken in this case.

You will receive a CJA appointment through the eVoucher electronic system with a login and password. Your dutuies as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Procedures" page of our website.

Instructions for preparing vouchers for payment may be found on the court's website at www.ca8.uscourts.gov/cja-information and from links in the eVoucher program. Submission of paper vouchers is not allowed.

Please note that this appointment covers your work for the appeal and any rehearing which might be filed. Compensation for paralegals, legal assistants and law students should be submitted separately on CJA Form 31. Any work pertaining to the filing of a petition for a writ of certiorari to the Supreme Court must be filed on a separate voucher, also obtained from the eVoucher program.

**Appointments are personal and cannot be delegated without the court's approval.** If you have any questions about your appointment or the CJA voucher process, please contact this office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

DMW

Enclosure(s)

cc: Ms. Rhonda Enss
Ms. Cassandra Honeycutt
Ms. Sheryle L. Jeans
Mr. David M. Ketchmark
Mr. Keith D. Nelson
Ms. Donna Turner
Mr. Jeffrey E. Valenti
Ms. Gayle Wambolt
Ms. Paige Wymore-Wynn

District Court/Agency Case Number(s): 4:04-cv-08005-FJG

**Caption For Case Number: 15-3160**

Keith D. Nelson

Movant - Appellant

v.

United States of America

Respondent - Appellee

**Addresses For Case Participants: 15-3160**

Mr. David A. Ruhnke
RUHNKE & BARRETT
47 Park Street
Montclair, NJ 07042-0000

Ms. Rhonda Enss
7652 400 E. Ninth Street
Kansas City, KS 64106-0000

Ms. Cassandra Honeycutt
Suite 1510
400 E. Ninth Street
Kansas City, MO 64106-0000

Ms. Sheryle L. Jeans
U.S. ATTORNEY'S OFFICE
5510 Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO 64106-2149

Mr. David M. Ketchmark
U.S. ATTORNEY'S OFFICE
5510 Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO 64106-2149

Mr. Keith D. Nelson
U.S. PENITENTIARY
07440-031
P.O. Box 33
Terre Haute, IN 47808-0033

Ms. Donna Turner
400 E. Ninth Street
Kansas City, MO 64106-0000

Mr. Jeffrey E. Valenti
U.S. ATTORNEY'S OFFICE
5510 Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO 64106-2149

Ms. Gayle Wambolt
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106-2689

Ms. Paige Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO 64106-0000