**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| KEITH D. NELSON,<br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | Civil No. 4:04-8005-cv-W (FJG)<br>Crim. No. 4:99- 00303-cr-W (FJG) |

# NOTICE OF WITHDRAWAL

The Office of the Federal Public Defender for the District of Arizona gives notice to the Court and Respondent that attorney Paula Harms is hereby withdrawing from the representation of Keith D. Nelson. Ms. Harms is leaving her position with the Office of the Federal Public Defender as of August 23, 2019. David Ruhnke will remain on as counsel for Nelson.

Respectfully submitted,

Counsel to Movant Keith Nelson

/s/ *Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Capital Habeas Unit
850 W. W. Adams Suite 201
Phoenix, Arizona 85007
(602)382-2816 Phone
(602)889-3960
paula_harms@fd.org

/s/ *David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000 Phone
(973)746-1490 Fax
dr@ruhnkeandbarrett.com

Filed via ECF: Kansas City, MO
August 16, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, I electronically filed the foregoing Notice of Withdrawal with the Clerk's Office by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Jessica Ward
Legal Assistant
Capital Habeas Unit