# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 04-8005-CV-W-FJG |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Currently pending before the Court is a Motion to Withdraw filed by Paula Harms as counsel for Keith Nelson (Doc. # 283). Counsel indicates that Nelson will continue to be represented by David Ruhnke. Accordingly, for good cause shown, the Court hereby **GRANTS** Paula Harms' motion to withdraw as counsel for Keith Nelson in this action.

Date: March 25, 2020
Kansas City, Missouri

**/S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge